# Exhibit 9

Share  14          Like  14               1 retweet          0

# The Most Dangerous Mobster in the World

According to the FBI and Israeli Intelligence, Semion Mogilevich Rules Over an Arms-Trafficking, Money-Laundering, Drug-Running, and Art-Smuggling 'Red Mafia'

By Robert I. Friedman *Tuesday, May 26 1998*                    Comments (13)  A A A

In two posh villas outside the small town of Ricany, near Prague, one of the most dreaded mob families in the world savagely murders its terrified victims. The mob's young enforcers, trained by veterans of the Afghanistan war, are infamous for their extreme brutality. Their quarry, usually businessmen who have balked at extortion demands, are repeatedly stabbed and tortured, then mutilated before they are butchered. The carnage is so hideous that it has scared the daylights out of competing crime groups in the area.

The torture chambers are run by what international police officials call the Red Mafia, a notorious Russian mob family that in only six years has become a nefarious global crime cartel. Based in Budapest, it has key centers in New York, Pennsylvania, Southern California, and as far away as New Zealand.

The enigmatic leader of the Red Mafia is a 52-year-old Ukrainian-born Jew named Semion Mogilevich. He is a shadowy figure known as the "Brainy Don"--he holds an economics degree from the University of Lvov--and until now, he has never been exposed by the media. But the *Voice* has obtained hundreds of pages of classified FBI and Israeli intelligence documents from August 1996, and these documents--as well as recent interviews with a key criminal associate and with dozens of law enforcement sources here and abroad--describe him as someone who has become a grave threat to the stability of Israel and Eastern Europe.

"He's the most powerful mobster in the world," crows Monya Elson, who is listed in classified documents as one of Mogilevich's closest associates and partners in prostitution and money laundering rings. The Brighton Beach-based Elson, who once led a pack of thugs and killers known as Monya's Brigada, is currently in the Metropolitan Correctional Center in lower Manhattan awaiting trial for three murders and numerous extortions.

In July 1993, after Elson was grievously wounded by rival mobsters in a bloody shoot-out outside his Brooklyn apartment building, Mogilevich spirited him out of the country. Mogilevich then set up his Russian Jewish refugee friend in an alleged massive money-laundering scheme in Fano, Italy, where he was eventually arrested and extradited back to America. Elson, an integral part of the Red Mafia, had been one of the most feared mobsters in Brighton Beach, ground zero for Russian organized crime in America, which has exploded here following perestroika.

## Most Popular Stories

Viewed   eMailed

**Top 10 Reasons Why So Few Black Folk Appear Down To Occupy Wall Street**

**Cheyenne Jackson Discusses His Future On Glee--And Getting Checked Out At The Gym**
He acts, he sings, and he even talks—with me! By Michael Musto

**Begging Your Pardon, President Obama!**
White House turns back on clemency, including reduced sentences

More Most Popular>>





"If I tell on Mogilevich, Interpol will give me $20 million," boasted Elson. "I lived with him. I'm his partner, don't forget. We are very, very close friends. I don't mean close, I mean very, very close. He's my best friend." Nevertheless, after extensive interviews over the course of the last six months, Elson ultimately confirmed some of the details about Mogilevich contained in the classified FBI and Israeli documents.

Allegations of Mogilevich's devilish array of criminal activities are extensively detailed in the reports:The FBI and Israeli intelligence assert that he traffics in nuclear materials, drugs, prostitutes, precious gems, and stolen art. His contract hit squads operate in the U.S. and Europe. He controls everything that goes in and out of Moscow's Sheremetyevo International Airport, a "smugglers' paradise," says Elson. Mogilevich bought a bankrupt airline in a former Central Asian Soviet republic for millions of dollars in cash so he could haul heroin out of the Golden Triangle. Most worrisome to U.S. authorities is Mogilevich's apparently legal purchase of virtually the entire Hungarian armaments industry, jeopardizing regional security, NATO, and the war against terrorism.

In one typical criminal deal, Mogilevich and two Moscow-based gangsters sold $20 million worth of pilfered Warsaw Pact weapons from East Germany, including ground-to-air missiles and 12 armored troop carriers, according to the classified Israeli and FBI documents. The buyer was Iran, says a top-level U.S. Customs official who requested anonymity.

In another deal, an FBI informant told the bureau that one of Mogilevich's chief lieutenants in Los Angeles met two Russians from New York City with Genovese crime family ties to broker a scheme to dump American toxic waste in Russia. Mogilevich's man from L.A. said the Red Mafia would dispose of the toxic waste in the Chernobyl region, "probably through payoffs to the decontamination authorities there," says a classified FBI report.

Mogilevich is particularly intrigued by art fraud. In early 1993, he reached an agreement with the leaders of the powerful Solntsevskaya crime family in Moscow to invest huge sums of money in a joint venture: acquiring a jewelry business in Moscow and Budapest. The business, according to classified FBI documents, was to serve as a front for the acquisition of jewelry, antiques, and art, which the Solntsevskaya mob had stolen from churches and museums in Russia, including the Hermitage in St. Petersburg. The gangsters also robbed the homes of art collectors and even broke into synagogues in Germany and Eastern Europe to steal rare religious books and Torahs.

Mogilevich's operation, again in collusion with the Solntsevskaya mob, also purchased a large jewelry factory in Budapest. Russian antiques, such as Faberge eggs, are sent to Budapest for "restoration." Mogilevich's men ship the genuine Faberge eggs to an unwitting Sotheby's auction house in London for sale, then send fake Faberge eggs as well as other "restored" objects back to Moscow.

1 | 2 | 3 | Next Page >>

Check out this week's featured ad for News

vada | View Ad    View Website

More Ads >>

Email to Friend    Write to Editor    Print Article    Share

Like    1 person liked this.

## Add New Comment

Sign in with an option below

or if you don't have an account, please enter a comment and click Post As to comment as a guest

## Village Voice on Facebook

Sign Up    Create an account or log in to see what your friends are doing.

 Our 10 Best Cocktails to Drink Now
298 people recommend this.

 72-Year-Old Woman Punches the Crap Out of Her Subway Groper
261 people recommend this.

 Bill Cosby Flashed Outside of 5th Avenue Barnes and Noble by Holly Van Voast
134 people recommend this.

 Bank of America Retracts $5 Monthly Debit Card Fee
316 people recommend this.

Facebook social plugin

## Slideshows

 Voodoo Music Experience 2011

 Choice C-Words: Halloween Edition 2011

 Halloween Hotties (NSFW)

More Slideshows >>

RUNNIN' SCARED

 Wells Fargo to Open Bank for Super Rich; Need to Take Finger Off Nation's Pulse First

 Mnemonic Devices to Help You Remember Daylight Savings is Ending

 Huge Asteroid to Narrowly Miss Earth (In Space Terms)

More News Stories >

## Services

### General

Computer Overhauls
View Ad | View Site

### Health & Beauty

Randee Elaine Salon
View Ad | View Site

 VADA SPA
View Ad | View Site

More >>

# Exhibit 10

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:02-cr-00157-AB All Defendants

Case title: USA v. MOGILEVICH, et al          Date Filed: 03/13/2002

Assigned to: JUDGE ANITA B. BRODY

## Defendant (1)

**SEMION MOGILEVICH**
*also known as*
SIMEON MOGILEVITCH
*also known as*
SHIMON MAKHELWITSCH
*also known as*
SEVA

## Pending Counts                    ## Disposition

18:1962(d) RICO CONSPIRACY
(1)

18:1962(d) RICO CONSPIRACY
(1s)

18:1343 WIRE FRAUD
(2)

18:1343 WIRE FRAUD; 18:2 AIDING
& ABETTING
(2s-23s)

18:1343 WIRE FRAUD
(5)

18:1343 WIRE FRAUD
(6-14)

18:1343 WIRE FRAUD
(15-18)

18:1343 WIRE FRAUD
(19)

18:1343 WIRE FRAUD
(20-22)

18:1341 MAIL FRAUD
(23-26)

18:1341 MAIL FRAUD; 18:2 AIDING
& ABETTING
(24s-29s)

18:1341 MAIL FRAUD
(27-28)

15:77q(a) & 77x SECURITIES
FRAUD; 18:2 AIDING AND
ABETTING
(29)

15:77q(a) & 77x SECURITIES
FRAUD; 18:2 AIDING AND
ABETTING
(30-31)

15:78j(b) & 78ff(a) SECURITIES
FRAUD; 18:2 AIDING & ABETTING
(30s)

15:78l(g), 78ff(a), 17 CFR 240.12b
FILING FALSE REGISTRATION
STATEMENT WITH S.E.C.; 18:2
AIDING & ABETTING
(31s)

15:78j(b) and 78ff(a), 17:240.10b5
SECURITIES FRAUD; 18:2 AIDING
AND ABETTING
(32)

15:78m(a), 78ff(a) & 17 CFR 240.12b-
20, 240.13a-3, 240.13a-16 FILING
FALSE REPORT WITH THE S.E.C.;
18:2 AIDING & ABETTING
(32s)

15:78m(a), 78ff(a) and 17:240.12b-20
FALSE FILINGS WITH THE SEC;
18:2 AIDING AND ABETTING
(33)

15:78m(a), 78ff(a) & 17 CFR 240.12b-
20, 240.13a-1, 240.13a-3, 240.13a-16
FILING FALSE REPORT WITH THE
S.E.C.; 18:2 AIDING & ABETTING
(33s)

15:78m(a), 78ff(a) and 17:240.12b-20,
240.13a-1, 240.13a3, 240.13a-16
FALSE FILINGS WITH THE SEC;
18:2 AIDING AND ABETTING
(34-35)

15:78m(b)(5) 78ff(a), 17 CFR
240.13b2-1 FALSIFICATION OF
BOOKS & RECORDS; 18:2 AIDING
& ABETTING
(34s)

18:1956(h) MONEY LAUNDERING
CONSPIRACY
(35s)

15:78m(b)(2) and (5), 78ff(a),
17:240.13b2-1 FALSIFICATION OF
BOOKS AND RECORDS; 18:2
AIDING AND ABETTING
(36)

18:1956(a)(2)(A) MONEY
LAUNDERING
(36s-39s)

18:1956(h) MONEY LAUNDERING
CONSPIRACY
(37)

18:1956(a)(2)(A) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(38-44)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING &
ABETTING
(40s-45s)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(45-46)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(47-51)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(55)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                    **Disposition**

None

Assigned to: JUDGE ANITA B.
BRODY

## Defendant (2)

## IGOR FISHERMAN

**Pending Counts**                    **Disposition**

18:1962(d) RICO CONSPIRACY
(1)

18:1962(d) RICO CONSPIRACY
(1s)

18:1343 WIRE FRAUD
(2)

18:1343 WIRE FRAUD; 18:2 AIDING
& ABETTING
(2s-23s)

18:1343 WIRE FRAUD
(5)

18:1343 WIRE FRAUD
(6-14)

18:1343 WIRE FRAUD
(15-18)

18:1343 WIRE FRAUD
(19)

18:1343 WIRE FRAUD
(20-22)

18:1341 MAIL FRAUD
(23-26)

18:1341 MAIL FRAUD; 18:2 AIDING
& ABETTING
(24s-29s)

18:1341 MAIL FRAUD
(27-28)

15:77q(a) & 77x SECURITIES
FRAUD; 18:2 AIDING AND
ABETTING
(29)

15:77q(a) & 77x SECURITIES
FRAUD; 18:2 AIDING AND
ABETTING

(30-31)

15:78j(b) & 78ff(a) SECURITIES
FRAUD; 18:2 AIDING & ABETTING
(30s)

15:78l(g), 78ff(a), 17 CFR 240.12b
FILING FALSE REGISTRATION
STATEMENT WITH S.E.C.; 18:2
AIDING & ABETTING
(31s)

15:78j(b) and 78ff(a), 17:240.10b5
SECURITIES FRAUD; 18:2 AIDING
AND ABETTING
(32)

15:78m(a), 78ff(a) & 17 CFR 240.12b-
20, 240.13a-3, 240.13a-16 FILING
FALSE REPORT WITH THE S.E.C.;
18:2 AIDING & ABETTING
(32s)

15:78m(a), 78ff(a) and 17:240.12b-20
FALSE FILINGS WITH THE SEC;
18:2 AIDING AND ABETTING
(33)

15:78m(a), 78ff(a) & 17 CFR 240.12b-
20, 240.13a-1, 240.13a-3, 240.13a-16
FILING FALSE REPORT WITH THE
S.E.C.; 18:2 AIDING & ABETTING
(33s)

15:78m(a), 78ff(a) and 17:240.12b-20,
240.13a-1, 240.13a3, 240.13a-16
FALSE FILINGS WITH THE SEC;
18:2 AIDING AND ABETTING
(34-35)

15:78m(b)(5) 78ff(a), 17 CFR
240.13b2-1 FALSIFICATION OF
BOOKS & RECORDS; 18:2 AIDING
& ABETTING
(34s)

18:1956(h) MONEY LAUNDERING
CONSPIRACY
(35s)

15:78m(b)(2) and (5), 78ff(a),
17:240.13b2-1 FALSIFICATION OF
BOOKS AND RECORDS; 18:2
AIDING AND ABETTING
(36)

18:1956(a)(2)(A) MONEY

LAUNDERING
(36s-39s)

18:1956(h) MONEY LAUNDERING
CONSPIRACY
(37)

18:1956(a)(2)(A) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(38-44)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING &
ABETTING
(40s-45s)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(47-51)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(55)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: JUDGE ANITA B.
BRODY

**Defendant (3)**

| **JACOB BOGATIN** | represented by | **ERIC W. SITARCHUK** |
|---|---|---|
| *also known as* | | MORGAN LEWIS & BOCKIUS LLP |
| YAKOV | | 1701 MARKET STREET |
| | | PHILADELPHIA, PA 19103-2921 |
| | | 215-963-5840 |
| | | Fax: 215-963-5001 |

Email: csitarchuk@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

18:1962(d) RICO CONSPIRACY
(1)

18:1962(d) RICO CONSPIRACY
(1s)

18:1343 WIRE FRAUD
(2)

18:1343 WIRE FRAUD; 18:2 AIDING
& ABETTING
(2s-23s)

18:1343 WIRE FRAUD
(5)

18:1343 WIRE FRAUD
(6-14)

18:1343 WIRE FRAUD
(15-18)

18:1343 WIRE FRAUD
(19)

18:1343 WIRE FRAUD
(20-22)

18:1341 MAIL FRAUD
(23-26)

18:1341 MAIL FRAUD; 18:2 AIDING
& ABETTING
(24s-29s)

18:1341 MAIL FRAUD
(27-28)

15:77q(a) & 77x SECURITIES
FRAUD; 18:2 AIDING AND
ABETTING
(29)

15:77q(a) & 77x SECURITIES
FRAUD; 18:2 AIDING AND
ABETTING
(30-31)

15:78j(b) & 78ff(a) SECURITIES
FRAUD; 18:2 AIDING & ABETTING
(30s)

15:78l(g), 78ff(a), 17 CFR 240.12b

FILING FALSE REGISTRATION
STATEMENT WITH S.E.C.; 18:2
AIDING & ABETTING
(31s)

15:78j(b) and 78ff(a), 17:240.10b5
SECURITIES FRAUD; 18:2 AIDING
AND ABETTING
(32)

15:78m(a), 78ff(a) & 17 CFR 240.12b-
20, 240.13a-3, 240.13a-16 FILING
FALSE REPORT WITH THE S.E.C.;
18:2 AIDING & ABETTING
(32s)

15:78m(a), 78ff(a) and 17:240.12b-20
FALSE FILINGS WITH THE SEC;
18:2 AIDING AND ABETTING
(33)

15:78m(a), 78ff(a) & 17 CFR 240.12b-
20, 240.13a-1, 240.13a-3, 240.13a-16
FILING FALSE REPORT WITH THE
S.E.C.; 18:2 AIDING & ABETTING
(33s)

15:78m(a), 78ff(a) and 17:240.12b-20,
240.13a-1, 240.13a3, 240.13a-16
FALSE FILINGS WITH THE SEC;
18:2 AIDING AND ABETTING
(34-35)

15:78m(b)(5) 78ff(a), 17 CFR
240.13b2-1 FALSIFICATION OF
BOOKS & RECORDS; 18:2 AIDING
& ABETTING
(34s)

18:1956(h) MONEY LAUNDERING
CONSPIRACY
(35s)

15:78m(b)(2) and (5), 78ff(a),
17:240.13b2-1 FALSIFICATION OF
BOOKS AND RECORDS; 18:2
AIDING AND ABETTING
(36)

18:1956(a)(2)(A) MONEY
LAUNDERING
(36s-39s)

18:1956(h) MONEY LAUNDERING
CONSPIRACY
(37)

18:1956(a)(2)(A) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(38-44)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING &
ABETTING
(40s-45s)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(45-46)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(47-51)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(52-54)

18:1956(a)(2)(B)(i) MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(55)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: JUDGE ANITA B.
BRODY

**Defendant (4)**
**ANATOLY TSOURA**

**Pending Counts**                                  **Disposition**

18:1962(d) RICO CONSPIRACY
(1)

18:1962(d) RICO CONSPIRACY
(1s)

18:1343 WIRE FRAUD; 18:2 AIDING
& ABETTING
(2s-23s)

18:1343 WIRE FRAUD
(6-14)

18:1343 WIRE FRAUD
(19)

18:1341 MAIL FRAUD
(23-26)

18:1341 MAIL FRAUD; 18:2 AIDING
& ABETTING
(24s-29s)

15:77q(a) & 77x SECURITIES
FRAUD; 18:2 AIDING AND
ABETTING
(30-31)

15:78j(b) & 78ff(a) SECURITIES
FRAUD; 18:2 AIDING & ABETTING
(30s)

15:78j(b) and 78ff(a), 17:240.10b5
SECURITIES FRAUD; 18:2 AIDING
AND ABETTING
(32)

15:78m(a), 78ff(a) & 17 CFR 240.12b-
20, 240.13a-3, 240.13a-16 FILING
FALSE REPORT WITH THE S.E.C.;
18:2 AIDING & ABETTING
(32s)

15:78m(a), 78ff(a) & 17 CFR 240.12b-
20, 240.13a-1, 240.13a-3, 240.13a-16
FILING FALSE REPORT WITH THE
S.E.C.; 18:2 AIDING & ABETTING
(33s)

15:78m(a), 78ff(a) and 17:240.12b-20,
240.13a-1, 240.13a3, 240.13a-16
FALSE FILINGS WITH THE SEC;
18:2 AIDING AND ABETTING
(34-35)

15:78m(b)(5) 78ff(a), 17 CFR
240.13b2-1 FALSIFICATION OF

BOOKS & RECORDS; 18:2 AIDING
& ABETTING
(34s)

15:78m(b)(2) and (5), 78ff(a),
17:240.13b2-1 FALSIFICATION OF
BOOKS AND RECORDS; 18:2
AIDING AND ABETTING
(36)

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

### Plaintiff

**USA**                      represented by   **RICHARD P. BARRETT**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST
STE 1250
PHILADELPHIA, PA 19106
215-861-8420
Fax: 215-861-8618
Email: richard.barrett3@usdoj.gov
*TERMINATED: 07/16/2004*
*LEAD ATTORNEY*

**SUZANNE B. ERCOLE**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILA, PA 19106-4476
215-861-8691
Fax: 215-861-8618
Email: suzanne.ercole@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID E. FRITCHEY**

U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST
SUITE 1250
PHILA, PA 19106-4476
215-861-8668
Fax: 215-861-8618
Email: david.fritchey@usdoj.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2002 | 1 | Sealed Indictment as to SEMION MOGILEVICH (1) count(s) 1, 2, 5, 6-14, 15-18, 19, 20-22, 23-26, 27-28, 29, 30-31, 32, 33, 34-35, 36, 37, 38-44, 45-46, 47-51, 55, IGOR FISHERMAN (2) count(s) 1, 2, 5, 6-14, 15-18, 19, 20-22, 23-26, 27-28, 29, 30-31, 32, 33, 34-35, 36, 37, 38-44, 47-51, 55, JACOB BOGATIN (3) count(s) 1, 2, 5, 6-14, 15-18, 19, 20-22, 23-26, 27-28, 29, 30-31, 32, 33, 34-35, 36, 37, 38-44, 45-46, 47-51, 52-54, 55, ANATOLY TSOURA (4) count(s) 1, 6-14, 19, 23-26, 30-31, 32, 34-35, 36 (tj) (Entered: 05/01/2003) |
| 03/13/2002 | 2 | MOTION and ORDER Sealing Indictment as to SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA ( Signed by MAGISTRATE JUDGE JAMES R. MELINSON ) (tj) Modified on 05/01/2003 (Entered: 05/01/2003) |
| 03/13/2002 | 3 | MOTION and ORDER for Issuance of BENCH Warrant as to SEMION MOGILEVICH ( Signed by MAGISTRATE JUDGE JAMES R. MELINSON ) (tj) (Entered: 05/01/2003) |
| 03/13/2002 | 4 | MOTION and ORDER for Issuance of BENCH Warrant as to IGOR FISHERMAN ( Signed by MAGISTRATE JUDGE JAMES R. MELINSON ) (tj) (Entered: 05/01/2003) |
| 03/13/2002 | 5 | MOTION and ORDER for Issuance of BENCH Warrant as to JACOB BOGATIN ( Signed by MAGISTRATE JUDGE JAMES R. MELINSON ) (tj) (Entered: 05/01/2003) |
| 03/13/2002 | 6 | MOTION and ORDER for Issuance of BENCH Warrant as to ANATOLY TSOURA ( Signed by MAGISTRATE JUDGE JAMES R. MELINSON ) (tj) (Entered: 05/01/2003) |
| 03/13/2002 | | BENCH Warrant issued as to SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA . (tj) (Entered: 05/01/2003) |
| 02/26/2003 | 7 | Superseding Indictment as to SEMION MOGILEVICH (1) count(s) 1s, 2s-23s, 24s-29s, 30s, 31s, 32s, 33s, 34s, 35s, 36s-39s, 40s-45s, IGOR FISHERMAN (2) count(s) 1s, 2s-23s, 24s-29s, 30s, 31s, 32s, 33s, 34s, 35s, 36s-39s, 40s-45s, JACOB BOGATIN (3) count(s) 1s, 2s-23s, 24s-29s, 30s, 31s, 32s, 33s, 34s, 35s, 36s-39s, 40s-45s, ANATOLY TSOURA (4) count(s) 1s, 2s-23s, 24s-29s, 30s, 32s, 33s, 34s (cmc) Modified on 05/01/2003 (Entered: 05/01/2003) |
| 02/26/2003 | 8 | MOTION & ORDER FOR ISSUANCE OF BENCH WARRANT as to SEMION MOGILEVICH . (SIGNED BY MAGISTRATE JUDGE JACOB P. |

| | | HART) 5/1/03 ENTERED. (cmc) (Entered: 05/01/2003) |
|---|---|---|
| 02/26/2003 | 9 | MOTION & ORDER FOR ISSUANCE OF BENCH WARRANT as to IGOR FISHERMAN . (SIGNED BY MAGISTRATE JUDGE JACOB P. HART) 5/1/03 ENTERED. (cmc) (Entered: 05/01/2003) |
| 02/26/2003 | 10 | MOTION & ORDER FOR ISSUANCE OF BENCH WARRANT as to JACOB BOGATIN . (SIGNED BY MAGISTRATE JUDGE JACOB P. HART) 5/1/03 ENTERED. (cmc) (Entered: 05/01/2003) |
| 02/26/2003 | 11 | MOTION & ORDER FOR ISSUANCE OF BENCH WARRANT as to ANATOLY TSOURA . (SIGNED BY MAGISTRATE JUDGE JACOB P. HART) 5/1/03 ENTERED. (cmc) (Entered: 05/01/2003) |
| 02/26/2003 | | BENCH Warrant issued as to SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA . (cmc) (Entered: 05/01/2003) |
| 02/26/2003 | 12 | MOTION and ORDER Sealing Superseding Indictment as to SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA. (Signed by MAGISTRATE JUDGE JACOB P. HART) (cmc) (Entered: 05/01/2003) |
| 04/24/2003 | 13 | MOTION & ORDER OF 4/24/03 AS TO SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA UNSEALING SUPERSEDING INDICTMENT AND ALL RELATED PAPERS, ETC. (SIGNED BY MAGISTRATE JUDGE LINDA K. CARACAPPA) 5/1/03 ENTERED. (cmc) (Entered: 05/01/2003) |
| 04/24/2003 | | Superseding Indictment unsealed as to SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA (cmc) (Entered: 05/01/2003) |
| 04/24/2003 | | Initial appearance as to JACOB BOGATIN HELD on SS Indictment. (Defendant informed of rights.) (cmc) (Entered: 05/01/2003) |
| 04/25/2003 | 14 | Notice of Appearance for JACOB BOGATIN by Attorney ERIC W. SITARCHUK. (cmc) (Entered: 05/01/2003) |
| 04/25/2003 | 15 | Minute entry as to JACOB BOGATIN dated 4/24/03 re: Initial App.- No Bail set, Deft detained. (LKC) ESR (cmc) (Entered: 05/01/2003) |
| 04/25/2003 | 16 | ORDER OF TEMPORARY DETENTION DATED 4/24/03 AS TO JACOB BOGATIN PENDING ARRAIGNMENT SET FOR 4/28/03 1:30 PM COURTROOM 5-A. (SIGNED BY MAGISTRATE JUDGE LINDA K. CARACAPPA) 5/1/03 ENTERED. (cmc) (Entered: 05/01/2003) |
| 04/28/2003 | | Arraignment as to JACOB BOGATIN HELD JACOB BOGATIN (3) count(s) 1s, 2s-23s, 24s-29s, 30s, 31s, 32s, 33s, 34s, 35s, 36s-39s, 40s-45s (cmc) (Entered: 05/01/2003) |
| 04/29/2003 | 17 | Plea entered 4/28/03 by JACOB BOGATIN. Court accepts plea. NOT GUILTY: count(s) 1s, 2s-23s, 24s-29s, 30s, 31s, 32s, 33s, 34s, 35s, 36s-39s, 40s-45s , Bail set 1 Million with Money & properties to be posted, etc. (JPH) (cmc) (Entered: 05/01/2003) |

| 04/29/2003 | 18 | ORDER OF 4/28/03 SETTING CONDITIONS OF RELEASE as to JACOB BOGATIN: BAIL SET AT 1 MILLION DOLLARS WITH CASH AND PROPERTIES TO BE POSTED, ETC. (SIGNED BY MAGISTRATE JUDGE JACOB P. HART) 5/1/03 ENTERED AND COPIES MAILED. (cmc) (Entered: 05/01/2003) |
|---|---|---|
| 04/29/2003 | | Bond entered 4/28/03 by JACOB BOGATIN in the Amount of $ 1,000,000.00 (Cash $11,543.00; Surety for properties listed at 81 S. TIMBER RD., NORTHAMPTON, PA; 246 SUNSET DRIVE, RICHBORO, PA; 24 PURDUE DRIVE, RICHBORO, PA; 122 BELLWOOD DR., NORTHHAMPTON, PA; 15 DARTMOUTH LANE, RICHBORO, PA; 253 RIDGEWAY ST., PHILA., PA; 13097 BLAKESLEE DR., PHILA., PA) (cmc) (Entered: 05/01/2003) |
| 04/30/2003 | 19 | MOTION AND ORDER UNIMPOUNDING INDICTMENT as to SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA ( SIGNED BY MAGISTRATE JUDGE JACOB P. HART ), 4/30/03 ENTERED (tj) Modified on 05/01/2003 (Entered: 05/01/2003) |
| 04/30/2003 | | Indictment unsealed as to SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA (tj) (Entered: 05/01/2003) |
| 05/19/2003 | 20 | BENCH WARRANT Returned Executed as to JACOB BOGATIN on 4/24/03 . (cmc) (Entered: 05/19/2003) |
| 06/10/2003 | 21 | MOTION FOR SPEEDY TRIAL ACT CONTINUANCE AND FOR SPECIAL LISTING by USA as to JACOB BOGATIN, CERT. OF SERVICE. (cmc) (Entered: 06/11/2003) |
| 06/17/2003 | 22 | ORDER GRANTING 21 MOTION FOR SPEEDY TRIAL ACT CONTINUANCE AND FOR SPECIAL LISTING by USA as to JACOB BOGATIN (3). THE MATTER IS DESIGNATED COMPLEX. TRIAL DATE IS CONTINUED FROM 6/23/03 TO A SPECIAL LISTING DATE TO BE SET BY THE COURT FOR SEPTEMBER 2004. THE FAILURE TO GRANT A CONTINUANCE WOULD LIKELY RESULT IN A MISCARRIAGE OF JUSTICE TITLE 18 U.S.C. SECTIONS 3161(h)(8)(B) (i). THIS COTINUANCE IS NOT BEING GRANTED BECAUSE OF GENERAL CONGESTION OF THE COURT'S CALENDAR OR LACK OF DILIGENT PREPARATION OR FAILURE TO OBTAIN AVAILABLE WITNESSES ON THE PART OF THE ATTORNEY FOR THE GOVERNMENT ETC.. SIGNED BY JUDGE ANITA B. BRODY on 6/12/03.6/17/03 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS.(ke) (Entered: 06/17/2003) |
| 06/18/2003 | 23 | NOTICE OF HEARING as to JACOB BOGATIN Jury Trial set for 9/13/2004 09:30 AM in Courtroom before HONORABLE ANITA B. BRODY. (js, ) (Entered: 06/18/2003) |
| 06/18/2003 | 24 | ORDER THAT THE ABOVE-CAPTIONED CASE IS SPECIALLY LISTED FOR TRIAL TO COMMENCE ON MONDAY 9/13/04 AT 9:30 A.M. IN COURTROOM 7-B TRIAL EXPECTED TO LAST 12 WEEKS APPROXIMATELY as to JACOB BOGATIN  Signed by Judge ANITA B. BRODY on 6/18/03.6/19/03 Entered and Copies Mailed and Faxed BY |

| | | |
|---|---|---|
| | | CHAMBERS. (ke) (Entered: 06/19/2003) |
| 06/20/2003 | 25 | REPORT OF SPEEDY TRIAL ACT DELAY: THE CALENDERING OF THE PROCEDURES AS TO DEFENDANTS SEMION MOGILEVICH, IGOR FISHERMAN, ANATOLY TSOURA IN THE WITHIN ACTION PURSUANT TO COURTS' PLAN ADOPTED PURSUANT TO FED.RULE OF CRIM. PROCEDURE 50 (b) AND IN CONFORMITY WITH THE PROVISIONS OF THE SPEEDY TRIAL ACT OF 1974 AND THE FEDERAL JUVENILE DELINQUENCY ACT, HAS BEEN DELAYED FOR THE REASON THAT THE DEFENDANTS ARE FUGITIVES. . Signed by Judge ANITA B. BRODY on 6/18/03.6/23/03 Entered and Copies Faxed BY CHAMBERS. (ke) (Entered: 06/23/2003) |
| 07/01/2003 | 26 | UNOPPOSED MOTION by JACOB BOGATIN TO MODIFY ORDER OF 4/29/02 SETTING CONDITIONS OF RELEASE, CERT. OF SERVICE . (cmc) (Entered: 07/02/2003) |
| 07/11/2003 | 27 | ORDER AS TO JACOB BOGATIN RE 26 UNOPPOSED MOTION TO MODIFY ORDER OF 4/29/03 SETTING CONDITIONS OF RELEASE. IT IS ORDERED THAT THIS ORDER IS MODIFIED TO: PERMIT DEFT. TO ATTEND A FITNESS FACILITY IN THE MORNING PRIOR TO GOING TO WORK; AND PERMIT DEFT. TO LEAVE HIS HOME ON WEEKENDS IN ORDER TO SPEND TIME WITH HIS GRANDCHILDREN WITH PRIOR NOTICE TO AND APPROVAL OF PRETRIAL SERVICES.. Signed by Judge ANITA B. BRODY on 7/10/03.7/14/03 Entered and Copies Faxed BY CHAMBERS. (ke) (Entered: 07/14/2003) |
| 01/23/2004 | 28 | UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE BY JACOB BOGATIN, CERTIFICATE OF SERVICE. (jcz, ) (Entered: 01/26/2004) |
| 01/30/2004 | 29 | ORDER AS TO JACOB BOGATIN RE: 28 UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE BY JACOB BOGATIN, IT IS ORDERED THAT DEFT'S. CONDITIONS OF RELEASE ARE MODIFIED TO MAINTAIN A DAILY CURFEW OF 6:00 A.M. UNTIL 8:30 P.M. AND WITHIN THAT CURFEW, DEFT. IS NO LONGER LIMITED TO ATTENDING A FITNESS FACILITY IN THE MORNING. Signed by Judge ANITA B. BRODY on 1/26/04.1/30/04 Entered and Copies Mailed and Faxed BY CHAMBERS. (ke) (Entered: 01/30/2004) |
| 05/05/2004 | 30 | MOTION FOR SPEEDY TRIAL ACT CONTINUANCE FILED BY JACOB BOGATIN, CERTIFICATE OF SERVICE. (ke) (Entered: 05/05/2004) |
| 05/07/2004 | 31 | MOTION TO MODIFY CONDITIONS OF RELEASE FILED BY JACOB BOGATIN, CERTIFICATE OF SERVICE. (ke) (Entered: 05/07/2004) |
| 05/07/2004 | 32 | RESPONSE to Motion by USA as to JACOB BOGATIN re 31 MOTION to Modify Conditions of Release, Cert. of Service filed by USA (FRITCHEY, DAVID) Modified on 5/10/2004 (cmc). (Entered: 05/07/2004) |
| 05/07/2004 | 33 | RESPONSE to Motion by USA as to JACOB BOGATIN re 30 *Motion for Speedy Trial Act Continuance*, Cert. of Service filed by USA (FRITCHEY, DAVID) Modified on 5/10/2004 (cmc). (Entered: 05/07/2004) |

| 05/14/2004 | 34 | ORDER TO CONTINUE - ENDS OF JUSTICE PURSUANT TO 18 U.S.C. SECTION 3161(h)(8)(A) AS TO JACOB BOGATIN CASE IS UNUSUAL AND COMPLEX DUE TO NATURE OF PROSECUTION AND THE VOLUMINOUS DISCOVERY, ETC.; THE TRIAL DATE IS CONTINUED FROM 9/13/04 TO SPECIAL LISTING DATE OF 4/25/05 MOTIONS TERMINATED : 30 MOTION . Signed by Judge ANITA B. BRODY on 5/14/04.5/17/04 Entered and Copies Mailed and Faxed. (cmc) (Entered: 05/17/2004) |
|---|---|---|
| 05/17/2004 | 35 | ORDER THAT 31 MOTION TO MODIFY CONDITIONS OF RELEASE as to JACOB BOGATIN (3) IS GRANTED AND MODIFIED TO: REMOVE THE CONDITION OF HOME CONFINEMENT W/ELECTRONIC MONITORING BY PRETRIAL SERVICES: ALLOW DEFT TO TRAVEL OUTSIDE THE E.D.PA. (BUT WITHIN THE U.S.A.). Signed by Judge ANITA B. BRODY on 5/14/04.5/17/04 ENTERED AND COPIES MAILED AND FAXED.(cmc) (Entered: 05/17/2004) |
| 07/15/2004 | 36 | UNOPPOSED MOTION TO SUBSTITUTE PROPERTY FILED BY JACOB BOGATIN, CERTIFICATE OF SERVICE. (ke) (Entered: 07/16/2004) |
| 07/16/2004 | 37 | ORDER AS TO JACOB BOGATIN RE: 36 UNOPPOSED MOTION TO SUBSTITUTE PROPERTY FILED BY JACOB BOGATIN, IT IS ORDERED THAT THE PROPERTY POSTED AS BAIL LCOATED AT CERTAIN RESIDENCE SHALL BE SUBSTITUTED WITH THE PROPERTY LOCATED AT CERTAIN RESIDENCE; AND DEFT. SHALL HAVE 90 DAYS FROM THE DATE OF THIS ORDER TO PRESENT A COPY OF THE DEED OF SUCH SUBSTITUTED PROPERTY TO THE CLERK OF THE COURT IN THE U.S.D.C. FOR THE E.D. OF PA . Signed by Judge ANITA B. BRODY on 7/16/04.7/16/04 Entered and Copies Mailed and Faxed BY CHAMBERS. (ke) (Entered: 07/16/2004) |
| 07/16/2004 | 38 | NOTICE *to remove Richard P. Barrett as Attorney for the Government* by USA as to SEMION MOGILEVICH, IGOR FISHERMAN, JACOB BOGATIN, ANATOLY TSOURA (ERCOLE, SUZANNE) (Entered: 07/16/2004) |
| 02/17/2005 | 39 | AMENDED REPORT OF SPEEDY TRIAL ACT DELAY AS TO SEMION MOGILEVICH, IGOR FISHERMAN, ANATOLY TSOURA, THAT THE CALENDERING OF PROCEDURES AS TO THE ABOVE DEFTS. IN THE WITHIN ACTION PURSUANT TO THE COURT'S PLAN ADOPTED PURSUANT TO FED.R.CRIM.P. 50(b) AND IN CONFORMITY WITH THE PROVISIONS OF THE SPEEDY TRIAL ACT OF 1974 AND THE FEDERAL JUVENILE DELINQUENCY ACT, HAS BEEN DELAYED FOR THE REASON THAT THESE DEFTS. ARE FUGITIVES . Signed by Judge ANITA B. BRODY on 2/15/05.2/17/05 Entered and Copies E Mailed and Faxed BY CHAMBERS. (ke) (Entered: 02/17/2005) |
| 04/08/2005 | 40 | MOTION for Speedy Trial *Act Continuance* by JACOB BOGATIN, Cert. of Service. (SHARCHUK, ERIC) Modified on 4/11/2005 (cmc). (Entered: 04/08/2005) |
| 04/12/2005 | 41 | ORDER TO CONTINUE - ENDS OF JUSTICE AS TO JACOB BOGATIN |

| | | |
|---|---|---|
| | | RE: 40 UNOPPOSED MOTION FOR SPEEDY TRIAL ACT CONTINUANCE, THAT PURSUANT TO 18 U.S.C. SECTION 3161(h)(7), THE TRIAL DATE IN THE ABOVE MATTER IS CONTINUED FROM 4/25/05 TO A SPECIAL LISTING DATE TO BE SET BY THE COURT, ETC. IT IS FURTHER ORDERED THAT THE DELAY RESULTING FROM THIS CONTINUANCE SHALL BE EXCLUDED FROM DEFT'S. SPEEDY TRIAL CALCULATION, ETC . Signed by Judge ANITA B. BRODY on 4/11/05.4/12/05 Entered and Copies Mailed, Faxed BY CHAMBERS. (ke) (Entered: 04/12/2005) |
| 06/29/2005 | 42 | BENCH Warrant Returned Executed on 4/24/03 in case as to JACOB BOGATIN. (ke) (Entered: 06/29/2005) |
| 01/09/2007 | 43 | MOTION & ORDER FOR ISSUANCE OF BENCH WARRANT AS TO IGOR FISHERMAN . Signed by Judge JACOB P. HART on 1/9/07.1/9/07 Entered. (cmc) (Entered: 01/09/2007) |
| 01/09/2007 | | BENCH Warrant Issued by JACOB P. HART in case as to IGOR FISHERMAN. (cmc) (Entered: 01/09/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/13/2011 08:43:56 | | | |
| **PACER Login:** | cb0916 | **Client Code:** | 033986.00101.05058 |
| **Description:** | Docket Report | **Search Criteria:** | 2:02-cr-00157-AB |
| **Billable Pages:** | 10 | **Cost:** | 0.80 |