## Links between Eural Trans Gas and RosUkrEnergo

Refer to text for more details



ducted by a Global Witness contact a week after our meeting with him, Putschek stated that Shetler-Jones had voluntarily quit and that Raiffeisen was suggesting a new representative to Gazprom.[424] In a third interview at the end of July 2005, Putschek stated to Global Witness that Shetler-Jones had left the committee 'months ago'.[425] Global Witness wrote to Shetler-Jones for clarification on his work for RosUkrEnergo. Via a letter sent by his associate David Brown, Shetler-Jones said he would not be answering our questions.

As noted above, there is some evidence that Voronin and Boiko stepped down from RosUkrEnergo's coordination committee in June 2005. Global Witness met Putschek at the end of June 2005 and spoke to him again in July. The coordination committee was discussed in both conversations, but at no point in his conversations with Global Witness did Putschek mention that Boiko and Voronin had been on the committee and had apparently been replaced just weeks before. He said in late June: 'Each of the parties brings four people to the committee … four people representing Gazprom … and then there are four people from Raiffeisen – one of them is me, one is them is our resident director in Moscow, one of them is directing Raiffeisen Zentralbank – and the fourth we will have to agree with Gazprom,' following Shetler-Jones' departure.[426]

### Links between RosUkrEnergo and Eural Trans Gas

Putschek told Global Witness in June 2005 that he knew little about Eural Trans Gas, the company which had preceded RosUkrEnergo. He said: 'What we see now is a transitional phase. We have the old ETG structure and I know practically nothing about it as I was never involved. But I did have all the contracts to the end of 2005.'[427]

Investigations by Global Witness show, however, that there are actually many links between RosUkrEnergo and ETG and it seems strange that Putschek claims to know 'practically nothing' about ETG. One link is through DEG Handels, the Austrian company which, as described earlier, was one of the shareholders in ETG. Austrian corporate records, accessed by Global Witness in early 2006, give the Vienna address of DEG Handels as 12 Loewelstrasse, Floor 2/9. This is also the address of CentraGas Holding, which owns half of RosUkrEnergo.

One of the executives of DEG Handels is listed in Austrian corporate records as Sabine Penkler, who is also on the supervisory board of a company called Ostchem Holding AG, which is registered at the same address in Vienna: 12



The registered Vienna office of Centragas & Zangas. And DEG Handels. And Ostchem Holding. And Citel. And Ukrinvest. *Global Witness*

pany called Ostchem Trading, registered in Zug, Switzerland. Apart from Putschek, this company's management (*geschaeftsfuehrung* in German) is listed as Ostchem Holding AG and a man called Lars Haussmann,[429] an accountant who was RosUkrEnergo's sole director before the company appointed two managing directors in November 2004.[430] Ostchem Trading's business is listed as 'pharmaceutical production trade with chemical products'. As noted above, various people associated with RosUkrEnergo's predecessor ETG have also been involved in the chemical industry.

There are other links between RosUkrEnergo and the group of British businessmen connected to ETG besides Robert Shetler-Jones' stint on the RosUkrEnergo coordination committee. One of the *prokurists* (German for 'authorised signatory') for CentraGas Holding is David A.H. Brown, Shetler-Jones' fellow-director at Denby Holdings which, as noted earlier in this report, was an indirect shareholder in Eural Trans Gas. Putschek told Global Witness that Brown assisted RosUkrEnergo in legal matters concerning the purchase of gas fields. Howard Wilson, who featured earlier in this report as a director of JKX Gas, another ETG shareholder, is also a *prokurist* for CentraGas. Putschek told Global Witness in July 2005 that Robert Shetler-Jones was no longer involved with RosUkrEnergo, though he added that his associate David Brown was still involved.[431]

Two other companies that have been registered at the same Vienna address as CentraGas and DEG Handels – 12 Loewelstrasse, floor 2/9 – are Ukrinvest Holding and Citel AG. David A.H. Brown, Howard Wilson and a man named Charles Treherne are all listed as board members for both companies.[432] Treherne is another associate of Shetler-Jones and David Brown at Denby Holdings; he is also listed as a board member of Ostchem Holding.

A Global Witness contact went to 12 Loewelstrasse in Vienna and discovered that currently two companies share

Tiefbau GmbH. ZanGas features David Brown as a board member[433] and was contracted in 2005 to build a gas pipeline in Turkmenistan, for which ZanGas was to be paid in gas, according to Turkmenistan's state website.[434]

Another figure to reappear from the ETG story is Oleg Palchikov, who formerly headed the Moscow branch of the company. A document seen by Global Witness shows that Palchikov was appointed a co-director of RosUkrEnergo in November 2004,[435] representing CentraGas. His co-director is Konstantin Chuichenko, who is head of Gazprom's legal department[436] and represents Gazprom's 50% interest.

Putschek told Global Witness that Eural Trans Gas did not have any bank accounts with Raiffeisen Bank: 'What is true is that ETG applied for a bank account but it was turned down.'[437] Global Witness later saw a document indicating that one of ETG's bank accounts was at Raiffeisen Bank in Budapest. Having been told this by Global Witness, Putschek said that he would have to check to see if such a



bank account existed, but added that if one did, it would not have held a lot of money.[438] After its opening two transfers, this account contained US$5.76 million on 12th March 2003.[439]

In September 2003, before RosUkrEnergo came into existence, Raiffeisen Investment bought a 54% share of Rivneazot, a Ukrainian factory that produces mineral fertilisers and other products.[440] According to an online annual report, two of Rivneazot's board members are Alim Svergunenko and Aleksandr Shuklin.[441] These two men also work for Nitrofert, whose chairman is Dmytro Firtash, according to its website.[442] Firtash was the man who got Israeli lawyer Zeev Gordon to register ETG, according to the latter. Global Witness asked Putschek in 2006, via CentraGas' PR firm Merlin, if Raiffeisen Investment had purchased Rivneazot on behalf of Firtash, or had any other business relationship with him. The executive declined to answer questions through Merlin. In an interview in June 2005, Putschek had told Global Witness that Raiffeisen had no business with Highrock Holdings, the Cypriot company directed by Firtash.[443]

It was noted earlier in this report that ETG was indirectly controlled, after April 2004, by Dema Trustees and Dema Nominees of Cyprus, which also owned a chemicals company called ACI Trading. The latter's clients included Firtash's Nitrofert and Shetler-Jones' Krymsoda plant, as well as Rivneazot.[444] ACI Trading also had a banking relationship with Raiffeisen Zentralbank, the parent of Raiffeisen Investment: ACI Trading's records show a 'charge on deposit' of the amount of U$27,000,000, with the Austrian bank as the beneficiary.[445]

### The Ukrainian criminal investigation that never was?

In June 2005, the Ukrainian Security Service, which was then headed by Oleksandr Turchynov, an ally of then-prime minister Yulia Tymoshenko, launched a criminal investigation into Eural Trans Gas and RosUkrEnergo. Tymoshenko went so far as to call RosUkrEnergo a 'wart on the body of the Naftohaz company' on Ukrainian television.[446]

The investigation was confirmed by the Security Service's press secretary Marina Ostapenko, who said to the *Moscow Times* in June 2005: '[The Security Service] is currently investigating a number of criminal cases in the fuel and energy complex ... As part of this investigation, the service has launched a probe into former and current intermediaries involved in deals supplying gas from Turkmenistan to Ukraine, including into their possible ties with international organised crime groups.'[447] In August, Naftohaz spokesman Dmitry Marunich told the *Moscow Times* that the Security Service had recently searched Naftohaz's offices, and that the search was related to the company's former management.[448] The investigation also seemed to provoke a large-scale purge of top government officials in Turkmenistan (see above section: *Chaos at the Central Bank*) after the Ukrainian security service had turned to its Turkmen counterpart for information concerning possible money laundering in Turkmenistan from gas-transportation schemes, according to Turchynov.[449]

In September 2005, Viktor Yushchenko sacked his government, including Prime Minister Yulia Tymoshenko. Her political ally, Turchynov, who had launched the investigation into the intermediary companies, resigned. Political analysts cited the in-fighting between Tymoshenko and the head of the Security and Defence Council, Petro Poroshenko, as one of the reasons for Yushchenko's actions, though other reports suggested that the investigations themselves were causing friction within the cabinet and amongst the president's aides.

Following his resignation from the post of security chief, Turchynov told Global Witness in January 2006 that he had written to Yushchenko, stating that RosUkrEnergo posed a dangerous threat to Ukraine's energy security, but his concerns were ignored. He had previously told *Ukrainskaya pravda* in September 2005: 'I have to say that as soon as the SBU [Ukrainian Security Service] started investigating this scheme, it came under pressure ... I had a conversation with President Yushchenko himself. He accused me of persecuting his people, he said the SBU was working against his team. I explained to him that we were working against criminals, not against his team.'[450]

**Ukraine's Tymoshenko does not like the gas deal.**



Turchynov added that he received a telephone call from one of Yushchenko's aides, Oleksandr Tretyakov, asking him to halt the investigation.

Tretyakov denied this allegation in a later interview with *Ukrainskaya pravda* in which he said: 'I didn't call him even once concerning RosUkrEnergo. Oleksandr Valentinovich [Turchynov] is an experienced politician and a strong person. I could not pressure him while he was head of Ukraine's state security service! As assistant to the president, I don't have any means to put pressure on him.'[451] In the same interview Tretyakov denied having any shares in RosUkrEnergo.

Following Turchynov's dismissal, one of his assistants, Ihor Dryzhchany, took over as the head of the Security Service. Global Witness called the Security Service in February 2006 to ask about the progress of the investigation and was surprised to be told that there had never been such an investigation. The person who said this to Global Witness was Maria Ostapenko, the press secretary of the Security Service and the very same person who had spoken about the investigation to the *Moscow Times* eight months previously.[452]

Had Turchynov gone outside his remit as security chief in launching an investigation of RosUkrEnergo? Or is it possible that, after the January 2006 deal between Russia and Ukraine which put RosUkrEnergo in an even stronger market position than before, there were powers within Ukraine who wanted the criminal investigation to be stifled?

### Turchynov's allegations and their rebuttal

While he occupied the position of Ukrainian Security Service head, Oleksandr Turchynov made it clear that in his opinion intermediary companies posed a threat to Ukraine's energy security. In an extensive interview with *Zerkalo nedeli* in June 2005, he stated: 'The presence of this middlemen structure looks strange, given that there exists a fairly strong state company, Naftohaz Ukrainy.' He went on to express concern over the intermediaries' barter deals: 'There were serious abuses, including ones engendered by the process of barter payment for Turkmen gas' and highlighted the fact that, 'activity on such a scale could not have been carried out without authorization at the highest state level both in Ukraine and in the Russian Federation.'[453]

In another interview with the *Financial Times* conducted during his time as security chief, Turchynov stated that part of the investigation concentrated on whether a man named

RosUkrEnergo. Mogilevich is a controversial Ukrainian businessman, formerly resident in Budapest, now in Moscow, who is currently wanted by the United States authorities in connection with an alleged fraud scheme set up in America.[454] Turchynov stated: 'The surname Mogilevich isn't in the [gas trade] agreements or in the ownership documents [of the companies involved] but there are many indications that a group of people under his control could be involved.'[455]

Mogilevich's lawyer, Zeev Gordon, told Global Witness in a phone interview in August 2005 that people often used the name of his client to 'discredit things' and 'break contracts' – that is, to inaccurately associate him with particular business deals in order to try and create controversy about them. Gordon said that Mogilevich was not involved in any way with companies used to transport Turkmen gas to Ukraine and added in a second interview that he thought that talk of an investigation had been intended to create a political effect: 'the announcement was more important than the investigation.' [456]

Gordon stated in August 2005 to Global Witness that, though Mogilevich knows Dmytro Firtash, the man who had got Gordon to register Eural Trans Gas, he was not familiar with what business, if any, they had together. However, he added that Mogilevich had assured him that he was not involved in ETG or RosUkrEnergo.[457] Wolfgang Putschek told Global Witness that his company had not been approached by any investigators and that the investigation was purely political. He stated that Mogilevich was not involved in RosUkrEnergo, and all ultimate owners had undergone the strictest compliance.[458] Global Witness asked Putschek in 2006 what these 'compliance' procedures involved. Putschek's PR firm Merlin wrote to Global Witness saying that Putschek had nothing further to add to previous answers he had given.

Former chairman of Naftohaz Ukrainy, Yuri Boiko, who signed the ETG and RosUkrEnergo contracts on behalf of Naftohaz, defended the deals on Ukrainian television in August 2005. He stated: 'We received the gas on time and it was the cheapest.'[459] In the same interview he accused his critics of pursuing personal interests in attacking him. Boiko is now involved in Ukrainian politics, forming the 'Republic Party of Ukraine' in 2005.

When Gazprom's chairman Alexei Miller was asked by a British journalist about the criminal investigation of RosUkrEnergo in June 2005, his rather terse reply was: 'If someone in Ukraine wants to go fishing in murky waters

### The gas dispute, January 2006

On New Year's Day 2006, Russia cut gas supplies to Ukraine in a highly publicised move that followed Ukraine's refusal to meet a sharp hike in gas prices. As a result, various countries around Europe experienced a loss in gas supply. International media concentrated on the issue of European energy security and its reliance on Russia. The stand-off was resolved on 4th January, when Gazprom and Naftohaz signed a supply agreement that gave a major role to RosUkrEnergo. The company was contracted to buy 41 billion m$^3$ of Turkmen gas from Gazexport at an undisclosed price and 17 billion m$^3$ of Russian gas at US$230 per 1000 m$^3$. The contract also stipulated that RosUkrEnergo would sell to Ukraine 34 billion m$^3$ of gas at US$95 per 1000 m$^3$ in 2006. The contract was signed by the chairmen of Gazprom and Naftohaz, Alexei Miller and Oleksiy Ivchenko, and the managing directors of RosUkrEnergo, Oleg Palchikov and Konstantin Chuichenko.

Without Russia, Ukraine can only meet a third of its gas needs from domestic sources. With this in mind, did the chairman of Naftohaz have the authority to sign an agreement giving a monopoly on gas imports to a private company? This was the question raised by many commentators in Ukraine following the agreement. The question is particularly acute when the company concerned has refused to disclose its ultimate beneficiaries and was possibly, according to former security chief Oleksandr Turchynov, the subject of a criminal investigation.

The contract itself, which is less than two pages long, also left many unanswered questions. Firstly, it seemed to override an existing contract between Ukraine and Turkmenistan, which was supposed to operate until the end of 2006. It is unclear what formula has been used to produce a price of US$95 per 1000 m$^3$ for gas sold to Ukraine, when Turkmenistan sells the same gas to Gazexport for US$65: there is presumably a transportation cost but no details about this have been made public. It is also unclear whether any of the more expensive Russian gas would make its way to Ukraine. Naftohaz chairman Oleksiy Ivchenko has stated that none of this gas would be sold to Ukraine.[462] However, former prime minister Yulia Tymoshenko highlighted the fact that the 34 billion m$^3$ of Turkmen gas to be sold to Ukraine by RosUkrEnergo would not be enough to fulfil Ukraine's energy demands.[463] The lack of clarity over pricing and volumes is deeply troubling because without knowing exactly where the gas is coming from, it is not possible to work out what the ultimate cost of the gas deal will be for Ukraine.

Furthermore, the contract's operational term is only six months, with the possibility that gas prices may rise later in the year. RosUkrEnergo stated that the agreement can be renegotiated, depending on what happens to gas prices.[464] However, Naftohaz spokesperson Dmitri Marunich insisted that the price is set for five years at US$95.[465] Turkmenistan may well decide to seek higher prices for its gas, judging by comments by President Niyazov, which would result in a knock-on effect of still higher costs to Ukraine. In effect, the agreement does not guarantee any security for any substantial period of time.

Global Witness contacted Raiffeisen's Wolfgang Putschek in February 2006 in order to clarify the issues raised by the new contract. CentraGas' PR firm responded that Putschek did not want to comment further.

Once again, both Naftohaz and Gazprom rely upon an intermediary to supply Turkmen gas to Ukraine. Gazprom now controls 50% of the latest company, RosUkrEnergo. Yet despite declared intentions to the contrary, Naftohaz has neither rid Ukraine of the use of an intermediary in its gas supply from Turkmenistan, nor acquired a share in such a company. Instead, as Global Witness goes to press, Naftohaz has granted RosUkrEnergo even more of a share of its



The founders of RosUkrEnergo could have been anybody... anybody
*Ukrainian President Viktor Yushchenko*[405]



Protesters' banners ask if the gas deal has bankrupted the Orange Revolution. *AFP/Sergei Supinksy*

## RosUkrEnergo & Naftohaz create a joint venture

On 2nd February 2006, Naftohaz Ukrainy issued a press release stating that a joint venture named UkrGazEnergo had been created between Naftohaz and RosUkrEnergo.[466] A Russian oil and gas industry paper reported that Gazprom deputy chairman Aleksandr Ryazanov was appointed its chairman.[467]

This new company would be in charge of supplying natural gas in Ukraine's internal markets. This enterprise therefore places more income that was formerly going to the state via Naftohaz into the hands of RosUkrEnergo, a company half-owned by a group of unnamed Ukrainian businessman and companies. Gazprom benefits through its 50% ownership of RosUkrEnergo.

With so much confusion concerning the new contract, the gas prices and how long they are guaranteed for, the fate of Ukraine's energy supplies depends on Gazprom and the mysterious men who control the other half of RosUkrEnergo. With Turkmenistan's erratic President Niyazov likely to demand higher prices and the threat that Russia may assert its dominance once again, Ukraine faces a difficult future and some troubling questions about the governance of its gas trade.

As described earlier, there have been conflicting views about the commercial benefits of these arrangements. Some Gazprom shareholders and industry analysts have criticised them on the grounds that Gazprom has been giving away chunks of its business to others. Another expert view is that such arrangements help to negotiate the volatile conditions of the gas business and the complex relationship between Ukraine and Russia. Israeli lawyer Zeev Gordon, the man who registered Eural Trans Gas, speaking to Global Witness as an interested observer of the RosUkrEnergo situation in February 2006, said that the trade could not work without a middleman who can guarantee that Ukraine pays for its gas, and who should be entitled to big profits for taking on the risk of this guarantee: 'If someone is risking [big money] they are expecting therefore to have big profits. There is no other way to make these deals, this is what I understand ... But when you are not in power, you can knock down any plan.'[468]

Naftohaz Ukrainy's current management policy originally seemed to be against such intermediaries. In June 2005, the head of Naftohaz, Oleksei Ivchenko, stated that intermediary companies such as RosUkrEnergo would be a thing of the past: 'You know the position of NAK [Naftohaz] is clear and understood and transparent. We consider that there should be no intermediaries in relations between NAK [Naftohaz] and Turkmenistan, between NAK [Naftohaz] and Russia's Gazprom. We are perfectly capable of handling these relations independently and directly.'[469]

The people of Ukraine thus have a right to know why Naftohaz has yet to rid itself of an intermediary in its gas import system or why, if one needs to exist, Naftohaz has yet to buy into this structure. If this proves impossible, it is not only in Ukraine's interest but that of Europe as well, that the undis-

# Conclusion: Plus ça change, plus c'est la même chose?



Over a quarter of Europe's gas comes from Turkmenistan and Russia. *AFP/Stringer*

The transit of gas from Turkmenistan to Ukraine has, for the last 15 years, been characterised by opacity surrounding a complex web of intermediary companies with largely unknown beneficiaries and high-level decisions made in Russia and Ukraine whose economic justification is often unclear. These intermediary companies have come out of nowhere, parlaying tiny amounts of start-up capital into billion-dollar contracts of vital economic consequence to Russia and Ukraine.

Turkmenistan earns huge sums from gas exports, most of which ends up not in the national budget, but overseas, controlled by its increasingly despotic President Niyazov, while the public services of his country deteriorate and his people slip into deeper poverty. Given the risks of instability in Central Asia and the region's geostrategic importance, it seems extraordinary that an out-of-control dictator should be able to prop up his personality cult with the willing support of European gas buyers, European exporters and European banks. It is time for Europe to stop sitting on its hands and think about such measures as revising banking laws, for example by tightening the due diligence requirements for politically exposed persons who wish to become bank customers, to stop dictators like Niyazov from using the European financial system as a convenient piggy-bank.

Gazprom, the major corporate player in this cross-border trade, has repeatedly promised greater transparency, yet a group of unidentified Ukrainian businessmen continues to

when Gazprom is planning to expand its international operations, with talk in February 2006 of new pipelines to Europe and possible acquisitions in Britain, it is in everyone's interests that Gazprom be as transparent as possible, not only in its own operations but also in its dealings with third parties.

The Russian government also has an interest in promoting transparency in the energy sector, not just because energy security is Russia's chosen theme for its presidency of the G8 countries in 2006, but also to allay the fears about security of supply that were aggravated in Europe after Russia's dispute with Ukraine last winter.

Ukraine remains at the heart of the controversy surrounding this gas trade. Information revealed in this report suggests that the state oil and gas company Naftohaz Ukrainy has been so badly managed from the tenure of Ihor Bakai onwards that it is unable to rid itself of the use of intermediaries. Instead, it finds itself becoming ever more dependant on them. This report has shown that key figures involved in the Eural Trans Gas deal are or have been also involved in RosUkrEnergo, the current intermediary company whose role in Ukraine's gas industry is expanding.

The use of such intermediaries represents the private ownership of state resources, an all-too apparent story in former Soviet countries since the fall of the Union, where natural resources have been controlled by a select few people. Very

and the qualifications they possess in controlling such fundamental business as a country's energy supply.

How is it in the interests of Ukraine, or indeed of Europe, to have such a vital country's gas supply controlled by complex and opaque private business structures? It is in the public interest to know who exactly stands behind these intermediaries and who ultimately benefits from their operations. This report hopefully acts as a starting point for further enquiries, as a step towards a more open and accountable trading system.

Ukraine needs to establish and disclose, once and for all, who actually owns RosUkrEnergo and permit a fully informed debate as to whether it is in the country's best interests to allow this company to occupy such a central role in the import and internal supply of gas which, as the recent cut-off in Russian deliveries in the middle of winter has shown, is literally essential to Ukraine's survival.

Endemic corruption and the mire of allegation and counter-allegation in the 1990s has besmirched the names of people on all sides of Ukraine's political debate and tainted confidence in the economic management of the nation. The public is entitled to know who controls the gas industry and where and how its revenues are appropriated. Without this information there is an obvious risk that corruption could undermine Ukraine's democracy.

Ukrainian president Viktor Yushchenko himself is in a difficult position. He has promised to tackle corruption but investigating allegations in a sustained and serious way could bring his government into conflict with powerful vested interests. The relationship with Russia also remains highly sensitive and the Ukrainian government must be keenly aware of the possibility of another cut-off in gas supplies from Russia. That said, the alternatives are likely to be worse if Ukraine cannot put behind it the legacy of misrule and financial impropriety bequeathed by former president Leonid Kuchma by investigating any possible improprieties in Naftohaz Ukrainy, publishing full audits of its financial results, and adopting the principles of the best practice initiatives like the international Extractive Industries Transparency Initiative to promote openness and public oversight of the Ukrainian gas industry. If Ukraine is to join the EU, it must conform to freedom of information principles.

The intermediary companies which trade or have traded Turkmen gas – RosUkrEnergo, Eural Trans Gas, Itera and others – may have come into being as an attempt to solve the problems that Russia and Turkmenistan faced in getting payments out of Ukraine in the 1990s. But they may simply have created another set of problems and posed another set of risks. It is not clear why they have to be opaque and complex offshore structures, featuring unknown beneficiaries. And the use of barter schemes led to huge debts for the Ukrainian state but fortunes for individuals. Gazprom is essential to the trade because it owns the pipelines, without which gas cannot move from Turkmenistan to Ukraine. Gazprom's willingness over the years to allow the intermediary companies to take over some of its own markets overseas has never really been satisfactorily explained.

Although there is a certain amount of mutual dependency between Russia and Ukraine – Russian gas must go through Ukraine to reach customers in the rest of Europe – the tangled maze of companies described in this report is hardly a solid foundation for a trade of such commercial and geostrategic importance. Top officials from both Gazprom and Naftohaz Ukrainy have stated on various occasions that they want the use of intermediary companies in the gas trade between Turkmenistan and Ukraine to come to an end: this would be a very positive step, and should be carried out as soon as possible.

The turbulence and uncertainty of the Turkmen-Ukraine gas trade, which is an integral part of the wider gas trade between Europe and the former Soviet states, raises a question for the European Union and its member states which needs to be answered sooner rather than later: can Europe ensure stability and good governance in the ring of countries, from Algeria in the south to Ukraine in the northeast, which are either sources or transit zones for a growing part of Europe's energy supplies?

A Gazprom representative once said 'soon we will be so transparent you won't even be able to see us'.[470] At the moment the opacity of the Turkmen-Ukraine gas trade is all too visible.



'Gas! Danger!' Europe should heed the warning

## References

1 Niyazov, S.A. 2001. Rukhnama. Section 1, p.31. Official English Translation. See www.ruhnama.com
2 See www.imf.org/external/pubs/ft/landd/1998/09/gray.htm. Estimates of Turkmenistan's gas reserves vary from 2.9 trillion m³, which would make them the 11th largest in the world, to 23 trillion m³ which would put them third.
3 Swiss Review of World Affairs. 5 April 1994.
4 See www.timesca.com/country_guide/Turkmenistan/State_Structure
5 Economist Intelligence Unit. 2002. Turkmenistan Country Profile 2002. EIU, London. p.5.
6 *Ibid*. p.6.
7 *Ibid*. p.11.
8 *Ibid*. p.8.
9 See www.rferl.org/featuresarticle/2005/04/654b4374-35dd-41ce-a557-c73fef15fee5.html
10 See www.rferl.org/specials/turkmenelections/timeline.asp. This phrase 'Turkmenistan of Saparmurat Turkmenbashi' is also used on a Turkmen tax-law website; see www.tax.gov.tm/english/law0013en.html
11 Pannier, B. Nations in Transit 2002: Country Report of Turkmenistan. See unpan1.un.org/intradoc/groups/public/documents/NISPAcee/UNPAN007963.pdf
12 See www.cbsnews.com/stories/2003/12/31/60minutes/main590913.shtml
13 Pannier, B. Nations in Transit 2002: Country Report of Turkmenistan. See unpan1.un.org/intradoc/groups/public/documents/NISPAcee/UNPAN007963.pdf
14 See www.rukhnama.com
15 International Crisis Group. 4 November 2004. Repression and Regression in Turkmenistan: A New International Strategy. See www.icg.org/library/documents/asia/central_asia/085_repression_and_regression_in_turkmenistan_new_intl_strategy.pdf. p.10.
16 Institute for War & Peace Reporting. 25 November 2005. Employment policy in Turkmenistan accused of being racist and discriminatory. See www.iwpr.net/?p=rca&s=f&o=258307&apc_state=henprca
17 Amnesty International. 3 May 2005. Turkmenistan: The clampdown on dissent and religious freedom continues, p.2.
18 Niyazov, S.A. 2001. Rukhnama. Section 5, p.279. Official English Translation. See www.ruhnama.com
19 *Ibid*. p.283.
20 Organization for Security and Cooperation in Europe. 12 March 2003. OSCE Rapporteur's Report on Turkmenistan, OSCE, Vienna. p3.
21 Freedom in the World 2004 survey. See www.freedomhouse.org. As this report goes to press, Turkmenistan was being included in 'the worst of the worst' for 2005, along with Uzbekistan, which replaced Saudi Arabia.
22 Organization for Security and Cooperation in Europe. 12 March 2003. OSCE Rapporteur's Report on Turkmenistan, OSCE, Vienna. p.17.
23 New York Times. 27 January 2003.
24 Organization for Security and Cooperation in Europe. 12 March 2003. OSCE Rapporteur's Report on Turkmenistan, OSCE, Vienna. p.20.
25 See www.state.gov/g/drl/rls/hrrpt/2002/18397.htm
26 See www.europarl.eu.int/meetdocs/2004_2009/documents/FD/DCAS2004100604_/dcas2004100604_en.pdf
27 See www.irinnews.org/report.asp?ReportID=43435&SelectRegion=Central_Asia&SelectCountry=TURKMENISTAN
28 See www.eurasianet.org/departments/business/articles/eav040505.shtml
29 See www.eurasianet.org/turkmenistan.project/index.php?page=/wnb/wnb050408&lang=eng
30 Pannier, B. 2002. Nations in Transit 2002: Country Report of Turkmenistan. See unpan1.un.org/intradoc/groups/public/documents/NISPAcee/UNPAN007963.pdf
31 Amnesty International. 26 Novmber 2004. See web.amnesty.org/library/Index/ENGEUR610082004?open&of=ENG-2U4
32 Reporters sans frontiers. Worldwide press freedom index 2005, See www.rsf.org/rubrique.php3?id_rubrique=554
33 Organization for Security and Cooperation in Europe. 2002. Situation of media in Central Asia: Kazakhstan, Kyrgyzstan, Tajikistan, Turkmenistan and Uzbekistan. OSCE, Vienna. p.85. See www.osce.org/documents/rfm/2002/01/2277_en.pdf
34 *Ibid*. p.87.
35 See www.osce.org/item/6684.html
36 Washington Post. 6 August 2004.
37 *Ibid*.
38 See www.rferl.org/featuresarticle/2006/03/840c1c7d-92ff-4780-843a-9598b8549963.html
39 Niyazov, S.A. 2001. Rukhnama. Section5, p. 286. Official English translation. See www.ruhnama.com
40 World Bank. Country Brief 2005: Turkmenistan. See web.worldbank.org/WBSITE/EXTERNAL/COUNTRIES/ECAEXT/TURKMENISTANEXTN/0,,contentMDK:20631627~pagePK:141137~piPK:141127~theSitePK:300736,00.html
41 Statistics taken from www.turkmenistan.gov.tm/ekonom/ek&stat.htm. In Russian.
42 World Bank. Country Brief 2004: Turkmenistan.
43 International Monetary Fund. 18 May 2004. Turkmenistan: 2004 Article IV Consultation. IMF, Washington, D.C. p.2. (unpublished)
44 Abazov, R. 2005. Historical Dictionary of Turkmenistan. Scarecrow Press, Maryland. p.xcix.
45 See hdr.undp.org/statistics/data/country_fact_sheets/cty_fs_TKM.html
46 See lnweb18.worldbank.org/eca/eca.nsf/ExtECADocbyUnid/448D2726890D48CC85256D5D006884C3?Opendocument
47 See www.state.gov/g/drl/rls/hrrpt/2004/41714.htm
48 See www.iwpr.net/index.pl?archive/rca/rca_200108_64_2_eng.txt
49 See news.bbc.co.uk/1/hi/programmes/crossing_continents/4426204.stm
50 United Press International. 2 March 2005.
51 See www.iwpr.net archive
52 See www.alertnet.org archive
53 See turkmenistan.ru/index.php?page_id=3&lang_id=en&elem_id=7704&type=event&sort=date_desc
54 See www.iwpr.net/?p=rca&s=f&o=259311&apc_state=henh
55 BBC Monitoring. 6 April 2004. A financial expert who worked in Turkmenistan told Global Witness that the Turkmen definition of wage arrears is those that are more than thirty days past due.
56 International Monetary Fund. 18 May 2004. Turkmenistan: 2004 Article IV Consultation. IMF, Washington, D.C. (unpublished)
57 Economist Intelligence Unit. 2004. Turkmenistan Country Profile 2004. EIU, London. p.33.
58 Global Witness interview, July 2005.
59 International Monetary Fund. 18 May 2004. Turkmenistan: 2004 Article IV Consultation. IMF, Washington, D.C. p.24. (unpublished)
60 Global Witness interview, July 2005.
61 International Monetary Fund. 18 May 2004. Turkmenistan: 2004 Article IV Consultation. IMF, Washington, D.C. p.12. (unpublished)
62 Global Witness interview, July 2005.
63 See www.iwpr.net archive
64 Niyazov, S.A. 2001. Rukhnama. Section 5, pp.362/3.
65 Confirmed to Global Witness by sources from international financial community in 2005.
66 BBC Monitoring. 13 September 2005.
67 Niyazov, S.A. 2001. Rukhnama. Section 1, p.47.
68 BBC Monitoring. 30 December 2003.
69 Global Witness interview, July 05.
70 European Bank for Reconstruction and Development. 2001. Strategy for Turkmenistan, Update. EBRD, London. p.10.
71 Global Witness interview, July 2004.
72 International Monetary Fund. 18 May 2004. Turkmenistan: 2004 Article IV Consultation. IMF, Washington, D.C. p14.
73 See www.newscentralasia.com archive
74 Global Witness interviews, February and September 2003. For example, the Mezhdunarodnyi Moskovskyi Bank holds a correspondent account of the Turkmen Central Bank. See www.lmb.ru/about/guide/loro/?count=28
75 Contract No.14/404, signed 14 May 2001 between NAK Naftohaz Ukrainy & GTK Turkmenneftegas.
76 Niyazov, S.A. 2001. Rukhnama. Section 5, p.363. Official English translation
77 Global Witness interviews with budget experts in 2005 and 2006. References to these funds can also be found in: International Monetary Fund. August 1998. Turkmenistan: Recent Economic Developments. IMF, Washington, D.C. p.33. See also: European Bank for Reconstruction and Development. 2001. Strategy for Turkmenistan, Update. EBRD, London. p.10.
78 *Ibid*.
79 *Ibid*. A source from the international financial community stated that the dual exchange rate means that the OGDF receives closer to 20% of gas revenues with 30% retained by the oil and gas sector.
80 'Significant spending on, for example, public goods and services is undertaken by off-budget entities whose transactions are not presently published. Most important is the expenditure by the FERF which has been the principal source of funding for national prestige and redevelopment projects.' (International Monetary Fund. December 1999. Turkmenistan: Recent Economic Developments. IMF, Washington, D.C.)
81 Interview with a Global Witness contact, 2005.
82 European Bank for Reconstruction and Development. 2004. Strategy for Turkmenistan, 2004. EBRD, London. p.18.
83 *Ibid*. p.19.
84 International Monetary Fund. March 1995. Turkmenistan: Background Paper and Statistical Appendix. IMF, Washington, D.C. p.36.
85 Global Witness interview, February 2003.
86 Confirmed to Global Witness by an official in an international financial institution in 2005.
87 Turkmen TV first channel. 15 December 2005. Translated from Turkmen by FBIS.
88 International Monetary Fund. 2005. Guide on Resource Revenue Transparency. IMF, Washington, D.C. p.39.
89 European Bank for Reconstruction and Development. 2004. Strategy for Turkmenistan, Update. EBRD, London. p.18.
90 Global Witness interviews, 2003 to 2005. See also EU website for the same phrase: www.europa.eu.int/comm/external_relations/turkmenistan/intro/
91 Global Witness interview, February 2003.
92 Global Witness interview, May 2005.
93 *Ibid*.
94 See lnweb18.worldbank.org/eca/eca.nsf/ExtECADocbyUnid/448D2726890D48CC85256D5D006884C3?Opendocument
95 See www.ebrd.com/about/strategy/country/turk/
96 See www.bis.org/publ/qtrpdf/r_qa0503.pdf. p.66.
97 BBC Monitoring. 21 September 2002.
98 See turkmenistan.ru/index.php?page_id=3&lang_id=en&elem_id=5230&type=event&sort=date_desc
99 See www.erkin.net/chronicle3/news1945.html
100 Moscow Court document from the trial.
101 *Ibid*.
102 See turkmenistan.ru/index.php?page_id=3&lang_id=en&elem_id=5038&type=event&sort=date_desc

104 Moscow Interfax. 7 May 2002.
105 BBC Monitoring. 21 September 2002.
106 International Monetary Fund. 18 May 2004. Turkmenistan: 2004 Article IV Consultation. IMF, Washington, D.C. p.5. (unpublished)
107 BBC Monitoring. 1 June 2005.
108 See www.state.gov/g/drl/rls/hrrpt/2005/61681.htm
109 See www.state.gov/g/drl/rls/hrrpt/2003/27870.htm
110 Turkmen TV first channel. 23 June 2005. Translated from Turkmen by BBC Monitoring.
111 Associated Press Worldstream. 19 September 2005.
112 See turkmenistan.ru/index.php?page_id=6&lang_id=en&elem_id=6924&type=event&sort=date_desc
113 See www.eurasianet.org/resource/turkmenistan/hypermail/200508/0003.shtml
114 Associated Press Worldstream. 19 September 2005.
115 See www.rferl.org/featuresarticle/2005/11/6079530C-B628-4A74-A4C8-7B6169305978.html
116 See grani.kiev.ua/exp.php?ni=5043&type=2&PHPSESSID=29a24176d37c1981e39c08b2e41bcf2b
117 See www.eurasianet.org/turkmenistan.project/index.php?page=wnb/wnb050610&lang=eng
118 See www.rferl.org/featuresarticle/2005/08/0857780c-805c-41f8-9b09-955b1bc3c501.html
119 Niyazov, S.A. 2001. Rukhnama. Section 1, p.70. Official English translation.
120 European Bank for Reconstruction and Development. 2004. Strategy for Turkmenistan, Update. EBRD, London. p.23.
121 As gas is Turkmenistan's main export, Ukraine is its main export partner, US$1.5bn out of total US$2.7bn, according to the Asian Development Bank.
122 Gas Matters. July 2005.
123 See www.eia.doe.gov/emeu/cabs/ukraine.html
124 *Ibid*. OECD Europe: Organisation for Economic Co-operation and Development Europe totals 23 countries.
125 Koshiw, J.V. 2003. Beheaded: The Killing of a Journalist. Artemia Press, Reading. p.37.
126 See www.mosnews.com/mn-files/ukraine.shtml
127 See www.ebusinessforum.com/index.asp?layout=rich_story&doc_id=3331. This chart places Ukraine higher overall as it ranks e-business, not just the country's business environment.
128 See www.ukrweekly.com/Archive/1997/039706.shtml
129 Ukrainian Television Third Programme, 9 October 2000. Translated from Russian by BBC Summary of World Broadcasts.
130 Stern, J. 2005. The Future of Russian Gas and Gazprom. Oxford University Press, Oxford. p.69.
131 Interview with Lazarenko from internet site *Kiev Glavred*. 31 January 2005.
132 See newswww.bbc.net.uk/1/low/world/europe/774100.stm
133 See news.bbc.co.uk/2/hi/europe/774100.stm
134 See www.usdoj.gov/usao/can/press/html/2005_05_20_lazarenko.html
135 US Department of Justice press release. 23 July 2001.
136 *Ibid*.
137 See www.usdoj.gov/usao/can/press/assets/applets/2005_05_20_Lazarenko_2sind.pdf
138 *Ibid*.
139 See www.sptimes.ru/index.php?action_id=2&story_id=13439 and www.themoscowtimes.com/stories/1999/09/02/015.html
140 Agence France Presse. 4 June 2004.
141 *Ibid*.
142 Interfax News Agency. 5 April 2004.
143 Taken from official trial transcript made by court reporter. 1 April 2004.
144 Interfax News Agency. 7 April 2004. Formerly on www.iteragroup.com. No longer available.
145 See www.usdoj.gov/usao/can/press/html/2005_05_20_lazarenko.html
146 *Ibid*.
147 See www.pravda.com.ua/news/2005/9/22/33766.htm
148 *Ibid*.
149 Financial Times. 9 December 1998.
150 InvestGazeta Kyiv. 21 June 2005. Translated from Russian by BBC Monitoring Kyiv Unit.
151 See media.gn.apc.org/gongadze/pirani.html
152 Financial Times. 9 December 1998.
153 Interfax. 28 March 2000.
154 *Ibid*.
155 Kiev Khreshchatyk. 26 May 2000. Translated from Ukrainian by FBIS.
156 Ukrainian Television Third Programme, Kyiv. 16 August 2000. Translated from Russian by BBC Monitoring.
157 United States District Court Southern District of New York. Decision and amended order of arbitration between Monde Re & NAK Naftohaz Ukrainy.
158 Financial Times. 9 December 1998.
159 Gas Matters. August 2005.
160 International Monetary Fund. December 2002. Cross-Border Issues in Energy Trade in the CIS Countries. IMF, Washington, D.C. p.13.
161 Global Witness interview, March 2005.
162 Contract No.14/404, signed 14 May 2001 between NAK Naftohaz Ukrainy & GTK Turkmenneftegas.
163 Financial Times. 9 December 1998.
164 Fakty i kommentarii. 9 June 2000. Translated from Russian by FBIS.
165 Moskovsky komsomolets. 28 October 1999. Translated from Russian by FBIS.
166 ITAR-ITASS. 21 December 2004.
167 Jerusalem Post. 14 July 1994.
168 See www.newscentralasia.com/modules.php?name=News&file=article&sid=1307
169 Gas Matters. July 2005. Interview with O. Ivchenko by Simon Pirani.
170 See www.pravda.com.ua/news/2005/9/22/33766.htm
171 Koshiw, J.V. 2003. Beheaded: The Killing of a Journalist. Artemia Press, Reading. p.247/8.
172 *Ibid*. p.174.
173 *Ibid*. p.45. The validity of this transcript was confirmed to Global Witness by Yuri Shvets, a former KGB official transcribing the tapes in Washington. Original source *Ukrainskaya pravda* website. See ua.pravda.com.ua/news/2002/12/12/26435.htm.
174 *Ibid*. p.44. Original source *Ukrainskaya pravda* website.
175 *Ibid*. p.45. Original source *Ukrainskaya pravda* website.
176 Interview with Bakai on *Ukraina kriminalnaya* internet site. 6 August 2001.
177 *Ibid*.
178 *Ibid*.
179 Nezavisimya gazaeta (E-version). 29 March 2000. Translated from Russian by FBIS.
180 RFE/RL Newsline. 11 December 2002.
181 See egov.sos.state.or.us/br/pkg_web_name_srch_inq.show_detl?p_be_rsn=530310&p_srce=BR_INQ&p_print=FALSE
182 Interview with Global Witness, February 2006.
183 *Ibid*.
184 Interview on Ukrainian TV channel NTN. 13 July 2005.
185 Global Witness interview, January 2006.
186 Kyiv Post. 9 June 2005.
187 BBC monitoring. 21 July 2003.
188 BBC monitoring. 2 October 2003.
189 ITAR-ITASS. 4 May 2005.
190 *Ibid*.
191 See rferl.org/featuresarticle/2005/09/0DF313C3-32FD-4B91-B524-0D022F46F2C2.html
192 RFE/RL Newsline. 5 May 2005.
193 See www.ukraine.be/news/actualit/a191105.html
194 Inter TV, Kyiv. 3 March 2006. Translated from Russian by BBC Monitoring.
195 Inter TV, Kyiv. 1 March 2006. Translated from Ukrainian by BBC Monitoring.
196 Inter TV, Kyiv. 26 February 2006. Translated from Ukrainian by BBC Monitoring.
197 Kyiv Post. 26 July 2001.
198 Kyiv TV Kanal 5. 7 June 2004. Translated from Ukrainian by FBIS.
199 Official decree from the President of Ukraine. 22 August 2004.
200 See www.gateway2russia.com/st/art_231379.php
201 See www.ac-rada.gov.ua/achamber/control/en/publish/article/main?art_id=407508&cat_id=32772
202 InvestGazeta Kyiv. 21 June 2005. Translated from Russian by BBC Monitoring Kyiv Unit.
203 Report On The Audit Of Financial And Business Activity Of The National Joint Stock Company Naftohaz Ukrainy in Accordance with the Decree of the Cabinet of Ministers of Ukraine of 12.03.2005 No. 64-P on audit of financial and business activity of enterprises that belong to the state-run sector.
204 *Ibid*.
205 *Ibid*.
206 Fitch Ratings Press Release. 16 January 2006.
207 See interview with O. Ivchenko by Simon Pirani. Gas Matters. July 2005.
208 BBC Summary of World Broadcasts. 18 March 1994.
209 BBC Summary of World Broadcasts. 23 September 1994.
210 BBC Summary of World Broadcasts. 11 November 1994.
211 See www.ceip.org/people/aslDubrovnik.html
212 Property deeds obtained by Global Witness.
213 Interview with Bakai from *Ukraina kriminalnaya* internet site. 6 August 2001.
214 Property deeds obtained by Global Witness.
215 Interview with Bakai from *Ukraina kriminalnaya* internet site. 6 August 2001.
216 See www.ua-pravda.com/criminal050604.shtml
217 Washington Post. 31 May 1998.
218 Cypriot corporate documents.
219 Washington Post. 31 May 1998.
220 Florida Trend. 1 May 2001.
221 Russky focus. 13 October 2003.
222 Some confusion still exists about how Omrania relates to Itera. The Itera website states that Itera was founded in 1992, but it is believed that the Itera name was first used in 1994 when Makarov registered Itera International Energy in Florida. Makarov said in an interview with *Moscow trud* in August 1999 that 'the establishment of today's ITERA… began in 1994'.
223 Hermitage Capital Management. October 2000. Gazprom – the World's Largest 'Non-Profit' Corporation. Hermitage Capital Management, Moscow.
224 Moscow trud. 4 August 1999. Translated from Russian by FBIS.
225 Florida Times-Union. 21 April 2001.

227 Kadyrov, S.K. 2003. Natsiya plemen. Rossiiskaya Akademiya Nauk. p.341.
228 See www.imf.org/external/pubs/ft/scr/1998/cr9881.pdf, p.9.
229 Nezavisimaya gazeta. 24 July 2001. Translated from Russian by FBIS.
230 *Ibid.*
231 *Ibid.*
232 *Ibid.*
233 Russky focus. 13 October 2003.
234 Washington Post. 31 May 1998.
235 Moscow segodnya. 22 August 1997. Translated from Russian by FBIS.
236 Delovoy mir. 8 August 1997.
237 Washington Post. 31 May 1998.
238 The Russia Journal. 27 September 1999. Itera makes its move up.
239 ARCCI Business Report. Vol. 10, No. 4. p.12. See www.arcci.org/pubs/BReport.pdf
240 See www.gasandoil.com/goc/company/cnr21050.htm
241 Global Witness interview with Professor Jonathan Stern, December 2005.
242 Hermitage Capital Management. October 2000. Gazprom: The World's Largest "Non-Profit" Corporation. Hermitage Capital Management, Moscow.
243 OAO Gazprom. IAS consolidated financial statements. 31 December 2000.
244 See www.gasandoil.com/goc/company/cnr21043.htm
245 This specified that Gazprom would pay Itera a further US$33.4 million to transport 13.4 billion m³ (roughly US$2.50 per 1000 m³). This amount would include the 9.1 billion m³ of Turkmen gas, the rest coming from Kazakhstan and Uzbekistan.
246 Hermitage Capital Management. June 2005. How should Gazprom be managed in Russia's national interests and the interests of its shareholders? Hermitage Capital Management, Moscow. p.4.
247 Moscow trud. 4 August 1999. Igor Makarov: 'Itera is a reliable and honest business'. Translated from Russian by FBIS.
248 See www.businessweek.com/magazine/content/02_07/b3770079.htm
249 Financial Times. 3 February 2003.
250 See www.businessweek.com/magazine/content/02_07/b3770079.htm
251 Kommersant. 11 July 2001.
252 Current Digest of the Post Soviet Press. 16 May 2001.
253 Kommersant. 29 June 2001. 219 Gazprom managers renounce Itera: PriceWaterhouseCoopers still has another 19 to check. Translated from Russian by FBIS.
254 Kommersant. 11 July 2001.
255 Moscow Times. 20 April 2001. Secretive Itera lists names of owners.
256 Kommersant. 26 May 2003.
257 See www.businessweek.com/magazine/content/02_07/b3770079.htm
258 See www.forbes.com/lists/results.jhtml?passListId=75&passYear=2004&passListType=Person&searchParameter1=&searchParameter2=&resultsStart=1&resultsHowMany=100&resultsSortProperties=%2Bnumberfield1%2C%2Bstringfield2&resultsSortCategoryName=Rank&passKeyword=&category1=&category2=
259 Russky fokus. 13 October 2003. Igor Makarov: squeezing out Itera is a political step. Translated from the Russian by FBIS.
260 Vedomosti. 3 December 2002.
261 Global Witness interview with Tom Warner, FT correspondent, March 2006.
262 Interfax Oil & Gas Report. 14-20 April 2005.
263 Formerly available through www.euraltransgas.com
264 Agreement on the creation of a joint enterprise between OAO Gazprom and NAK Naftohaz Ukrainy. 5 December 2002.
265 Agreement No. 1TCP-03, signed 5 December 2002 by A. Ryazanov [Gazprom] and A. Knopp [ETG].
266 According to Andras Knopp, speaking to Kyiv Post. 17 July 2003. Eural Trans Gas opens up.
267 Vedomosti. 27 February 2003.
268 See www.etg.hu/en/etg4.html
269 Agreement No. 1TCP-03, signed 5 December 2002 by A. Ryazanov [Gazprom] and A. Knopp [ETG].
270 BBC Summary of World Broadcasts. 29 May 1989.
271 See www.etg.hu/en/etg4.html
272 *Ibid.*
273 Hungarian Companies' House registration documents.
274 Global Witness interviews, August 2005 and February 2006.
275 Global Witness interview, February 2006.
276 Email correspondence with Paul Radu, April 2006.
277 Global Witness interview, February 2006.
278 Kyiv Post. 17 July 2003.
279 HVG. 18 September 2003.
280 Vedomosti. 6 March 2003.
281 Hermitage Capital Management. May 2004. Analysis of Gazprom: Board Election Policy paper. Hermitage Capital Management, Moscow. p.16.
282 Kyiv Post. 17 July 2003. Eural Trans Gas opens up.
283 See kiev.usembassy.gov/files/odesa-brody-speech_053003_eng.html
284 Kyiv Post. 17 July 2003. Eural Trans Gas opens up; Zerkalo nedeli. 25-31 October 2003. Generalnyi direktor Eural Trans Gas Andras Knopp: 'Nashe poyavlenie vygodno vsem'. Translated from Russian by Global Witness.
285 Moscow Times. 2 December 2003.
286 *Ibid.*
287 Vedomosti. 27 February 2003.
288 Interfax. 16 June 2004. See www.gateway2russia.com/st/art_243401.php
289 RosBusinessConsulting. 30 March 2004. Translated from Russian by Global Witness.
290 See www.etg.hu/en/etg2.html
291 Hermitage Capital Management. May 2004. Analysis of Gazprom: Board Election Policy Paper. Hermitage Capital Management, Moscow.
292 Global Witness interview, December 2006.
293 Vedomosti. 24 June 2004. See www.gazprom.ru/comments/2004/06/241022_12732.shtml
294 Zerkalo nedeli. 25-31 October 2003. Generalnyi direktor Eural Trans Gas Andras Knopp: 'Nashe poyavlenie vygodno vsem'. Translated from Russian by Global Witness.
295 Zerkalo nedeli. 7-3 July 2003. Minus 'Iterizatsiya' vsei strany. Translated from Russian by Global Witness.
296 Zerkalo nedeli. 25-31 October 2003. Generalnyi direktor Eural Trans Gas Andras Knopp: 'Nashe poyavlenie vygodno vsem'. Translated from Russian by Global Witness.
297 Global Witness interview, November 2005.
298 Kyiv Post. 9 July 2003.
299 Vedomosti. 30 June 2003. Translated from Russian by Global Witness.
300 Global Witness interviews, August 2005, February 2006.
301 Global Witness interview, February 2006.
302 *Ibid.*
303 Letter from Akin, Gump, Strauss, Hauer & Feld LLP. 18 October 2005.
304 Global Witness interview, August 2005.
305 Global Witness interview with industry contact, February 2006.
306 See www.nitrofert.ee/en/about.html
307 See podrobnosti.com.ua/society/2005/06/16/220329.html. An article on BC Kiev's website (www.bckiev.com.ua/ru/news/?id=1136) describes Firtash as one of the clubs 'principal figures'.
308 See podrobnosti.com.ua/society/2005/06/16/220329.html
309 Global Witness interview, February 2006.
310 Ukraine state tax administration's registration database. Highrock Textiles investment confirmed by 'Highrock Textiles Limited: Abbreviated Financial Statements for the year ended 30th June 2005'.
311 Interfax-Ukraine. 18 August 2005.
312 Global Witness interview, March 2006.
313 UK Companies House records.
314 Global Witness interview, January 2006.
315 Global Witness interview, February 2006.
316 See www.euraltransgas.hu/en/etg2.html
317 Formerly on www.etg.hu
318 See www.businessweek.com/magazine/content/04_25/b3888073_mz054.htm
319 Formerly on www.etg.hu
320 Daily Telegraph. 10 March 2004. Atlantic Caspian investors in 'risky' gas deal.
321 Atlantic Caspian Resources: Notice to shareholders. 13 February 2004.
322 See www.etg.hu/en/etg2.html
323 Cypriot corporate records.
324 Confirmed by company secretary February 2006
325 Cypriot corporate records.
326 Atlantic Caspian Resources: Notice to shareholders. 13 February 2004.
327 Financial Times. 30 June 2003. JKX eyes role in Turkmen gas transit.
328 Global Witness interview, March 2006.
329 See www.jkx.co.uk/investors_item.cfm?newsID=54
330 Benam Holdings' share of JKX Oil & Gas Plc was increased to 5.56% via unsecured convertible loan notes in July 2004. See www.jkx.co.uk/investors_item.cfm?newsID=74
331 Cypriot corporate records.
332 *Ibid.*
333 Unpublished extracts of interview with Kyiv Post.
334 Phone conversation and subsequent email correspondence with JKX Oil & Gas spokesperson, 02/06
335 *Ibid.*
336 Dutch corporate records.
337 Email correspondence with JKX Oil & Gas spokesperson, March 2006.
338 Dutch corporate records.
339 Email correspondence with JKX Oil & Gas spokesperson, February-March 06.
340 BH Oil & Gas Investments ApS. Annual report: July 2003 to December 2004.
341 Phone call to Amsterdam chamber of commerce, 2/06.
342 BH Oil & Gas Investments ApS. Annual report: July 2003 to December 2004.
343 Cypriot corporate records.
344 *Ibid.*
345 See kiev.usembassy.gov/files/odesa-brody-speech_053003_eng.html

347 Austrian Companies' House documents.
348 *Ibid.*
349 Cyprus Companies' House documents.
350 *Ibid.*
351 See www.dspaudit.com
352 See www.demaservices.com
353 Faxed questions to Demetriades Shakos Piphanis, February 2006.
354 Cyprus Companies' House documents.
355 *Ibid.*
356 Mavromatis and Shetler-Jones have another connection: the two men are both directors of a Cyprus-based investment fund called Arcadea Investment Fund Limited, which was created on 1st July 2004. Both Mavromatis and Shetler-Jones, along with Charles Treherne – an associate of Shetler-Jones' at Denby Holdings – and two other men were appointed directors of this fund on 24th June 2004. Information from Cyprus Central Bank. See www.centralbank.gov.cy/media/pdf/CSLSE_ICISDETAILS0206.pdf
357 Global Witness interview, March 2006.
358 Interview conducted by Global Witness contact, March 2006.
359 See aci-trading.com/eng/about.htm
360 See www.globalsuppliersonline.com/search/results.asp?match=bbjHGFGDbkjHg&txtsrch=aci
361 Interview with Shetler-Jones by Kyiv Post, April 2005. Unpublished extracts seen by Global Witness.
362 Fax to Global Witness, 8 March 2006.
363 Interview with Shetler-Jones by Kyiv Post, April 2005.
364 See www.cs.ua/news_dih2.html
365 Kyiv Post, 2 September 2004.
366 Unpublished extract from interview with Kyiv Post.
367 *Ibid.*
368 See www.emfesz.hu/index.php?id=2&L=2
369 Prague Business Journal. 15 October 2001.
370 Zerkalo nedeli. 25-31 October 2003. Generalnyi direktor Eural Trans Gas Andras Knopp: 'Nashe poyavlenie vygodno vsem'. Translated from Russian by Global Witness.
371 *Ibid.*
372 Unpublished extracts from interview with Kyiv Post, July 2003.
373 Agreement No. 1TCP-03, signed 5 December 2002 by A. Ryazanov [Gazprom] and A. Knopp [ETG].
374 See www.euraltransgas.hu/en/etg2.html
375 Unpublished extracts from interview with Kyiv Post, July 2003.
376 See www.en.pgnig.pl/cp/press/905_1195.htm and www.en.pgnig.pl/cp/press/906_1337.htm
377 Platts. 6 July 2004. Specifically PGNiG (Poland), SPP (Slovakia), MOL (Hungary).
378 See www.jkx.co.uk/investors_item.cfm?newsID=65
379 Report On The Audit Of Financial And Business Activity Of The National Joint Stock Company Naftohaz Ukrainy in Accordance with the Decree of the Cabinet of Ministers of Ukraine of 12.03.2005 No. 64-P.
380 Kyiv Post. 9 July 2003.
381 See www.euraltransgas.hu/ru/etg2.html
382 Eural Trans Gas Ltd bank statement, Raiffeisen Bank RT, Budapest.
383 Global Witness interview, November 2005.
384 *Ibid.*
385 Global Witness interview, January 2006.
386 Zerkalo nedeli. 25-31 October 2003. Generalnyi direktor Eural Trans Gas Andras Knopp: 'Nashe poyavlenie vygodno vsem'.
387 Global Witness interview, November 2005.
388 Pryamaya rech'. 24 June 2004. Available through www.gazprom.ru
389 See www.gazprom.ru/eng/news/2004/07/13373.shtml
390 *Ibid.*
391 Global Witness interview, August 2005.
392 Stern, J.P. 2005. The Future of Russian Gas and Gazprom. Oxford University Press, Oxford. p.95.
393 Vedomosti. 4 November 2003.
394 Global Witness interview, June 2005.
395 The Russian Oil & Gas Report. 2 August 2004.
396 RosUkrEnergo registration documents.
397 As Global Witness goes to press, Gazprombank was arranging the sale of its 50% share in RosUkrEnergo to Gazprom. See en.rian.ru/russia/20060116/43028466.html
398 Confirmed by Wolfgang Putschek in meeting with Global Witness, June 2005.
399 Global Witness meeting with Wolfgang Putschek, June 2005.
400 *Ibid.*
401 *Ibid.*
402 Moscow Times. 16 January 2006.
403 Gas Matters. July 2005.
404 *Ibid.*
405 Channel 4 News, UK. 24 January 2006.
406 Moscow Times. 11 January 2006. Ukraine says it will not buy any gas from Russia.
407 Global Witness interview, June 2005.
408 Financial Times. 27 July 2005. Kiev probes suspect crime link to gas supply.
409 Channel 4 News, UK. 24 January 2006.
410 See www.kremlin.ru/eng/speeches/2006/02/07/2343_type82916_101277.shtml
411 E-mail to Global Witness, March 2006.
412 Global Witness interview, June 2005.
413 See www.gazprom.ru/eng/news/2004/07/13373.shtml
414 Inter TV, Kyiv. 30 January 2006. Translated from Russian by BBC Monitoring.
415 They are Aleksandr Medvedev [Director of Gazexport], Andrei Akimov [Chairman of Gazprombank], Aleksandr Ryazanov [Gazprom Deputy Chairman] and Yuri Komarov [Director of Gazprom's Marketing and Trading].
416 Minutes of General meeting of RosUkrEnergo AG. 29 July 2004.
417 See www.podrobnosti.ua/economy/energetica/2006/01/25/280610.html
418 Interfax-Ukraine. 25 January 2005; Report by Zerkalo nedeli. 28 January – 3 February 2006.
419 Yuri Boiko was dismissed by Presidential decree on 3 March 2005 (Interfax-Ukraine. 3 March 2005). Ihor Voronin was dismissed by the government on 25 June 2005 (Interfax-Ukraine. 29 June 2005).
420 Confirmed in a call to Naftohaz Ukrainy made by Global Witness in January 2006.
421 Global Witness interview, January 2006.
422 Kyiv TV Kanal 5. 4 January 2006. Translated by BBC Monitoring.
423 Global Witness interview, June 2005.
424 Interview with Wolfgang Putschek by Kyiv-based Global Witness contact, July 2005.
425 Global Witness interview, July 2005.
426 Global Witness meeting Wolfgang Putschek, June 2005, and phone interview July 2005.
427 Global Witness meeting with Wolfgang Putschek, June 2005.
428 Austrian corporate records.
429 *Ibid.*
430 Minutes of a meeting of the Board of Directors of RosUkrEnergo AG. 10 November 2004.
431 Global Witness interview, July 2005.
432 Austrian corporate records.
433 *Ibid.*
434 See turkmenistan.ru/index.php?page_id=3&lang_id=en&elem_id=6275&type=event&highlight_words=zangas&sort=date_desc
435 Minutes of a meeting of the Board of Directors of RosUkrEnergo AG. 10 November 2004.
436 See www.gazprom.ru/eng/articles/article8849.shtml
437 Global Witness meeting with Wolfgang Putschek, June 2005.
438 Global Witness phone interview, July 2005.
439 Eural Trans Gas Ltd bank statement, Raiffeisen Bank RT, Budapest.
440 Confirmed to Global Witness by Wolfgang Putschek, June 2005.
441 See www.smida.gov.ua/emitents/zvit_menu.php?kod=05607824&year=2003&forma=PERSON_P&zvit_type=vat194
442 See www.nitrofert.ee/en/about.html
443 Global Witness meeting with Wolfgang Putschek, June 2005.
444 Confirmed by Global Suppliers Online website, and a list of attendees for a fertiliser conference in Moscow in June 2004 which describes ACI Trading as a supplier to Nitrofert and Rivneazot.
445 Cypriot corporate records.
446 Inter TV, Kyiv. Translated from Ukrainian by BBC monitoring.
447 Moscow Times. 28 July 2005. Ukraine probes Turkmen gas trade.
448 Moscow Times. 15 August 2005. Investigators in Kiev visit Naftogaz office.
449 *Ibid.*
450 See pravda.com.ua/news/2005/9/15/33462.htm. Translated from Ukrainian by BBC Monitoring.
451 See www.pravda.com.ua/news_print/2005/10/5/34155.htm
452 Global Witness phone call to the Ukrainian security service, February 2006.
453 Zerkalo nedeli. 18 June 2005. Translated from Russian by BBC Monitoring.
454 See www.fbi.gov/wanted/alert/mogilevich_s.htm
455 Financial Times. 27 July 2005. Kiev probes suspected crime link to gas supply.
456 Global Witness interviews, August 2005 and February 2006.
457 Global Witness interview, August 2005.
458 Global Witness interview, August 2005.
459 UT1 TV, Kyiv. 16 August 2005. Translated from Ukrainian by BBC Monitoring.
460 Gazprom's annual shareholders conference, June 2005. See Gas Matters, July 2005.
461 Inter TV, Kyiv. 30 January 2006. Translated from Russian by BBC Monitoring.
462 Kyiv TV Kanal 5. 4 January 2006. Translated from Ukrainian by BBC Monitoring.
463 Channel 4 News, UK. 26 January 2006. Unbroadcast extracts seen by Global Witness.
464 Interfax-Ukraine. 2 February 2006.
465 Moscow Times. 7 February 2006. Gazprom on the march in Ukraine.
466 See www.naftogaz.com/www/2/nakweb.nsf/0/DDD26C01E61E14C1C225710F004E4291?OpenDocument&year=2006&month=02&nt=%D0%9D%D0%BE%D0%B2%D0%B8%D0%BD%D0%B8&. In Ukrainian.
467 Russia & CIS Oil and Gas Weekly. 8 February 2006.
468 Global Witness interview, February 2006.



'DON'T TURN OFF THE GAS!'



**global witness**

Global Witness Publishing Inc.
8th floor, 1120 19th Street NW
Washington DC 20036

e-mail: gas@globalwitness.org
http://www.globalwitness.org/

ISBN 0-9779821-2-2

© Global Witness Publishing Inc. 2006