# Exhibit 19

  

УКРАЇНА UKRAINE

# ДОВІРЕНІСТЬ
\* \* \*
місто Київ, тринадцяте грудня дві тисячі п'ятого року

Я, гр. Фірташ Дмитро Васильович, (паспорт _____, виданий Ленінським РВ УМВС України в Чернівецькій області 10 жовтня 1997 року), ідентифікаційний номер _____, мешкаю в м. Києві, вул. Шовковична, буд. № __, кв. № __, на підставі усної попередньої домовленості уповноважую гр. Бойко Юрія Анатолійовича, (паспорт _____, виданий Рубіжанським МВ УМВС України в Луганській області 10 грудня 1998 року), який мешкає м. Рубіжне, вул. Чкалова, буд. № __, кв. № __, бути моїм представником в органах нотаріату України, страхових компаніях, кредитних (банківських) установах України, їх відділеннях _____
інших державних органах, установах, підприємствах та організаціях незалежно від їх підпорядкування та форм власності, з усіма необхідними _____
нерухомим, з _____ по розпорядженню усім належним мені майном, як рухомим, так і для цього йому надається право: укладати на умовах та за ціну на свій розсуд всі дозволені законом угоди, договори та інші правочини по управлінню та розпорядженню рухомим та нерухомим майном, цінними паперами, грошима, цінними паперами, належними мені на праві власності, в тому числі спільної сумісної власності, у тому числі будинками, спорудами, квартирами, автомобілями, цінними паперами, грошовими коштами, корпоративними правами включаючи договір про поділ майна, що є об'єктом права спільної сумісної власності подружжя, договори про надання утримання, договори купівлі-продажу, міни, оренди, тощо; проводити розрахунки по укладених правочинах; отримувати та передавати належне мені майно, гроші, вклади, цінні папери, а також документи, від будь-яких осіб, підприємств, організацій установ; розпоряджатися рахунками, в т. ч. відкривати нові рахунки на моє ім'я (в національній та іноземній валюті) в усіх банківських установах та їх відділеннях, проводити переоформлення (підписання) договорів по депозитних рахунках у відповідних кредитних (банківських) установах України; вести від мого імені справи в усіх державних органах, установах, підприємствах та організаціях незалежно від їх підпорядкування та форм власності, подавати від мого імені необхідні заяви та документи, отримувати належні мені довідки та документи, сплачувати належні з мене платежі, включаючи державне мито (плату), здійснювати операції з іменними поточними рахунками у зв'язку з придбанням акцій, одержувати первісні виписки реєстру власників іменних цінних паперів, знімати або ставити мене на реєстраційний облік, отримувати Свідоцтво про право власності на нерухоме майно, видане на моє ім'я, бути моїм представником у судах загальної юрисдикції України будь-якого рівня, з усіма процесуальними правами, які надані законом позивачу, відповідачу, третій особі та потерпілому, з правом пред'явлення позову, повної або часткової відмови від позовних вимог, визнання повністю або частково позову, зміни підстав або предмета позову, укладання мирової угоди, оскарження рішення суду; бути моїм представником на зборах акціонерів, в органах архітектури, у відповідних органах з питань експертної оцінки, в житлово-експлуатаційних організаціях, у відповідному відділі паспортної і міграційної роботи та інших компетентних органах з питань реєстрації, у відповідному відділі реєстрації актів цивільного стану при отриманні належних мені документів, в Міністерстві юстиції України та в Міністерстві закордонних справ України з питань, пов'язаних з легалізацією документів для подальшого їх використання за кордоном; вирішувати від мого імені всі питання щодо одержання рішень, дозволів, довідок, проектної та іншої документації, інших документів.

За цією довіреністю представник уповноважений подавати та підписувати від мого імені всі документи, включаючи договори, угоди, правочини, заяви будь-якого змісту, в тому числі заяви в порядку вимог ст. 65 Сімейного кодексу України, позовні, скарги в межах наданих повноважень та з додержанням при цьому вимог чинного законодавства, одержувати будь-які документи, виконувати від мого імені будь-які дії, пов'язані з виконанням цієї довіреності, не заборонені чинним законодавством України.

Ст. ст. 237-250 Цивільного кодексу України, п. 1 2 ст. 1 Закону України "Про податок з доходів фізичних осіб" нотаріусом мені роз'яснено. Довіреність видана _____ передоручення повноважень третім особам, та дійсна до першого липня дві тисячі шостого року.

ПІДПИС: _____ Фірташ Дмитро Васильович

13 грудня 2005 року, цю довіреність посвідчено мною, Петрішькою А.П., приватним нотаріусом Київського міського нотаріального округу. _____ Фірташ Дмитро Васильович у моїй присутності. _____ дієздатність перевірено.
№ 409
_____ 31 Закону України "Про нотаріат"

Приватний нотаріус _____ Петрішька А.П.

TYM_ECOV_000409

УКРАЇНА [*Emblem of Ukraine*] UKRAINE

# POWER OF ATTORNEY

\*\*\*

### city of Kyiv, on the thirteenth of December, two thousand and fifth year

I, Mr. **Firtash Dmytro Vasyliovych**, (passport            issued by Leninsky DD OMIA of Ukraine [District Department of the Office of the Ministry of Internal Affairs of Ukraine] in Chernivtsi Region on October 10, 1997), the identification number is ------------, reside in the city of Kyiv, Shovkovychna St., Building №   , Apt. №   , based on a prior oral agreement authorize citizen **Boiko Yury Anatoliovych**, (passport            issued by Rubizhansky TD OMIA of Ukraine [Town Department of the Office of the Ministry of Internal Affairs of Ukraine] in Lugansk Region on December 30, 1998), residing in the town of Rubizhne, Chkalova St., Building №   , Apt. №   , to be my Attorney at notarial bodies of Ukraine, insurance companies, credit (banking) institutions of Ukraine and their offices, at all local bodies of state registration of rights, land resources authorities of Ukraine or at any other state bodies, institutions, enterprises or organizations irrespective of their subordination and forms of ownership, *with all necessary powers for the management and disposal of all property owned by me, both movable and immovable, irrespective of composition and location thereof.*

**To this effect, he shall be entitled**: on terms and conditions and at the price accepted at his discretion, to enter into all permitted by law agreements, contracts and other legal transactions relating to the management and disposal of movable and immovable assets, property rights, money, securities which belong to me by right of property, including property in collective ownership, in particular land parcels, houses, buildings, apartments, automobiles, securities, cash resources, corporate rights, including an agreement on division of the property that is the object of common matrimonial property, alimony agreements, contracts of purchase, exchange, and lease, etc.; to make payments on concluded transactions; to receive and transfer property, money, deposits, securities, as well as documents belonging to me from any individuals, companies, organizations, and institutions; to dispose of accounts, including opening new accounts in my name (in local and foreign currencies) in all banking institutions and branches thereof; to renew (sign) deposit account agreements in the relevant credit (banking) institutions of Ukraine; to conduct affairs on my behalf at all public authorities, institutions, enterprises or organizations, irrespective of subordination and forms of ownership thereof, to submit necessary applications and documents on my behalf, to obtain certificates and documents due to me, to pay payments due from me, including state duties (fee), to carry out transactions with personal on-demand accounts for the acquisition of shares, to receive initial extracts from the register of holders of inscribed securities, to take me off or put me on the register, to receive a Certificate of title to immovable property issued in my name, to be my representative in courts of general jurisdiction of Ukraine of any level, with all procedural rights provided by law to the plaintiff, defendant, third person and victim, with the right of action, full or partial remission of

the claim, admission of the claim in full or in part, changing the particulars or details of the claim, concluding an amicable agreement, appeal of a court judgment; to be my representative at the meetings of shareholders, in the bodies of architecture in the relevant bodies of expert appraisal, in housing and utility management organizations, in the relevant passport and migration unit and other competent authorities for registration, in the relevant office of civil registration in order to obtain the documents due to me, at the Ministry of Justice of Ukraine and the Ministry of Foreign Affairs of Ukraine on matters relating to the legalization of documents for their further use abroad; to decide on my behalf all issues related to the obtaining of decisions, permits, certificates, planning and other documentation, and other documents.

Under this Power of Attorney, the Attorney shall be authorized to submit and sign on my behalf all documents, including contracts, agreements, legal transactions, statements of any content, including statements on the basis of requirements of Art. 65 of the Family Code of Ukraine, claims, and complaints within the scope of the granted powers and in compliance with the current legislation, to obtain any documents, to perform on my behalf any actions related to the execution of this Power of Attorney which are not prohibited by the current legislation of Ukraine.

Articles 237-250 of the Civil Code of Ukraine, para. 1.2 of Art. 1 of the Law of Ukraine "On personal income tax" have been explained to me by the notary.   [*illegible text*][redacted]

*This Power of Attorney shall be non-transferrable to third parties and shall be valid until the first of July, two thousand and sixth year.*



**SIGNATURE:**   Firtash Dmytro Vasyliovych

On December 13, 2005, this Power of Attorney has been certified by me, Petritska A.P., a private notary of the Kyiv City Notary District.

The Power of Attorney has been signed by citizen **Firtash Dmytro Vasyliovych** in my presence.

His identity has been established and legal ability has been verified.

Registered in the register under № 409   [encircled *illegible text*]

Notarial charge was paid according to Art. 31 of the Law of Ukraine "On Notarial System."

**Private notary**   Petritska A.P.



[*seal:*]
Ministry of Justice of Ukraine
Kyiv City Notarial District
Private notary
Petritska [*illegible*]

VSK № 817753 UA
UA