Exhibit 37

# Embassy of Japan
## KYIV

Mr. Bruce A. BAIRD
Covington & Burling LLP

June 10, 2011

Dear Mr. Baird,

In reference to your inquiry dated May 10, 2011, I would like to inform you of the position of the Government of Japan as attached.

I hope it will serve to clarify your matter of concern.

Yours Sincerely,

Tadashi IZAWA
Ambassador Extraordinary and Plenipotentiary
of Japan to Ukraine

*Attachment: above-mentioned.*

The Government of Japan has been aware that the investigation of criminal cases against the former Prime Minister of Ukraine, Yulia Tymoshenko is still ongoing. It, therefore, would like to withhold comment on the issues, such as confirmation or denial of the "misuse", its details etc., arising from presumption.

Since May 2010, the Government of Ukraine has confirmed that the GIS funds are fully accounted for, in response to the repeated inquires by the Government of Japan. With regard to the ecological projects, they are being implemented steadily.

It should be mentioned, however, that the Government of Japan is not a party of the contract on purchasing carbon emission credits within the Green Investment Scheme with Ukraine.

# Exhibit 38



EDITION: U.S.

Register | Sign In

| Home | Business | Markets | World | Politics | Technology | Opinion | Money | Life &

We're helping to make real progress happen in the places we call home. **LEARN MORE**



**ARTICLE**



↻ Replay

**THE FUTURE IS NOW.
LET'S PUT IT TO WORK.**

Business, Application & Technology Services — Cognizant

**Environment Forum**



**"Respect" EU airline emission laws**

EU Commissioner for Climate Action Connie Hedegaard argues it is in everybody's interest to respect EU airline emission limits in this opinion piece.

Full Article / Related Story
Login or register

Latest from
My Topics

# Japan undeterred from b carbon permits

Recommend    Sign Up to see what your friends recommend.

TOKYO | Thu Jan 13, 2011 8:11am EST

(Reuters) - Japan has no objection to b carbon emissions rights from Ukraine a have shown that money Tokyo previou permits has been properly accounted f government official said Thursday.

Ukraine's current government has accused the former p misusing the funds.

"We sent people to Ukraine twice last year and in Nove full amount of money was secured at the account," So, problem," the official said.

Developed nations which are comfortably below greenh under the Kyoto Protocol can sell excess emission right called Assigned Amount Units (AAUs).

The AAU deal for 30 million tonnes of carbon dioxide ec in 2009 with Ukraine's former government headed by Y The payments were to be used for emissions cuts and ( projects.

@OvernightFlyer will be your lucky charm vfrog.com

### Environment Forum



#### "Respect" EU airline emission laws

EU Commissioner for Climate Action Connie Hedegaard argues it is in everybody's interest to respect EU airline emission limits in this opinion piece.
**Full Article | Related Story**

More in Green Business

#### MORE REUTERS RESULTS FOR:

"www reuters com article 2011 01 13 us-climate-japan-ukraine-"

#### Follow Reuters

Facebook   Twitter   RSS   YouTube

#### READ

1. Devil found in detail of Giotto fresco in Italy's Assisi
05 Nov 2011

2. Greek PM, opposition leader reach deal on new government
VIDEO
3:52pm EST

Login or register    Latest from My Topics

---

Ukraine's government has accused Tymoshenko of mis euros ($499 million) from the sale of AAUs, under a bro investigation into the affairs of her government.

Tymoshenko denies charges of misusing state funds ra carbon emission permits.

Ukraine's President Viktor Yanukovich is set to visit Jap agenda is expected to include selling more AAUs but th government official said Kiev has not officially made a r Japan.

The official said that Japan may not buy more emission Ukraine immediately as its last purchase, from Poland, target for 2008-2012.

Japan's government and companies have been the big carbon rights outside Europe, aiming to help the world's cut greenhouse gas emissions to 1.19 billion tonnes on down 6 percent from 1990 levels.

A carbon trader in Tokyo said hardly any Japanese con Ukraine after the questions raised by the allegations of

"A negative image has attached to Ukraine's AAUs. I do the reputation risk," the trader said, adding that most of power companies, have already bought as many credits

(Reporting by Risa Maeda, editing by Nina Chestney ar

GREEN BUSINESS

Recommend   Sign Up to see what your friends recommend.

Tweet this   Link this   Share this   Digg t

**After reading this article, people also read:**

**China's military advances challenge U**
Jan 14, 2011

**China warns U.S. debt-default idea is "**
Jun 8, 2011

### Videos you may like:

# Exhibit 39



## Read more in section

Politics Lawmaker: Venice Commission approves of bill on language policy 2 days ago at 16:38

Politics President's press service: EU-Ukraine summit to outline short-term cooperation priorities 2 days ago at 16:29

Politics Tymoshenko case may prevent any EU-Ukraine summit deal (updated) 3 days ago at 21:34

Politics Prison service: Tymoshenko was notified in advance about filming in her cell 3 days ago at 15:24

Politics Court hearing of Tymoshenko's appeal against her arrest in debt case put off until Dec. 21 3 days ago at 11:18

Politics Ivano-Frankivsk regional governor Vyshyvaniuk joins Party of Regions 3 days ago at 09:59

Politics Video of Ukraine's Tymoshenko in prison bed stirs storm 3 days ago at 07:05

Politics Regions Party: Question of Ukraine's EU membership now 'purely theoretical' Dec 15 at 19:13

Politics Korolevska: BYT nominating Tymoshenko for Nobel Peace Prize Dec 15 at 18:36

## Most popular Politics

- Read
- Commented
- E-Mailed

Text size
Print E-mail to a friend Share on Facebook Share on Twitter



Heorhiy Filipchuk was arrested on Dec. 15 for allegedly abusing his position during when he served in former Prime Minister Yulia Tymoshenko's government

**Former minister of environmental protection Filipchuk arrested**

Dec 15, 2010 at 09:47 | Staff reports
Former Environment Minister Heorhiy Filipchuk was arrested on Dec. 15 for allegedly abusing his position during when he served in former Prime Minister Yulia Tymoshenko's government from December 2007 to March 2010, according to Interfax-Ukraine.

Yuriy Boichenko, spokesman for the general prosecutor's office, confirmed the arrest, telling the news agency that Filipchuk would be held in pre-trial confinement while the charges are investigated. "We will release details about the case in the near future," he said.

Filipchuk is the second minister from Tymoshenko's cabinet suspected by law-enforcement authorities of committing offences while in office. Former Economy Minister

Bohdan Danylyshyn was detained on Oct. 19 in the Czech Republic for allegedly causing damages to the state. He is currently mulling whether to ask for political asylum.

Following President Viktor Yanukovych's inauguration in February, law-enforcement agencies have also arrested for Anatoly Makarenko, former head of the State Customs Service, and Ihor Didenko, former first deputy head of state gas company Naftogaz Ukraine, who served under Tymoshenko. Both men are in custody awaiting trial.

## related news

ITAR-TASS: Another Ukraine's former minister accused of office abuse Dec 15, 2010 at 12:18
Ukraine detains former environment minister Dec 15, 2010 at 09:53

The Kyiv Post is hosting comments and forums to foster lively debate. Criticism is fine, but stick to the issues. Comments that include profanity or personal attacks will be removed from the site. If you think that a posted comment violates these standards, please flag it and alert us. We will take steps to block violators.

Comments (0) Add a comment

## Add your comment

Name:
Guest

E-Mail:

Comment:

Type the characters you see in the picture below:

Add   Cancel

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

Exhibit 40

Kyiv Post. Independence. Community. Trust. Politics - Prosecutors plan to release from... Page 1 of 1

Case 1:11-cv-02794-KMW Document 23-17 Filed 12/19/11 Page 11 of 14





First Deputy Prosecutor General Rinat Kuzmin

**Prosecutors plan to release from custody some ministers of Tymoshenko's government**

Mar 22 at 14:38 | Interfax-Ukraine

The Prosecutor General's Office of Ukraine plans to assist in releasing from custody former ministers of the government led by former Premier Yulia Tymoshenko, who have completed their acquaintance with the materials of the criminal cases against them, First Deputy Prosecutor General Rinat Kuzmin has said.

"Today a decision has been taken regarding those cases that are completed, to review the need for holding in custody and releasing from custody those persons who have finished their acquaintance with the materials of criminal cases," he said at a press conference in Kyiv on Tuesday.

Kuzmin said that this decision had been already taken regarding former First Deputy Justice Minister of Ukraine Yevhen Korniychuk and former Environmental Protection Minister Heorhiy Filipchuk.

"These decisions will also be taken for other detained persons who have completed their acquaintance with the materials of criminal cases, and there is no need for them be further held in custody," the first deputy prosecutor general said.

When asked by reporters whether a decision to release former Interior Minister Yuriy Lutsenko from custody will be taken, Kuzmin said: "Yuriy Lutsenko has not acquainted himself with the materials of [his] criminal case yet."

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 41

[stamp] State Enterprise UKRMEDPOSTACH
2 Feb 2010 *209*
*16/21*

[illegible handwritten text]

**MINISTRY OF ECONOMY
OF UKRAINE**
01008, Kyiv, 12/2 M. Hrushevsko str.
tel. 253-93-94, fax 226-31-81
www.me.gov.ua E-mail: meconomy@me.gov.ua

25.01.2010 No. 200-6-23/247

*Re: Equipment Price Assessment*                           **Ministry of Health Care**

                                                                                                      **of Ukraine**

According to the request of the Cabinet of Ministers of Ukraine dated 01.12.2009 No. 68402/1/1-09 for letter to the Ministry of Health Care of Ukraine dated 27.11.2009 No. 1.05/57 as for examination of prices for equipment, purchased by the Ministry of Health Care of Ukraine with the funds from the line of credit allocated by Austrian Uni Credit Bank, the Ministry of Economics informs the following.
In order to establish the producer prices (resident) for the list of main cost elements specified in the specifications provided by the Ministry of Health Care of Ukraine requests to trade and economic missions of the Embassy of Ukraine in the Republic of Austria, Germany, United Kingdom and to the company "UTAS (Ukraine) were sent.
According to the information received, prices for 11 of 15 cost items listed in the specification of the Ministry of Health Care of Ukraine: for 10 cost items of non-resident manufacturers and - for 1 cost item of resident manufacturers.
Besides, prices for 4 items of equipment were not specified, because of non-provision of information by the German manufacturer Heinen+Lowenstein.
The results of analyses of the data obtained by the Ministry of Economy show, that
prices for equipment under the specification provided by the Ministry of Health Care of Ukraine (Appendix 2/B, 25.11.2009) do not exceed producer prices (resident and non-resident).
Appendix: operational data to the specification of the the Ministry of Health Care of Ukraine - on 1 sheet.

**Deputy Minister**           [Signed]           **V. M. Panteleyenko**

Kozlovska V. F.
516-40-38

*Vovk M. G.*
*Petrenko M. Y.*
*For further processing*
[Signed]

*Incoming No. 561*
*01.02.10*

[illegible]

[handwritten:] *210*

**Preliminary Data**
**for specifications provided by the Ministry of Health Care (Appendix 2/B 25.11.2009)**

| List of key cost elements | Manufacturer | Price per unit according to specifications of the Ministry of Health Care (Appendix 2/B 25.11.2009) (Euro) | Manufacturer's price (including VAT) according to preliminary data (EURO) |
|---|---|---|---|
| Specialized car "Opel Combo" adapted | VAMED Austria | 12 500,00 | **16 000,00 - 18 000,00** |
| AMBU bag «DRAEGER» Adult MR-100 | DRAEGER Austria | 241,00 | **245,00** |
| Blood glucose level measuring unit Glucose Meter (2BE-06) | IME-DC Germany | 49,00 | **71,85** |
| Portable electrocardiograph "UTAS" | UTAS Ukraine | 1 387,00 | **1 540,41** |
| Portable electrocardiograph with defibrillators "PHILIPS" MRx | PHILIPS Austria | 12 527,18 | **12 000,00-15 000,00** |
| Combined couch, "PANNO-MED" Combi-Couch | Panno-Med Austria | 1 237,00 | **1 200,00 - 1 400,00** |
| Lungs ventilation apparatus H+L Leoni 2 | Heinen+Lowenstein Germany | 29 906,00 | **not specified** |
| Lungs ventilation apparatus for adults DRAEGER Carina System | DRAEGER Austria | 21 167,00 | **23 000,00 - 25 000,00** |
| Apparatus for anesthesia Leon | Heinen+Lowenstein Germany | 24 723,00 | **not specified** |
| Portable ultrasound apparatus PHILIPS HD7 LITE | PHILIPS Austria | 34 500,00 | **35 000,00** |
| Ultrasound stationary apparatus of middle class PHILIPS HD11 XE | PHILIPS Austria | 49 940,00 | **50 000,00** |
| Incubator for the neonatal intensive care H+L Vision 2186 | Heinen+Lowenstein Germany | 17 609,00 | **not specified** |
| Transport incubator H+L IT-158-TS | Heinen+Lowenstein Germany | 67 602,83 | **not specified** |
| Heated resuscitation table for newborns DRAEGER Resuscitaire ++ | DRAEGER Austria | 23 537,00 | **25 000,00** |
| Doppler system for obstetric diagnosis HUNTLEIGH DIAGNOSTIC FD1 | Huntleigh Diagnostic, United Kingdom (UK) | 262,00 | **399,10** |