# Exhibit 42

[illegible] W 1

"Approved"

At the meeting of the Interdepartmental Working Group on
the matters of primary health care development in rural area
Protocol No. 2 dated 21/08/2009

Chairman of the interdepartmental working group, deputy
Health Care Minister of Ukraine

[signature]     V. G. Bidny

[Seal: illegbible]

# INVESTMENT PROJECT

"Provision of Patient Care and Prophylactic Institutions with Equipment, Means of Transport, Medical Goods
and Therapeutic Agents on Condition of State Guarantee"

Ukraine Public Health Ministry
2009

UA0000035

## TABLE OF CONTENTS

1. Summary of the Investment Project
      1.1 Project Objective
      1.2 Basic Principles and Grounds of the Project
2. The Essence of the Investment Project
      2.1 Problem Setting
      2.2 The Ways of Problem Solving
      2.3 Anticipated Results of the Project Implementation
3. Project Steps and Phases
4. The Project Prerequisites
      4.1 The List of Prerequisites for the Project to be Implemented Timely, Completely and
Comprehensively
      4.2 The List of the Project Participants
5. Financial Analysis of the Project
         5.1 The Amount and Sources of Financing
         5.1.1 The Amount of Financing
         5.1.2 The Sources of Financing
         5.1.3 Terms and Conditions of Funds Raising
         5.1.4 Substantiation of the Financing Amount
      5.2 Economic Effect of the Project Implementation
6. Main Risks Associated with the Project Implementation
7. Charts
Figure 1.      Health Care Institutions Network of Ukraine Public Health Ministry (as of 01/01/09)
Figure 2.      First-Aid and Obstetrical Stations Network
Figure 3.      Rural Outpatient Medical Stations Network of Central / District Hospitals
8. Tables
Table 1.      Network of Patient Care Institutions Rendering Primary Health Care Services to Rural
Population
Table 2.      Medical Equipment Availability at Rural Outpatient Medical Stations(ROMS)
Table 3.      Medical Equipment Availability at First-Aid and Obstetrical Stations (FAOS)
Table 4.      Cost of Medical Equipment Required for Fitting out All FAOS and ROMS According to the
Approved Lists of Basic Equipment (prices as of 13/04/09)
Table 5.      Total Need of Patient Care Institutions for Equipment
Table 6.      Calculation of Drawing up and Repayment Periods of the Credit Provided and Payment of
Interest Charged for the Credit.
         The first tranche
Table 7.      Calculation of Drawing up and Repayment Periods of the Credit Provided and Payment of
Interest Charged for the Credit.
         The second tranche

UA0000036

TYM_ECOV_000156

Table 8.        Calculation of Drawing up and Repayment Periods of the Credit Provided and Payment of
Interest Charged for the Credit.
                All tranches
Table 9.        Commercial Offers on Equipment Procurement (the 1-st stage)
Table 10.       Information Note on Long Term Credits Interest Rates (up to 10 years)
Table 11.       Calculation of Funds Draft Efficiency of UniCredit Bank Austria AG Credit
9. Appendices
Appendix 1.   Procurement Offer of Vamed Engineering GmbH & CO KG (Austria) for the 1st Stage of the
Project Implementation
Appendix 2.   Draft of Supply Agreement
Appendix 3.   Draft of Credit Contract

3
UA0000037

This Investment Project is an information document presented for consideration to executive powers and special commissions involved into implementation of the investment project "Provision of Patient Care and Prophylactic Institutions with Equipment, Means of Transport, Medical Goods and Therapeutic Agents on Condition of State Guarantee".

This document is the property of Ukraine Public Health Ministry, which undertakes a commitment of investments attraction.

The persons obtained an access to the information contained in this document are bound by the appropriate responsibility and have to ensure nonproliferation of it.

The drafts of Supply Agreement and Credit Contract are the integral parts of this investment project. They are executed as Appendices to the project.

TYM_ECOV_000156

# 1. Summary of the Investment Project
## 1.1. Project Objective

An inherent prerequisite of successful economic and social development of society is robust health of its citizens and the health care system plays particularly important role in maintenance of it.

The objective of this investment project is to provide patient care and prophylactic institutions rendering health care services to rural population with equipment, means of transport, medical goods and therapeutic agents. The objective will be attained by centralized delivery of sets of equipment, means of transport, medical goods and therapeutic agents to patient care institutions.

The project requires € 500 mln investments to be attracted. In so doing, the Public Health Ministry ensures 85% of the project financing by attracting investor's funds on condition of pledging of state guarantee on investments return within the period of not less than twelve years.

TYM_ECOV_000156

## 1.2 Basic Principles and Grounds of the Project

1. **Comprehensiveness** that is development and implementation of full complex of measures required for provision of network of patient care institutions rendering health care services to rural population with equipment, means of transport, medical goods and therapeutic agents.

2. **Social importance** is in ensuring accessibility and proper quality of health care services being rendered to rural population. That is relevant first and foremost to primary medical and sanitary care institutions (first-aid and obstetrical stations (FAOS), rural outpatient medical stations, local rural hospitals, district and municipal hospitals and central district hospitals (CDH) as well. All the equipment has to be mobile and convenient with self-contained power supply and suitable for patients of different age groups. The quantity of equipment required is specified according to differences in levels of grave conditions of patients. Fitting out primary medical and sanitary care institutions with modern medical equipment and means of transport will make it possible to render expert medical care and qualified emergency care to patients residing in distant and hard-to-reach areas thus ensuring an opportunity to improve extremely complicated situation with health status of country dwellers, which is critical nowadays and is characterized with high death rate of adult population, child mortality rate, and morbidity of such dreadful diseases as tuberculosis and chronic alcoholism.

3. **Economic efficiency** is in low cost of funds being borrowed for the project implementation as compared with market value. The project implementation does not require significant changes of 2009 state budget items of expense at that. Investments in health care are beneficial for social stability and for country's economy development as well.

4. **Compliance with legislative regulation in force** – the project is based on Ukraine Cabinet of Ministers order №421-p of 24/07/2006 "On Approval of Concept of the State Program of Primary Medical and Sanitary Care Development on the Family Medicine Basis for the Period up to the Year 2010" and is in compliance with the following regulations:
    The law of Ukraine "On Local Self-Government in Ukraine";
    The law of Ukraine "On Local State Authorities";
    The Budget Code of Ukraine;

6<br>
UA0000040

The Commercial Code of Ukraine;

The decree of the President of Ukraine №1313/2000 of 07/12/2000 "On Concept of Development of Health Care of Population of Ukraine";

The decree of the President of Ukraine №1694 of 06/12/2005 "On Urgent Steps Regarding Reformation of Population Health Care System";

Ordinance of Ukraine Cabinet of Ministers №14 of 10/01/2001 "On Approval of Intersectoral Comprehensive Program "Health of Nation" for the Years 2002 - 2011";

Ordinance of Ukraine Cabinet of Ministers №989 of 20/06/2000 "On Comprehensive Measures Regarding Family Medicine Introduction into Health Care System";

Ordinance of Ukraine Cabinet of Ministers №815 of 13/06/2007 "On Approval of National Plan of Health Care System Development for the Period up to the Year 2010";

Ordinance of Ukraine Cabinet of Ministers № 819 of 05/08/2009 "On Obtaining Foreign Credit by State-Run Enterprise "Ukrmedpostach" in 2009 for Implementation of Investment Project Regarding Provision of Patient Care and Prophylactic Institutions with Equipment, Means of Transport, Medical Goods and Therapeutic Agents on Condition of State Guarantee".

TYM_ECOV_000156

## 2. The Essence of the Investment Project
### 2.1 Problem Setting

The network of health care institutions that is rendering health care services to country dwellers requires essential optimization as it is not able to ensure accessibility and proper quality of health care. That is relevant first and foremost to primary medical and sanitary care institutions (first-aid and obstetrical stations (FAOS), rural outpatient medical stations, local rural hospitals, district and municipal hospitals and central district hospitals (CDH) as well. The network rendering health care services to rural population nowadays consists of 19,685 patient care institutions all of those are virtually equally poorly equipped and furnished with medical equipment, medical goods and therapeutic agents. (Charts 1 - 4), (Table 1).

The majority of rural health care institutions have no instruments required for performing the simplest diagnostic and treatment procedures. Complete set of general purpose medical equipment is available only in 1 of each 10 FAOS, and in 1 of each three rural outpatient medical stations, local and district hospitals. Equipment for municipal hospitals was not procured virtually at all for state budget costs over the last 15 years. (see Table 2, Table 3).

According to factual economic and sectorial indices local budgets of village and settlement radas are not only incapable of performing an adequate support of primary healthcare institutions but they even cannot ensure one of the basic principles of this sector - fair and equitable rendering of quality healthcare services to all local community members. For instance, the majority of FAOS are being assigned about 1000 UAH per year for therapeutic agents provisioning, that is 1 UAH per an inhabitant,.

In their current activities FAOS and rural outpatient medical stations are constantly experiencing problems with provisioning for functioning in autumn and winter periods, performing of routine and thorough repairs, equipment repair and renewal.

Financing rural health care institutions (FAOS, outpatient medical stations, local rural hospitals) from village rada budgets under conditions of stress of village budgets funds (lack of funds required to cover costs of public services and energy resources, purchasing of therapeutic agents and equipment) resulted in reduction of these institution network and hence in impairment of quality and accessibility of health care services for country dwellers.

As a result health status of rural population is significantly worse than that of urban people. This is confirmed by unfavorable statistical data reflecting considerably higher death rate of adult population, child mortality rate, and morbidity of such dreadful diseases as tuberculosis and chronic alcoholism, to which rural population standard of life also contributes.

8
UA0000042

TYM_ECOV_000156

The situation in the field is additionally complicated by the age structure of population in rural areas where the majority of people have attained retirement age and due to traits of agricultural work are suffering from a number of chronic diseases requiring permanent medical supervision. Other factors limiting healthcare accessibility to a low level include lack of regular passenger transportation means and large service areas (up to 15 km in radius) especially in case of medical vehicles unavailability.

District hospitals are still using the same equipment for twenty and more years. They are lacking in resuscitation tables and infant incubators in maternity departments, X-ray equipment, ultrasonic diagnostic systems etc.

Today's priority is procurement of medical equipment, medical goods and first and foremost medical vehicles for primary medical and sanitary care institutions (FAOS, rural outpatient medical stations, local rural hospitals, district hospitals and CDH). (see Table 4, Table 5).

All the equipment has to be mobile and convenient with self-contained power supply and suitable for patients of different age groups. The quantity of equipment required is specified according to differences in levels of grave conditions of patients. Fitting out primary medical and sanitary care institutions with modern medical equipment and means of transport will make it possible to render expert medical care and qualified emergency care to patients residing in distant and hard-to-reach areas.

Complete and successive implementation of the project will not only ensure an opportunity of rendering health care services highly skilled well-timed rural population but at the same time it ensures considerable saving of budget expenses related to rendering emergency medical assistance to people.

## 2.2 The Ways of Problem Solving

The problem of rendering well-timed and highly qualified health care services to country dwellers is proposed to be solved by creating material and technical basis of primary medical and sanitary care institutions functioning in rural area.

## 2.3. Anticipated Results of the Project Implementation

The main result of this investment project implementation is creating of conditions that ensure rendering of well-timed, highly qualified and effective health care services to country dwellers, enhancement of efficiency of healthcare institutions, casualty minimization, preservation of health and working ability of patients, reducing of common level of death rate and on the whole - rise in the standard of living of population by providing patient care and prophylactic institutions with equipment, means of transport, medical goods and therapeutic agents on condition of State guarantee.

TYM_ECOV_000156

### 3. Project Steps and Phases

The project is scheduled for the period of 2 years and includes the following actions:

-i    procurement of equipment, means of transport, medical goods and therapeutic agents;

-i    delivery of equipment, means of transport, medical goods and therapeutic agents to primary medical and sanitary care institutions rendering health care services to rural population in accordance with allocations to be made by Ukraine Public Health Ministry;

-i    installation of equipment, balancing and commissioning, technical training of patient care institutions medical staff on practical skills required to use the equipment;

-i    backup and post-warranty servicing of the equipment.

Statement of project costs estimation is presented in the Table 9.

The project will be implemented in two stages:

- 2009    - purchasing of equipment, means of transport, medical goods and therapeutic agents for total amount of € 100,000,000, delivery of them to patients care and subsequent performing of work package on commissioning and technical training of medical staff;

g- 2010    - purchasing of equipment, means of transport, medical goods and therapeutic agents for total amount of € 400,000,000, delivery of them to patients care and subsequent performing of work package on commissioning and technical training of medical staff.

UA0000044

TYM_ECOV_000156

## 4. The Project Prerequisites
### 4.1. The List of Prerequisites for the Project to be Implemented Timely, Completely and Comprehensively

-i   Supervision for draft on funds and ensuring transparence of funds flow to be performed by Public Health Ministry;
-i   State-run enterprise "Ukrmedpostach" to be assigned as executive in charge for the project implementation;
-i   The credit contract and supply agreement versions to be approved:
-i   The supply agreement to be signed with **Vamed Engineering GmbH & CO KG**
-i   Granting of purpose financing in the form of credit to be ensured by Public Health Ministry for the purpose of implementation of this investment project "Provision of Patient Care and Prophylactic Institutions with Equipment, Means of Transport, Medical Goods and Therapeutic Agents" on condition of State guarantee according to according to article 14 of the law of Ukraine "On State Budget of Ukraine for the Year 2009";
-i   Terms and conditions of funds raising: the currency of financing is euro, payback period - 10 years (2011 - 2020), State Guarantee of the Government of Ukraine according to article 14 of the law of Ukraine "On State Budget of Ukraine for the Year 2009";
-i   State-run enterprise "Ukrmedpostach" to be granted exemption from value-added tax, customs duty and other kinds of compulsory payments related to the goods being purchased for this investment project implementation;
-i   The following Appendices constitute the integral parts of the Project:
Draft of Supply Agreement;
Draft of Credit Contract;
In order to minimize risks all major factors are stipulated in the abovementioned drafts of contracts.

### 4.2 The List of the Project Participants
Public Health Ministry performs supervision for implementation of the investment project in Ukraine, recruits specialists experienced in provisioning of patient care and prophylactic institutions with equipment, means of transport, medical goods and therapeutic agents.
Public Health Ministry to be the owner of purchased material assets till they are transferred to the patient care institutions.
State-run enterprise "Ukrmedpostach" to be executive in charge for the investment project implementation.
**Vamed Engineering GmbH & CO KG** to be the supplier of the equipment, means of transport, medical goods and therapeutic agents.

11
UA0000045

TYM_ECOV_000156

### 5. Financial Analysis of the Project
### 5.1 The Amount and Sources of Financing
### 5.1.1 The Amount of Financing

The amount of financing of the project activities makes up at € 500 mln. and includes the following:

-i      the amount of financing envisaged for 2009 makes up at    € 100 mln.,
-i      the amount of financing envisaged for 2010 makes up at    € 400 mln.

The investor proposes raising of funds at the amount of € 100 mln. in equivalent in 2009 (to be repaid within the period of 2009 - 2019) (see Table 6), and funds of € 400 mln. in equivalent in 2010 (to be repaid within the period of 2010 - 2020) (see Table 7 and Table 8).

### 5.1.2 The Sources of Financing

Funds raised in the form of purpose loan (credit) on condition of State guarantee according to the article 14 of the law of Ukraine "On State Budget of Ukraine for the Year 2009".
The project will be financed as follows:
15% - at the expense of State Budget of Ukraine;
85% - for the funds attracted by credit contract with UniCredit Bank Austria AG.

### 5.1.3 Terms and Conditions of Funds Raising

-i      The currency of financing is euro;
-i      Payback to be performed within the period of 2009 - 2020 (i.e. 12 years after receiving the first tranche;
-i      Payment of interest to be performed quarterly;
-i      Disbursement of credit to be performed according to the schedule;
-i      The funds are being borrowed exclusively for the purpose of this investment project implementation and on condition of State guarantee;
-i      Procurement of goods, contracting of works and services related to credit granting as well as services related to discharge of obligations under foreign credit obtained for implementation of the investment project will be performed accordng to one bidder procurement procedure without reconciliation with Ministry of Economy according to clause 6 of "Regulations on Procurement of Goods, Contracting of Works and Services at the Expense of the State" approved by the Ordinance of Ukraine Cabinet of Ministers №921 of October 17, 2008;
-i      State-run enterprise "Ukrmedpostach" to be the executive in charge for this Project. ;
-i      The executive of the investment project to be granted exemption from value-added tax, customs duty and other kinds of compulsory payments related to the goods being purchased for this investment project implementation.

12
UA0000046

TYM_ECOV_000156

### 5.1.4 Substantiation of the Financing Amount

The findings obtained as a result of investigation of needs of primary medical and sanitary care system (FAOS, rural outpatient medical stations, local rural hospitals, district and municipal hospitals and central district hospitals) in medical vehicles, medical equipment and goods, and therapeutic agents revealed that funds of total amount of at least € 556,406,334 are required to create a material and technical basis. Table 9.

According to proposal of Vamed Engineering GmbH & CO KG (Austria) procurement of the required equipment to the sum of € 100 mln. is scheduled for the 1-st stage and the part of that equipment could be delivered already in 2009. (Appendix 1).

This investment project envisages procurement of special-purpose cars, medical equipment and goods at the expense of the first tranche in order to satisfy the most urgent needs of patient care institutions.

### 5.2 The Economic Effect of the Project Implementation

Financing of the project at the amount of € 500 mln will provide an opportunity to furnish all the network of patient care institutions rendering primary healthcare services to rural population with medical vehicles, medical equipment and goods and thus ensure rendering of well-timed, highly qualified and effective health care services, enhancement of efficiency of healthcare institutions functioning in rural areas, casualty minimization, preservation of health and working ability of patients, reducing of common level of death rate.

No one of domestic banks could provide a credit of the abovementioned amount and for adequately long period. Annual interest rates of domestic banks crediting fluctuate within the range of 11.3 - 14 percent. (Table 10). Raising funds from UniCredit Bank Austria AG credit ensures the opportunity of creating modern resource base of healthcare in rural area with minimal expenses for State budget of Ukraine and cost saving rate of € 93,8 mln. (see Table 11),

13
UA0000047

## 6. Main Risks Associated with the Project Implementation

1.    The main risks could be associated with acts of Providence: political instability, natural disasters.
2.    The risks associated with operation of equipment and means of transport are reduced to a minimum as similar equipment is in operation in Ukraine and there are service centres performing marketing and maintenance of that equipment.

UA0000048

TYM_ECOV_000156

**Hospitals Network**
**of the Ministry of Health Care of Ukraine System (as of 01.01.09)**

| Number of institutions | 15101 | 3390 | 89 | 142 |
|---|---|---|---|---|
|  | First-Aid and Obstetrical Stations | Rural Outpatient Medical Stations | Maternity Hospitals / First-Aid and Obstetrical Stations | District Hospitals / Central District Hospitals |

UA0000049

TYM_ECOV_000156

**First-Aid and Obstetrical Stations Network**
**(15101 units)**

[see source for map]

UA0000050

TYM_ECOV_000156

**Rural Outpatient Medical Stations Network**

[see source for map]

UA0000051

**Central District Hospitals Network /
District Hospitals (472 / 142 units)**

[see source for map]

UA0000052

TYM_ECOV_000156

## Maternity Hospitals / First-Aid and Obstetrical Stations Network
### (1276 / 89 units)

[see source for map]

UA0000053

Table 1

**Hospitals Network**

| No. | Regions | CDH | DH | SH | ROMS | FAOS |
|---|---|---|---|---|---|---|
| 1 | Crimea | 12 | 7 | 11 | 146 | 523 |
| 2 | Vinnitsa | 27 | 9 | 44 | 182 | 939 |
| 3 | Volyn | 16 | 6 | 13 | 78 | 800 |
| 4 | Dnepropetrovsk | 22 | 1 | 32 | 156 | 545 |
| 5 | Donetsk | 18 | 0 | 11 | 114 | 509 |
| 6 | Zhytomyr | 22 | 1 | 21 | 178 | 835 |
| 7 | Zakarpattya | 5 | 10 | 22 | 235 | 290 |
| 8 | Zaporozhye | 20 | 3 | 22 | 118 | 399 |
| 9 | Ivano-Frankivsk | 14 | 9 | 4 | 126 | 547 |
| 10 | Kyiv | 25 | 6 | 44 | 191 | 672 |
| 11 | Kirivigrad | 21 | 1 | 23 | 90 | 534 |
| 12 | Lugansk | 17 | 4 | 9 | 73 | 397 |
| 13 | Lviv | 19 | 20 | 11 | 176 | 1015 |
| 14 | Mykolayiv | 19 | 0 | 15 | 96 | 461 |
| 15 | Odessa | 25 | 1 | 35 | 144 | 567 |
| 16 | Poltava | 25 | 9 | 48 | 181 | 713 |
| 17 | Rivne | 14 | 9 | 15 | 90 | 630 |
| 18 | Sumy | 18 | 1 | 18 | 125 | 551 |
| 19 | Ternopil | 17 | 12 | 10 | 143 | 757 |
| 20 | Kharkiv | 25 | 0 | 18 | 228 | 522 |
| 21 | Kherson | 18 | 0 | 29 | 83 | 396 |
| 22 | Khmelnytsky | 20 | 10 | 27 | 117 | 988 |
| 23 | Cherkasy | 20 | 4 | 46 | 106 | 555 |
| 24 | Chernivtsi | 11 | 1 | 26 | 117 | 228 |
| 25 | Chernihiv | 70 | 16 | 25 | 97 | 716 |
| 26 | City of Kyiv | 0 | 0 | 0 | 0 | 0 |
| 27 | City of Sevastopol | 0 | 0 | 1 | 0 | 12 |
| | **Total** | **472** | **142** | **580** | **3 390** | **15 101** |

UA0000054

TYM_ECOV_000156

**Table 2**

**Medical Equipment Availability at Rural Outpatient Medical Stations (ROMS)**
**(According to the inventory of primary health care institutions in 2007 and monitoring in 2008)**

| No. | Regions | Number of ROMS, where every doctor and nurse are provided with stacking bags | Number of patients receiving rooms with complete set of equipment | | | Number of treatment rooms with complete set of equipment | | Number of examination rooms, with complete set of equipment | Number of laboratories, with complete set of equipment | Data of monitoring in 2008. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | general medical, inventory | ENT Equipment | ophthalmol. equipment | general medical, inventory | surgical equipment and tools | | | |
| 1. | Crimea | 20 | 32 | 2 | 8 | 39 | 7 | 23 | 13 | 82 refrigerators, 18 UHF units, 29 quartz lamps, 7 inhalers, 5 dry heat cabinets, 2 electrophoresis, 37 cooler bags purchased |
| 2. | Vinnitsa | 11 | 67 | 4 | 2 | 58 | 8 | 81 | 2! | 98 work places of clinical laboratory technicians who perform microscopy of specimens |
| 3. | Volyn | 54 | 48 | 13 | 14 | 37 | 4 | 30 | 13 | |
| 4. | Dnepropetrovsk | 35 | 43 | 7 | 8 | 54 | 7 | 28 | 4 | |
| 5. | Donetsk | 27 | 58 | 2 | 12 | 47 | 2 | 20 | 18 | 4 ECG, 6 computers, dental equipment purchased |
| 6. | Zhytomyr | 35 | 52 | 16 | 12 | 57 | 9 | 42 | 11 | Medical equipment and inventory purchased |

UA0000055

TYM_ECOV_000156

TYM_ECOV_000156

| | 7 | 37 | 1 | 9 | 81 | 4 | 31 | 15 | |
|---|---|---|---|---|---|---|---|---|---|
| 7 Zakarpattya | 7 | 37 | 1 | 9 | 81 | 4 | 31 | 15 | 6 dental units, 1 biological sewage treatment unit, 8 sets of medical equipment, 3 ECG, 3 disinfection chambers, 1 PC, 4 refrigerators purchased |
| 8. Zaporozhye | 8 | 27 | | 6 | 39 | | 20 | 10 | |
| 9. Ivano-Frankivsk | | | | | | | | | |
| 10. Kyiv | 4 | 29 | 2 | | 20 | 2 | 18 | 9 | |
| 11. Kirivigrad | 8 | 24 | 1 | 4 | 32 | 3 | 15 | 9 | Medical equipment purchased |
| 12. Lugansk | 7 | 4 | 10 | | 12 | 3 | 4 | | |
| 13. Lviv | 3 | 1 | | | 1 | | 1 | 1 | 15 working places for doctors computerized. 90 units of office equipment (computers, printers), 47 refrigerators purchased |
| 14. Mykolayiv | 19 | 26 | | | 40 | 5 | 33 | 8 | 67 units of medical equipment purchased |
| 15. Odessa | 19 | 23 | 2 | | 35 | 1 | 21 | 5 | 67 units of medical equipment purchased |
| 16. Poltava | 25 | 30 | 6 | 9 | 65 | 9 | 23 | 12 | |
| 17. Rivne | 14 | 33 | | 11 | 33 | 2 | 22 | 10 | 24 units of medical equipment purchased |
| 18. Sumy | 5 | 50 | | 2 | 62 | | 12 | 7 | 40 mobile phones purchased |
| 19. Ternopil | 46 | 123 | 3 | 48 | 104 | 41 | 106 | 8 | |
| 20. Kharkiv | 18 | 84 | 29 | 47 | 73 | 25 | 28 | 6 | 36 refrigerators, 23 computers purchased |
| 21. Kherson | 30 | 41 | | 5 | 30 | | 17 | 16 | |

UA0000056

| | | 12 | 43 | 1 | 6 | 43 | 4 | 25 | 10 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22. | Khmelnytsky | 12 | 43 | 1 | 6 | 43 | 4 | 25 | 10 | Purchased: 7 ECG, 21 sanitation vehicles, 10 laboratories and 10 functional diagnostics rooms (ECG) created |
| 23. | Cherkasy | 9 | 31 | 2 | 2 | 44 | 3 | 18 | 17 | Medical equipment purchased |
| 24. | Chernivtsi | 43 | 68 | 3 | 9 | 56 | 12 | 60 | 5 | Medical equipment for 10 clinics purchased |
| 25. | Chernihiv | 14 | 6 | 3 | 6 | 30 | 10 | 25 | 11 | |
| | TOTAL | 473 (15,8%) | 1 000 (33,4%) | 107 (3,6%) | 220 (7,3%) | 1 092 (36,5%) | 161 -5,40% | 701 -23,40% | 242 -8,10% | |

UA0000057

TYM_ECOV_000156

Table 3

Medical Equipment Availability at First-Aid and Obstetrical Stations (FAOS)
(According to the inventory of primary health care institutions in 2007 and monitoring in 2008)

| No. | Regions | Number of FAOS, that have an individual nurse/paramedic set (bag | Number of patients receiving rooms with complete set of equipment | | Number of treatment rooms with complete set of equipment | | Number of examination rooms, with complete set of equipment | Data of monitoring in 2008. |
|---|---|---|---|---|---|---|---|---|
| | | | general medical, inventory | ENT and ophthalmology equipment | general medical, inventory | surgical equipment and tools | | |
| 1. | Crimea | 296 | 22 | 35 | 236 | 64 | 244 | |
| 2. | Vinnitsa | 545 | 71 | 4 | 81 | 57 | 211 | |
| 3. | Volyn | 285 | 62 | 6 | 47 | 49 | 107 | Purchased: gynecological chairs, physiotherapy equipment, paramedic bags, changing tables, |
| 4. | Dnepropetrovsk | 187 | 44 | 8 | 18 | 49 | 43 | |
| 5. | Donetsk | 218 | 27 | 5 | 49 | 19 | 31 | 28 refrigerators purchased |
| 6. | Zhytomyr | 377 | 61 | | 71 | 78 | 108 | |
| 7. | Zakarpattya | 105 | 30 | | 17 | 16 | 38 | 2 refrigerators purchased |
| 8. | Zaporozhye | 296 | 43 | 2 | 33 | 18 | 55 | |
| 9. | Ivano-Frankivsk | 540 | 25 | 2 | 69 | 124 | 329 | |
| 10. | Kirivigrad | 230 | 55 | 3 | 43 | 68 | 47 | |
| 11. | Kyiv | 467 | 37 | 2 | 47 | 21 | 244 | |
| 12. | Lugansk | 178 | 22 | 2 | 11 | 5 | 44 | |
| 13. | Lviv | 272 | 122 | 20 | 67 | 117 | 246 | |
| 14. | Mykolayiv | | | | 44 | 31 | 59 | 67 units of medical equipment purchased |

UA0000058

TYM_ECOV_000156

| | | 197 | 38 | 3 | 22 | 16 | 44 | |
|---|---|---|---|---|---|---|---|---|
| 15. | Odessa | 197 | | | | | 44 | 121 sets of medical equipment purchased |
| 16. | Poltava | 347 | 19 | 2 | 22 | 7 | 33 | |
| 17. | Rivne | 324 | 36 | 7 | 23 | 87 | 75 | |
| 18. | Sumy | 324 | 24 | 5 | 70 | 20 | 88 | |
| 19. | Ternopil | 504 | 103 | 39 | 345 | 196 | 396 | |
| 20. | Kharkiv | 199 | 69 | | 20 | 9 | 67 | 36 refrigerators purchased |
| 21. | Kherson | 156 | 28 | 36 | 44 | 28 | 10 | |
| 22. | Khmelnytsky | 295 | 73 | 9 | 68 | 69 | 172 | Gynecological chairs for 22 FAOS, children's weight for 30 FAOS, refrigerators for 16 FAOS purchased. |
| 23. | Cherkasy | 180 | 42 | 11 | 60 | 27 | 98 | |
| 24. | Chernivtsi | 140 | 91 | 39 | 61 | 54 | 136 | Medical equipment for 10 FAOS purchased |
| 25. | Chernihiv | 489 | 70 | | 69 | 73 | 145 | |
| 26. | City of Sevastopol | 8 | | | | | | |
| | TOTAL | 7159 -46,70% | 1 414 (9,2%) | 240 (1,6%) | 1 637(10,7%) | 1302 (8,5%) | 3 070 -20,00% | |

UA0000059

TYM_ECOV_000156

Table 4

**Cost of Medical Equipment Required for Fitting out All FAOS and ROMS According to the Approved Lists of Basic Equipment (prices as of 13/04/09)**

| No. | | Equipment | Price (per unit), UAH. | First-Aid and Obstetrical Stations (UAH) | Rural Outpatient Medical Stations (UAH) |
|---|---|---|---|---|---|
| 1 | | Individual physician and nurse set | | | |
| | 1 | Doctor's bag set (bag, tonometer with a set of cuffs, microstethophone, obstetric stethoscope, 1 meter long measuring tape, a set of tools for emergency assistance: Syringe for washing, a set of probes for gastric lavage No. 15, 18, 21, 24, 27, 30, 33; bladder catheter set No. 6, 8, 10, 12, 14, 16, 18, 20; a set of airways 00-4; tweezers for removing ticks; gorge mirror, bulbous-end and straight clamps, silicone mask, rubber binder) | 4 300,00 | | 4 300,00 |
| | 2 | Nurse/paramedic bag set (bag, tonometer with a set of cuffs, microstethophone, obstetric stethoscope, 1 meter long measuring tape, a set of tools for emergency assistance: syringe for washing, a set of probes for gastric lavage No. 15, 18, 21, 24, 27, 30, 33; bladder catheter set No. 6, 8, 10, 12, 14, 16, 18, 20; bulbous-end and straight clamps, silicone mask, rubber binder) | 1 100,00 | 1100,00 | 1 100,00 |
| | 3 | Ambu bag equivalent to ADR-1200 with 2 masks for adults and a mask for children | 2 250,00 | | 2 250,00 |
| | 4 | Blood glucose level measuring unit | 950,00 | 950,00 | 950,00 |
| | | **Patients receiving room** | | | |
| 1 | | General medical equipment, inventory | | | |
| | 1 | Universal computer table with sliding case | 320,00 | | 320,00 |

TYM_ECOV_000156

UA0000060

| No. | Equipment | Price (per unit), UAH. | First-Aid and Obstetrical Stations (UAH) | Rural Outpatient Medical Stations (UAH) |
|---|---|---|---|---|
| 2 | Physician workstation (system unit, monitor, printer, standard and application software) | 3 555,00 | 3 555,00 | 3 555,00 |
| 3 | Portable electrocardiograph with combined power supply | 9 000,00 | | 9 000,00 |
| 4 | Desk | 280,00 | 280,00 | 280,00 |
| 5 | Book shelve or bookcase | 328,00 | 328,00 | 328,00 |
| 6 | Chairs | 58,00 | 116,00 | 116,00 |
| 7 | Phone | 99,00 | 99,00 | 99,00 |
| 8 | Desk lamp | 70,00 | 70,00 | 70,00 |
| 9 | Wardrobe | 400,00 | 400,00 | 400,00 |
| 10 | Medical weights equivalent to PTI-150 (for adults) | 1 100,00 | 1100,00 | 1 100,00 |
| 11 | Medical weights or children (newborns) equivalent to BM-21 | 850,00 | 850,00 | 850,00 |
| 12 | Changing table | 1 750,00 | 1 750,00 | 1 750,00 |
| 13 | Wooden floor auxanometer | 180,00 | 180,00 | 180,00 |
| 14 | Tables for children's weights | 280,00 | 280,00 | 280,00 |
| 15 | Instrumentation table | 570,00 | 570,00 | 570,00 |
| 16 | Dynamometer equivalent to DK-101 | 1 200,00 | | 1 200,00 |
| 17 | Bedside tables | 140,00 | 140,00 | 140,00 |
| 18 | Medical cabinet | 1 400,00 | 1 400,00 | 1 400,00 |
| 19 | 3-section screen | 650,00 | 650,00 | 650,00 |
| 20 | Couch | 1 350,00 | 1 350,00 | 1 350,00 |
| 2 | **ENT Equipment** | | | |
| 1 | Frontal reflector | 160,00 | 160,00 | 160,00 |
| 2 | Ear funnel nickel plated No. 1, 2, 3, 5 | 75,00 | 75,00 | 75,00 |
| 3 | Nasal mirror with 22 mm jaws | 70,00 | 70,00 | 70,00 |

TYM_ECOV_000156

UA0000061

| No. | | Equipment | Price (per unit), UAH. | First-Aid and Obstetrical Stations (UAH) | Rural Outpatient Medical Stations (UAH) |
|---|---|---|---|---|---|
| | 4 | Nasal mirror with 30 mm jaws | 70,00 | 70,00 | 70,00 |
| | 5 | Ear pinchers 140x1,6 | 40,00 | 40,00 | 40,00 |
| | 6 | Laryngeal mirrors (diam. 12, 15, 21, 27 mm) and rhinopharyngeal mirrors (8mm) | 35,00 | 35,00 | 35,00 |
| | 7 | Hook for removing foreign bodies from the ear | 75,00 | | 75,00 |
| | 8 | Hook for removing foreign bodies from the nose | 75,00 | 75,00 | 75,00 |
| | 9 | Handle for larynx and rhinopharyngeal mirrors and cotton holders | 44,00 | | 44,00 |
| | 10 | Ear probe with notches | 60,00 | | 60,00 |
| | 11 | Straight tongue spatula | 14,00 | 14,00 | 14,00 |
| | 12 | Tuning fork with vibration frequency 1029 | 280,00 | | 280,00 |
| | 13 | Straight rhinopharyngeal fenestrated clamp 225 mm. | 240,00 | | 240,00 |
| 3 | | Ophthalmological equipment | | | |
| | 1 | Full size Roth unit with Syytsev-Golovan tables and Rabkin table (color test) | 1 600,00 | | 1 600,00 |
| | 2 | Binocular magnifying glass | 190,00 | 190,00 | 190,00 |
| | 3 | Eye tonometer | 680,00 | | 680,00 |
| | 4 | A set of test glasses lenses (small), universal test frame | 4 500,00 | | 4 500,00 |

**Treatment room \***

| No. | | Equipment | Price (per unit), UAH. | First-Aid and Obstetrical Stations (UAH) | Rural Outpatient Medical Stations (UAH) |
|---|---|---|---|---|---|
| 3 | | | | | |
| 1 | | General medical equipment, inventory | | | |
| | 1 | Instrumentation table | 570,00 | 570,00 | 570,00 |
| | 2 | Bedside tables | 140,00 | 140,00 | 140,00 |
| | 3 | Medical cabinet | 1 400,00 | 1 400,00 | 1 400,00 |
| | 4 | Couch | 1 350,00 | 1 350,00 | 1 350,00 |

TYM_ECOV_000156

UA0000062

| No. | | Equipment | Price (per unit), UAH. | First-Aid and Obstetrical Stations (UAH) | Rural Outpatient Medical Stations (UAH) |
|---|---|---|---|---|---|
| | 5 | Refrigerator (number of chambers - 1, REFR/COOLANT: 207/17 l) | 1 100,00 | 1 100,00 | 1 100,00 |
| | 6 | Portable refrigerator bag (for transportation of vaccines) | 1 600,00 | 1 600,00 | 1 600,00 |
| | 7 | Mobile bactericidal irradiator | 2 660,00 | 2 660,00 | 2 660,00 |
| | 8 | Recirculation bactericidal irradiator | 3 500,00 | 3 500,00 | 3 500,00 |
| | 9 | Janet's syringe | 450,00 | 450,00 | 450,00 |
| | 10 | Other sanitary | 1 790,00 | 1 790,00 | 1 790,00 |
| | 11 | Immobilization equipment (frame for hands, for legs, cover) | 900,00 | 900,00 | 900,00 |
| 2 | | Surgical equipment and tools | | | |
| | 1 | Abdominal scalpel SB-4 and medium sharp-end scalpel CO-5 | 18,00 | 18,00 | 18,00 |
| | 2 | Surgical hooks (plated according to Farabeuf, tendinous, tracheotomic sharp, children's tracheotomic sharp, 2-teeth surgical sharp and obtuse, 1-tooth surgical sharp, 4-teeth surgical sharp and obtuse) | 15,00-60,00 | | 60,00 |
| | 3 | Surgical forceps 150 mm | 19,00 | 19,00 | 19,00 |
| | 4 | Surgical forceps 200 mm | 19,00 | 19,00 | 19,00 |
| | 5 | Dissecting forceps 150 mm | 18,00 | 18,00 | 18,00 |
| | 6 | Dissecting forceps 200 mm | 18,00 | 18,00 | 18,00 |
| | 7 | Flexible blood stopping vascular clamp according to Satinsky | 230,00 | | 230,00 |
| | 8 | 228 mm children dressing forceps curved and 260 mm straight dressing forceps | 110,00 | | 110,00 |
| | 9 | General surgical reinforced needle holder 200 mm | 120,00 | | 120,00 |
| | 10 | Surgical needle (ligature needle obtuse right and/or left according to Deshan) | 220,00 | | 220,00 |
| | 11 | Needles for puncture (pneumothorax needle I-39B, a set of needles for heart puncture, a needle for injection into pericardial cavity, air intake needle Г-20*180 12, suction needle) | 380,00 | | 380,00 |

UA0000063

TYM_ECOV_000156

| No. | Equipment | Price (per unit), UAH. | First-Aid and Obstetrical Stations (UAH) | Rural Outpatient Medical Stations (UAH) |
|---|---|---|---|---|
| 12 | Surgical scissors (reinforced curved scissors 140 mm, reinforced curved scissors 170 mm, reinforced straight scissors 140 mm, reinforced scissors, reinforced straight scissors 170 mm, children curved scissors 190 mm, scissors for dissecting vessels curved 135 mm | 58,00 | | 58,00 |
| 13 | Enameled kidney form basin | 55,00 | 55,00 | 55,00 |
| 14 | Enameled rectangular basin | 56,00 | 56,00 | 56,00 |
| 15 | Medical no-shade lamp | 80,00 | | 80,00 |
| | **Examination room \*** | | | |
| 1 | Instrumentation table | 570,00 | 570,00 | 570,00 |
| 2 | Screen | 650,00 | 650,00 | 650,00 |
| 3 | Gynaecological chair KG-2 | 4 500,00 | 4 500,00 | 4 500,00 |
| 4 | Gynecological mirrors acc. to Cusco No. 1, 3, 5 | 110,00 | 110,00 | 110,00 |
| 5 | Gynecological mirrors acc. to Simpse No. 1, 3, 5 1, 3, 5 | 85,00 | 85,00 | 85,00 |
| 6 | Metal pelvis size meter | 160,00 | 160,00 | 160,00 |
| 7 | Curved and straight dressing forceps 270 mm III-20-1, III-20-3 | 110,00 | 110,00 | 110,00 |
| 8 | Gynecological clips (280 mm long, (Pean, Bilrot) notched, straight No. 3 220 mm, gynecological clips straight No.2 and curved 285 mm) | 210,00 | | 210,00 |
| | **Laboratory \*** | | | |
| 1 | Laboratory table | 680,00 | | 680,00 |
| 2 | Microscope | 5 200,00 | | 5 200,00 |
| 3 | Horyayev chamber (4-section) | 180,00 | | 180,00 |
| 4 | Apparatus for measuring of hemoglobin level | 9 500,00 | | 9 500,00 |
| 5 | Biochemical analyzer | 42 000,00 | | 42 000,00 |

UA0000064

TYM_ECOV_000156

| No. | | Equipment | Price (per unit), UAH | First-Aid and Obstetrical Stations (UAH) | Rural Outpatient Medical Stations (UAH) |
|---|---|---|---|---|---|
| | 6 | Laboratory glassware complex: 250 ml cone flask - 3 pc., 300 ml measuring flask - 3 pc., V-shaped pad with a lid (96 holes) - 1 pc., chemical test tube 16x150 P1 - 10 pcs., P1 -10-01 rotary test tube of 10 ml without scale – 10 pcs., PI test tube - 10 pcs . | 420,00 | | 420,00 |
| | 7 | Lab centrifuge | 5500,00 | | 5500,00 |
| 6 | | **Physiotherapy room/in-patients** | | | |
| | 1 | General medical equipment, inventory | | | |
| | 1 | Couch | 1 350,00 | 1 350,00 | 1 350,00 |
| | 2 | Screen (3-section) | 650,00 | 650,00 | 650,00 |
| | 3 | Instrumentation table | 570,00 | 570,00 | 570,00 |
| | 4 | Stand for continuous infusion | 230,00 | | 230,00 |
| | 2 | Physiotherapy equipment | | | |
| | 1 | Apparatus for amplipulstherapy (equivalent to "Amplipulse 5") | | | |
| | 2 | Electrophoresis apparatus (equivalent to "Potok-1") | | | |
| | | Multifunctional physiotherapy device (equivalent to "Amplipulse", "Potok", "Diadinamik", fluctuarisation, short impulse electroanalgesia) | 9 600,00 | 9 600,00 | 9 600,00 |
| | 3 | Apparatus for general magnetic therapy (equivalent to AMnp-01 "SOLNYSHKO") | 5 600,00 | 5 600,00 | 5 600,00 |
| | 4 | Apparatus for UHF therapy (equivalent to "UVC-60") | 6 000,00 | 6 000,00 | 6 000,00 |
| | 5 | Ultraviolet irradiator (equivalent to BOP - 5) | 6 500,00 | 6 500,00 | 6 500,00 |
| | 6 | Aerosol inhaler | 2 700,00 | 2 700,00 | 2 700,00 |
| | 7 | Apparatus for ultrasound therapy | 13 600,00 | 13 600,00 | 13 600,00 |
| | | Note: replacement of several separate physical therapy devices with a multi-functional one is possible | | | |

TYM_ECOV_000156

UA0000065

| No. | | Equipment | Price (per unit), UAH. | First-Aid and Obstetrical Stations (UAH) | Rural Outpatient Medical Stations (UAH) |
|---|---|---|---|---|---|
| 7 | | **Sterilization room** | | | |
| | 1 | Bedside tables | 140,00 | 140,00 | 140,00 |
| | 2 | Air sterilizer | | | |
| | | 20 l | 2 800,00 | 2 800,00 | |
| | | 40 l | 3 300,00 | | 3 300,00 |
| | 3 | 3 liter sterilization box | 190,00 | 190,00 | 190,00 |
| | 4 | 12 liter sterilization box | 380,00 | 380,00 | 380,00 |
| 8 | | **Waiting room** | | | |
| | 1 | Coffee table | 160,00 | 160,00 | 160,00 |
| | 2 | Chairs | 58,00 | 232,00 | 232,00 |
| | 3 | Changing table | 1 750,00 | 1 750,00 | 1 750,00 |
| | | | Total | 86 412,00 | 180 194,00 |
| 9 | | **Vehicles** | | | |
| | 1. | Car equivalent to Slavuta 1.3 liters. | 32 795,00 | | 32 795,00 |
| | 2 | Bicycle equivalent to «Comanche» (Ukraine) | 2 050,00 | 2 050,00 | |
| | | **Total + Vehicles** | | 88 462,00 | 212 989,00 |
| | | Cars and motorbikes | Price incl. VAT, UAH. | | |
| | 3 | Motorbike equivalent to «Yamaha» (Japan) | 16 020,00 | 102 432,00 | |
| | 3 | Car "Niva" | 91 220,00 | | 271 414,00 |
| | 4 | Car UAZ "Patriot" | 137 000,00 | | 317 194,00 |

UA0000066

TYM_ECOV_000156

Table 5

## Total Need of Patient Care Institutions for Equipment

| Name of Equipment | TOTAL NEED FOR EQUIPMENT | | | FAOS - 15101 | | ROMS - 3390 | | Maternity hospitals | | CDH | | Town hospitals | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Estimated price per unit in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount, in UAH |
| Specialized car | 100 000 | 2 144 | 214 400 000 | - | - | 2 144 | 214 400 000 | | | | | | |
| Scooter | 16 000 | 15 101 | 241 616 000 | 15 101 | 241 616 000 | - | - | | | | | | |
| Doctor's bag set | 5 000 | 1 481 | 7 405 000 | | | 1 481 | 7 405 000 | | | | | | |
| Nurse / paramedic bag set | 1 450 | 18 089 | 26 229 050 | 15 101 | 21 896 450 | 2 938 | 4 332 600 | | | | | | |
| AMBU bag | 2 300 | 1 571 | 5 913 300 | | | 2 571 | 5 913 300 | | | | | | |
| Blood glucose level measuring apparatus | 990 | 26 676 | 26 409 240 | 21 785 | 21 567 150 | 4 891 | 4 842 090 | | | | | | |
| Defibrillators | 6 800 | 18 491 | - | | | | | | | | | | |
| Portable electrocardiograph with combined power supply | 15 000 | 772 | 11 580 000 | | | 773 | 11 580 000 | | | | | | |
| Full size Roth unit with Syrtsev-Golovin tables and Rabkin table (color test) | 1 600 | 2 510 | 4 016 000 | | | 2 510 | 1 016 000 | | | | | | |
| Binocular magnifying glass | 190 | 16 126 | 3 063 940 | 13 169 | 2 502 110 | 2 957 | 561 830 | | | | | | |
| Eye tonometer | 900 | 1 239 | 1 115 100 | | | 1 239 | 1 115 100 | | | | | | |
| A set of test glasses lenses (small), universal test frame | 4 500 | 2 997 | 13 486 500 | | | 2 997 | 13 486 500 | | | | | | |
| Gynaecological chair KG-2 | 4 500 | 659 | 2 965 500 | 659 | 2 965 501 | | | | | | | | |
| Horyayev chamber (1-section) | 180 | 123 | 22 140 | | | 123 | 22 140 | | | | | | |
| Apparatus for measuring of hemoglobin level | 9 800 | 534 | 5 233 200 | | | 534 | 5 213 200 | | | | | | |
| Biochemical analyzer | 17 500 | 1 784 | 31 220 000 | | | | | | | 1 784 | 31 220 000 | | |
| Laboratory centrifuge | 6 500 | 77 | 500 500 | | | 77 | 500 500 | | | | | | |
| Apparatus for amplipulstherapy | 4 500 | 5 177 | 23 295 500 | 4 227 | 19 021 500 | 950 | 4 275 000 | | | | | | |
| Apparatus for electrophoresis | 1 300 | 2 296 | 2 984 800 | | | 2 296 | 2 984 800 | | | | | | |
| Apparatus for magnetic therapy | 5 900 | 5 440 | 32 096 000 | 4 443 | 26 218 700 | 997 | 5 882 300 | | | | | | |
| UV radiator | 7 200 | 2 380 | 17 136 000 | | | 2 380 | 17 136 000 | | | | | | |

TYM_ECOV_000156

UA0000067

TYM_ECOV_000156

16 107 000

2.478

16 107 000

2.478

6 500

Aerosol inhaler

**TOTAL NEED FOR EQUIPMENT**

| Name of Equipment | Estimated price per unit in UAH | Needed to be purchased, units | Total amount in UAH | FAOS - 151D1 | | RDMS - 3390 | | Maternity hospitals | | CDH | | Town hospitals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchas ed, units | Total amount in UAH |
| Apparatus for ultrasound therapy | 11 500 | 3 807 | 43 780 500 | 3 109 | 35 753 000 | 698 | 8 027 000 | | | | | | |
| Universal physical therapy apparatus | 11 000 | 3 716 | 40 876 000 | 3 035 | 33 385 000 | 681 | 7 491 000 | | | | | | |
| Air sterilizer (small) for 20 l | 2 300 | 12 055 | 27 726 500 | 9 848 | 22 650 400 | 2 207 | 5 076 100 | | | | | | |
| Air sterilizer (small) for 40 l | 2 600 | | | | | | | | | | | | |
| X-ray diagnostic equipment | | | | | | | | | | | | | |
| Radiology diagnostic complex for 2 workplaces with figure | 1 108 930 | 408 | 452 443 440 | | | | | | | 408 | 452 443 440 | | |
| Breathing anesthesia equipment | | | | | | | | | | | | | |
| Lungs ventilation apparatus for children of economy class | 73 500 | 423 | 31 099 500 | | | | | 423 | 31 099 500 | | | | |
| Lungs ventilation apparatus for children of economy class | 73 500 | 386 | 28 371 000 | | | | | 386 | 28 371 000 | | | | |
| Lungs ventilation apparatus for children of high class | 139 975 | 503 | 70 407 425 | | | | | 503 | 70 407 425 | | | | |
| Lungs ventilation apparatus for adults of economy class | 73 500 | 1 474 | 108 339 000 | | | | | | | 1 474 | 108 339 000 | | |
| Lungs ventilation apparatus for adults of economy class | 73 500 | 1 849 | 135 901 500 | | | | | | | 1 000 | 73 590 000 | 849 | 62 401 500 |
| Lungs ventilation apparatus for adults of high class | 350 000 | 780 | 273 000 000 | | | | | | | 400 | 140 000 000 | 380 | 133 000 000 |
| Apparatus for inhalation anesthesia | 80 000 | 1 148 | 91 840 000 | | | | | | | 1 148 | 91 840 000 | | |
| Apparatus for inhalation anesthesia | 80 000 | 1 246 | 99 680 000 | | | | | | | | | 1 246 | 99 680 000 |
| Ultrasound equipment | | | | | | | | | | | | | |
| Portable ultrasound apparatus | 59 000 | 318 | 18 762 000 | | | | | | | | | | |
| Portable ultrasound apparatus | 59 000 | 231 | 13 629 000 | | | | | | | | | | |
| Ultrasound stationary apparatus of middle class | 460 000 | 510 | 234 600 000 | | | | | | | | | | |
| Ultrasound stationary apparatus of middle class | 460 000 | 791 | 363 860 000 | | | | | | | | | | |
| Ultrasound stationary apparatus of | 999 700 | 679 | 678 796 300 | | | | | | | | | | |

TYM_ECOV_000156

UA0000068

TYM_ECOV_000156

high class

UA0000069

TYM_ECOV_000156

| Name of Equipment | TOTAL NEED FOR EQUIPMENT | | | FAOS - 15101 | | ROMS - 3390 | | Maternity hospitals | | CDH | | Town hospitals | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Estimated price per unit in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH | Needed to be purchased, units | Total amount in UAH |
| **Equipment for neonatal, obstetrics and gynecology institutions** | | | | | | | | | | | | | |
| Incubator for the neonatal intensive care | 286 000 | 810 | 231 660 000 | | - | | - | 810 | 231 660 000 | | - | - | - |
| Heated resuscitation table for newborns | 112 000 | 545 | 61 040 000 | | - | | - | 545 | 61 040 000 | | - | - | - |
| Monitor | 100 000 | 487 | 48 700 000 | | - | | - | 487 | 48 700 000 | | - | - | - |
| Doppler system for obstetric diagnosis | 80 000 | 256 | 20 480 000 | | - | | - | 256 | 20 480 000 | | - | - | - |
| ... with video system | 35 800 | 300 | 10 740 000 | | - | | - | 300 | 10 740 000 | | - | - | - |
| Total | | | 3 772 518 955 | | 427 571 310 | | 340 307 460 | | 502 488 925 | | 1 829 500 740 | | 672 570 500 |

Table 6

**Calculation of terms**
**of using and repayment periods of the credit provided and payment of interest charged for the credit**
**State enterprise for the supply of medical facilities "Ukrmedpostach"**
**of the Ministry of Health Care of Ukraine**
**1st tranche**
Credit Limit   85 000 000 euro

Interest rate on the loan    8,9%

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2009 | III | | | | | | - |
| | IV | 85 000 000 | 85 000 000 | | 1 891 250 | | 85 000 000 |
| 2010 | I | | 85 000 000 | | 1 891 250 | | 85 000 000 |
| | II | | 85 000 000 | | 1 891 250 | | 85 000 000 |
| | III | | 85 000 000 | | i 891 250 | | 85 000 000 |
| | IV | | 85 000 000 | | 1 891 250 | | 85 000 000 |
| 2011 | I | | 85 000 000 | 4 250 000 | 1 891 250 | 15 597 500 | 80 750 000 |
| | II | | 80 750 000 | | 1 796 688 | | 80 750 000 |
| | III | | 80 750 000 | 4 250 000 | 1 796 688 | 7 843 375 | 76 500 000 |
| | IV | | 76 500 000 | | 1 702 125 | | 76 500 000 |
| 2012 | I | | 76 500 000 | 4 250 000 | 1 702 125 | 7 654 250 | 72 250 000 |
| | II | | 72 250 000 | | 1 607 563 | | 72 250 000 |
| | III | | 72 250 000 | 4 250 000 | 1 607 563 | 7 465 125 | 68 000 000 |
| | IV | | 68 000 000 | | 1 513 000 | | 68 000 000 |

UA0000070

TYM_ECOV_000156

UA0000071

TYM_ECOV_000156

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2013 | I | | 68 000 000 | 4 250 000 | 1 513 000 | 7 276 000 | 63 750 000 |
| | II | | 63 750 000 | | 1 418 438 | | 63 750 000 |
| | III | | 63 750 000 | 4 250 000 | 1 418 438 | 7 086 875 | 59 500 000 |
| | IV | | 59 500 000 | | 1 323 875 | | 59 500 000 |
| 2014 | I | | 59 500 000 | 4 250 000 | 1 323 875 | 6 897 750 | 55 250 000 |
| | II | | 55 250 000 | | 1 229 313 | | 55 250 000 |
| | III | | 55 250 000 | 4 250 000 | 1 229 313 | 6 708 625 | 51 000 000 |
| | IV | | 51 000 000 | | 1 134 750 | | 51 000 000 |
| 2015 | I | | 51 000 000 | 4 250 000 | 1 134 750 | 6 519 500 | 46 750 000 |
| | II | | 46 750 000 | | 1 040 188 | | 46 750 000 |
| | III | | 46 750 000 | 4 250 000 | 1 040 188 | 6 330 375 | 42 500 000 |
| | IV | | 42 500 000 | | 945 625 | | 42 500 000 |
| 2016 | I | | 42 500 000 | 4 250 000 | 945 625 | 6 141 250 | 38 250 000 |
| | II | | 38 250 000 | | 851 063 | | 38 250 000 |
| | III | | 38 250 000 | 4 250 000 | 851 063 | 5 952 125 | 34 000 000 |
| | IV | | 34 000 000 | | 756 500 | | 34 000 000 |
| 2017 | I | | 34 000 000 | 4 250 000 | 756 500 | 5 763 000 | 29 750 000 |
| | II | | 29 750 000 | | 661 938 | | 29 750 000 |
| | III | | 29 750 000 | 4 250 000 | 661 938 | 5 573 875 | 25 500 000 |
| | IV | | 25 500 000 | | 567 375 | | 25 500 000 |

UA0000072

TYM_ECOV_000156

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2018 | I | | 25 500 000 | 4 250 000 | 567 375 | 5 384 750 | 21 250 000 |
| | II | | 21 250 000 | | 472 813 | | 21 250 000 |
| | III | | 21 250 000 | 4 250 000 | 472 813 | 5 195 625 | 17 000 000 |
| | IV | | 17 000 000 | | 378 250 | | 17 000 000 |
| 2019 | I | | 17 000 000 | 4 250 000 | 378 250 | 5 006 500 | 12 750 000 |
| | II | | 12 750 000 | | 283 688 | | 12 750 000 |
| | III | | 12 750 000 | 4 250 000 | 283 688 | 4 817 375 | 8 500 000 |
| | IV | | 8 500 000 | | 189 125 | | 8 500 000 |
| 2020 | I | | 8 500 000 | 4 250 000 | 189 125 | 4 628 250 | 4 250 000 |
| | II | | 4 250 000 | - | 94 563 | | 4 250 000 |
| | III | | 4 250 000 | 4 250 000 | 94 563 | 4 439 125 | - |
| | IV | | - | | - | | - |
| Total | | 85 000 000 | | 85 000 000 | 47 281 250 | 132 281 250 | |

Table 7

**Calculation of terms**
**of using and repayment periods of the credit provided and payment of interest charged for the credit**
**State enterprise for the supply of medical facilities "Ukrmedpostach"**
**of the Ministry of Health Care of Ukraine**
**2nd tranche**
**Credit Limit   340 000 000**

Interest rate on the loan     8,9%

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2010 | III | 340 000 000 | | | | - | - |
| | IV | | 340 000 000 | | 7 565 000 | | 340 000 000 |
| 2011 | I | | 340 000 000 | | 7 565 000 | | 340 000 000 |
| | II | | 340 000 000 | | 7 565 000 | | 340 000 000 |
| | III | | 340 000 000 | | 7 565 000 | | 340 000 000 |
| | IV | | 340 000 000 | | 7 565 000 | | 340 000 000 |
| 2012 | I | | 340 000 000 | 17 000 000 | 7 565 000 | 62 390 000 | 323 000 000 |
| | II | | 323 000 000 | | 7 186 750 | | 323 000 000 |
| | III | | 323 000 000 | 17 000 000 | 7 186 750 | 31 373 500 | 306 000 000 |
| | IV | | 306 000 000 | | 6 808 500 | | 306 000 000 |
| 2013 | I | | 306 000 000 | 17 000 000 | 6 808 500 | 30 617 000 | 289 000 000 |
| | II | | 289 000 000 | | 6 430 250 | | 289 000 000 |
| | III | | 289 000 000 | 17 000 000 | 6 430 250 | 29 860 500 | 272 000 000 |
| | IV | | 272 000 000 | | 6 052 000 | | 272 000 000 |

UA0000073

TYM_ECOV_000156

UA0000074

TYM_ECOV_000156

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2014 | I | | 272 000 000 | 17 000 000 | 6 052 000 | 29 104 000 | 255 000 000 |
| | II | | 255 000 000 | | 5 673 750 | | 255 000 000 |
| | III | | 255 000 000 | 17 000 000 | 5 673 750 | 28 347 500 | 238 000 000 |
| | IV | | 238 000 000 | | 5 295 500 | | 238 000 000 |
| 2015 | I | | 238 000 000 | 17 000 000 | 5 295 500 | 27 591 000 | 221 000 000 |
| | II | | 221 000 000 | | 4917 250 | | 221 000 000 |
| | III | | 221 000 000 | 17 000 000 | 4917 250 | 26 834 500 | 204 000 000 |
| | IV | | 204 000 000 | | 4 539 000 | | 204 000 000 |
| 2016 | I | | 204 000 000 | 17 000 000 | 4 539 000 | 26 078 000 | 187 000 000 |
| | II | | 187 000 000 | | 4 160 750 | | 187 000 000 |
| | III | | 387 000 000 | 17 000 000 | 4 160 750 | 25 321 500 | 170 000 000 |
| | IV | | 170 000 000 | | 3 782 500 | | 170 000 000 |
| 2017 | I | | 170 000 000 | 17 000 000 | 3 782 500 | 24 565 000 | 153 000 000 |
| | II | | 153 000 000 | | 3 404 250 | | 153 000 000 |
| | III | | 153 000 000 | 17 000 000 | 3 404 250 | 23 808 500 | 136 000 000 |
| | IV | | 136 000 000 | | 3 026 000 | | 136 000 000 |
| 2018 | I | | 136 000 000 | 1 7 000 000 | 3 026 000 | 23 052 000 | 119 000 000 |
| | II | | 119 000 000 | | 2 647 750 | | 119 000 000 |
| | III | | 119 000 000 | 1 7 000 000 | 2 647 750 | 22 295 500 | 102 000 000 |
| | IV | | 102 000 000 | | 2 269 500 | | 102 000 000 |

UA0000075

TYM_ECOV_000156

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2019 | I | | 102 000 000 | 17 000 000 | 2 269 500 | 21 539 000 | 85 000 000 |
| | II | | 85 000 000 | | 1 891 250 | | 85 000 000 |
| | III | | 85 000 000 | 17 000 000 | 1 891 250 | 20 782 500 | 68 000 000 |
| | IV | | 68 000 000 | | 1 513 000 | | 68 000 000 |
| 2020 | I | | 68 000 000 | 17 000 000 | 1 513 000 | 20 026 000 | 51 000 000 |
| | II | | 51 000 000 | | 1 134 750 | | 51 000 000 |
| | III | | 51 000 000 | 17 000 000 | 1 134 750 | 19 269 500 | 34 000 000 |
| | IV | | 34 000 000 | - | 756 500 | | 34 000 000 |
| 2021 | I | | 34 000 000 | 17 000 000 | 756 500 | 18 513 000 | 17 000 000 |
| | II | | 17 000 000 | | 378 250 | | 17 000 000 |
| | III | | 17 000 000 | 17 000 000 | 378 250 | 17 756 500 | - |
| | IV | | | - | | | - |
| Total | | | | 340 000 000 | 189 125 000 | 529 125 000 | |
| | | 340 000 000 | | | | | |

Table 8

**Calculation of terms**
**of using and repayment periods of the credit provided and payment of interest charged for the credit**
**State enterprise for the supply of medical facilities "Ukrmedpostach"**
**of the Ministry of Health Care of Ukraine**
**ALL TRANCHES**
**Credit Limit  425 000 000**

Interest rate on the loan     8,9%

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2009 | III | | | | | | - |
| | IV | 85 000 000 | 85 000 000 | - | 1 891 250 | - | 85 000 000 |
| 2010 | I | - | 85 000 000 | - | 1 891 250 | - | 85 000 000 |
| | II | - | 85 000 000 | - | 1 891 250 | - | 85 000 000 |
| | III | - | 85 000 000 | - | 1 891 250 | - | 85 000 000 |
| | IV | 340 000 000 | 425 000 000 | - | 9 456 250 | - | 425 000 000 |
| 2011 | I | - | 425 000 000 | 4 250 000 | 9 456 250 | 15 597 500 | 420 750 000 |
| | II | - | 420 750 000 | - | 9 361 688 | - | 420 750 000 |
| | III | - | 420 750 000 | 4 250 000 | 9 361 688 | 7 843 375 | 416 500 000 |
| | IV | - | 416 500 000 | - | 9 267 125 | - | 416 500 000 |
| 2012 | I | - | 416 500 000 | 21 250 000 | 9 267 125 | 70 044 250 | 395 250 000 |
| | II | - | 395 250 000 | - | 8 794 3 13 | - | 395 250 000 |
| | III | - | 395 250 000 | 21 250 000 | 8 794 313 | 38 838 625 | 374 000 000 |
| | IV | - | 374 000 000 | - | 8 321 500 | - | 374 000 000 |

UA0000076

TYM_ECOV_000156

TYM_ECOV_000156

UA0000077

TYM_ECOV_000156

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2013 | I | - | 374 000 000 | 21 250 000 | 8 321 500 | 37 893 000 | 352 750 000 |
| | II | - | 352 750 000 | - | 7 848 688 | - | 352 750 000 |
| | III | - | 352 750 000 | 21 250 000 | 7 848 688 | 36 947 375 | 331 500 000 |
| | IV | - | 331 500 000 | - | 7 375 875 | - | 331 500 000 |
| 2014 | I | - | 331 500 000 | 21 250 000 | 7 375 875 | 36 001 750 | 310 250 000 |
| | II | - | 310 250 000 | - | 6 903 063 | - | 310 250 000 |
| | III | - | 310 250 000 | 21 250 000 | 6 903 063 | 35 056 125 | 289 000 000 |
| | IV | - | 289 000 000 | - | 6 430 250 | - | 289 000 000 |
| 2015 | I | - | 289 000 000 | 21 250 000 | 6 430 250 | 34 110 500 | 267 750 000 |
| | II | - | 267 750 000 | - | 5 957 438 | - | 267 750 000 |
| | III | - | 267 750 000 | 21 250 000 | 5 957 438 | 33 164 875 | 246 500 000 |
| | IV | - | 246 500 000 | - | 5 484 625 | - | 246 500 000 |
| 2016 | I | - | 246 500 000 | 21 250 000 | 5 484 625 | 32 219 250 | 225 250 000 |
| | II | - | 225 250 000 | - | 5 011 813 | - | 225 250 000 |
| | III | - | 225 250 000 | 21 250 000 | 5 011 813 | 31 273 625 | 204 000 000 |
| | IV | - | 204 000 000 | - | 4 539 000 | - | 204 000 000 |
| 2017 | I | - | 204 000 000 | 21 250 000 | 4 539 000 | 30 328 000 | 182 750 000 |
| | II | - | 182 750 000 | - | 4 066 188 | - | 182 750 000 |
| | III | - | 182 750 000 | 21 250 000 | 4 066 188 | 29 382 375 | 161 500 000 |
| | IV | - | 161 500 000 | - | 3 593 375 | - | 161 500 000 |

UA0000078

TYM_ECOV_000156

| Terms of use and payment of the loan | | The loan amount used | Total outstanding loans at beginning of year | The amount of loan paid | The amount of accrued interest on the loan | The amount for repayment of loan and accrued interest | Total outstanding loans at end of year |
|---|---|---|---|---|---|---|---|
| 2018 | I | - | 161 500 000 | 21 250 000 | 3 593 375 | 28 436 750 | 140 250 000 |
| | II | - | 140 250 000 | - | 3 120 563 | - | 140 250 000 |
| | III | - | 140 250 000 | 21 250 000 | 3 120 563 | 27 491 125 | 119 000 000 |
| | IV | - | 119 000 000 | - | 2 647 750 | - | 119 000 000 |
| 2019 | I | - | 119 000 000 | 21 250 000 | 2 647 750 | 26 545 500 | 97 750 000 |
| | II | - | 97 750 000 | - | 2 174 938 | - | 97 750 000 |
| | III | - | 97 750 000 | 21 250 000 | 2 174 938 | 25 599 875 | 76 500 000 |
| | IV | - | 76 500 000 | - | 1 702 125 | - | 76 500 000 |
| 2020 | I | | 76 500 000 | 21 250 000 | 1 702 125 | 24 654 250 | 55 250 000 |
| | II | | 55 250 000 | - | 1 229 313 | - | 55 250 000 |
| | III | | 55 250 000 | 21 250 000 | 1 229 313 | 23 708 625 | 34 000 000 |
| | IV | | 34 000 000 | - | 756 500 | - | 34 000 000 |
| 2021 | I | | 34 000 000 | 17 000 000 | 756 500 | 18 513 000 | 17 000 000 |
| | II | | 17 000 000 | - | 378 250 | - | 17 000 000 |
| | III | | 17 000 000 | 17 000 000 | 378 250 | 17 756 500 | - |
| | IV | | - | | | | - |
| Total | | 425 000 000 | | 425 000 000 | 236 406 250 | 661 406 250 | |

Table 9

**Estimate Cost of Equipment Procurement (the 1-st stage)**

| No. | Name of Equipment | Country of origin | Proposals of "Vamed" price per unit (Euro) | price per unit (UAH) | 1st stage of 100 million euro quantity | Price (Euro) | including delivery in 2009 quantity | supply in 2009 (Price) |
|---|---|---|---|---|---|---|---|---|
| 1 | Specialized car «Opel Combo» adapted | Austria | 12 500,00 | 137 500,00 | 1 000 | 12 500 000,00 | 500 | 6 250 000,00 |
| | Medical Equipment for Rural Outpatient Medical Stations and FAOS | | | | | | | |
| 2 | AMBU bag «DRAEGER» Adult MR-100 | Austria | 241,00 | 2 651,00 | 1 245 | 300 045,00 | 500 | 120 500,00 |
| 3 | Blood glucose level measuring unit Glucose Meter (2BE-06) | Germany | 49,00 | 539,00 | 7 027 | 344 323,00 | 1 000 | 49 000,00 |
| 4 | Portable electrocardiograph "UTAS" | Ukraine | 1 387,00 | 15 257,00 | 1 000 | 1 387 000,00 | 1 000 | 1 387 000,00 |
| 5 | Portable electrocardiograph, with defibrillator «PHILIPS» MRx | Austria | 12 527,18 | 137 798,98 | 200 | 2 505 436,00 | 100 | 1 252 718,00 |
| 6 | Gynecological chair KG-2 «PANNOMED» Combi-Couch | Austria | 1 237,00 | 13 607,00 | 500 | 618 500,00 | 250 | 309 250,00 |
| | **Breathing anesthesia equipment** | | | | | | | |
| 8 | Lungs ventilator apparatus H+L Leoni Mobil | Austria | 33 906,00 | 372 966,00 | 90 | 3 051 540,00 | 90 | 3 051 540,00 |
| 9 | Lungs ventilator apparatus for adults DRAEGER Carina System | Austria | 21 167,00 | 232 837,00 | 1 000 | 21 167 000,00 | 90 | 1 905 030,00 |
| 10 | Apparatus for inhalation anesthesia H+L Leon+MEC+Comp | Austria | 24 723,00 | 271 953,00 | 800 | 19 778 400,00 | 90 | 2 225 070,00 |
| | **Ultrasound equipment** | | | | | | | |
| 11 | Portable ultrasound apparatus PHILIPS HD7 LITE | Austria | 34 500,00 | 379 500,00 | 250 | 8 625 000,00 | 90 | 3 105 000,00 |
| 12 | Ultrasound apparatus, stationary middle class PHILIPS HD11XE | Austria | 49 940,00 | 549 340,00 | 400 | 19 976 000,00 | 90 | 4 494 600,00 |

UA0000079

TYM_ECOV_000156

TYM_ECOV_000156

UA0000080

TYM_ECOV_000156

| No. | Name of Equipment | Country of origin | Proposals of "Vamed" | | 1st stage of 100 million euro | | including delivery in 2009 | |
|---|---|---|---|---|---|---|---|---|
| | | | price per unit (Euro) | price per unit (UAH) | quantity | Price (Euro) | quantity | supply in 2009 (Price) |
| **Equipment for neonatal, obstetrics and gynecology institutions** | | | | | | | | |
| 13 | Incubator for the neonatal intensive care H+L Vision | Austria | 17 609,00 | 193 699,00 | 90 | 1 584 810,00 | 90 | 1 584 810,00 |
| 14 | Transport incubator H+LTT-158-TS | Austria | 70 639,00 | 777 029,00 | 85 | 6 004 315,00 | 85 | 6 004 315,00 |
| 15 | Heated resuscitation table for newborns DRAEGER Resuscitaire ++ | Austria | 23 537,00 | 258 907,00 | 90 | 2 118 330,00 | 90 | 2 118 330,00 |
| 16 | Doppler system for obstetric diagnosis HUNTLEIGH DIAGNOSTIC FD1 | England | 262 | 2 882,00 | 150 | 39 300,00 | 100 | 26 200,00 |
| Total | | | | | | 99 999 999,00 | | 33 883 363,00 |

Table 11

Euro

CALCULATION
of Funds Draft Efficiency of UniCredit Bank Austria AG Credit

| | Loan amount | The amount of interest on the loan | | Relative savings |
|---|---|---|---|---|
| | | Ukrainian Banks (average) | UniCredit Bank Austria AG | |
| Interest rate | | 12,43 | 8,9 | |
| 2009 | 85 000 000 | 2 641 375 | 1 891 250 | 750 125 |
| 2010 | 340 000 000 | 21 131 000 | 15 330 000 | 6 001 000 |
| 2011 | | 52 299 225 | 37 446 750 | 14 852 475 |
| 2012 | | 49 129 575 | 35 177 250 | 13 952 325 |
| 2013 | | 43 846 825 | 31 394 750 | 12 452 075 |
| 2014 | | 38 564 075 | 27 612 250 | 10 951 825 |
| 2015 | | 33 281 325 | 23 829 750 | 9 451 575 |
| 2016 | | 27 998 575 | 20 047 250 | 7 951 325 |
| 2017 | | 22 715 825 | 16 264 750 | 6 451 075 |
| 2018 | | 17 433 075 | 12 482 250 | 4 950 825 |
| 2019 | | 12 150 325 | 8 699 750 | 3 450 575 |
| 2020 | | 6 867 575 | 4 917 250 | 1 950 325 |
| 2021 | | 2 113 100 | 1 513 000 | 600 100 |
| Total | 425 000 000 | 330 171 875 | 236 406 250 | 93 765 625 |

UA0000081

TYM_ECOV_000156