# Exhibit 63



Case 1:11-cv-02794-KMW    Document 23-22    Filed 12/19/11    Page 2 of 16



# South Cat Cay, Bahamas
## Executive Summary

<_><_></_></_>

<_><_><_></_></_></_>
<_><_></_></_>
<_><_></_></_>

# SOUTH CAT CAY EXECUTIVE SUMMARY

## The Property

Dynamic Worldwide Development is seeking up to $35 million in equity capital for the acquisition and development of an approximately 80 acre island in the Northwestern portion of the Bahamas Bimini archipelago on the Western edge of the Great Bahama Bank, presently called South Cat Cay.

The location of the property–and a major attraction for developing it–is its proximity to the United States mainland, only 15 minutes by helicopter; 30 minutes by airplane; and about 1 hour by high speed ferry service. The island is 100 feet south of Cat Cay, a fully developed private-club paradise for the super-rich.

The master plan for South Cat Cay Island is to develop a luxury gated resort home community, modeled after Cat Cay itself. It will consist of up to 150 estates, 50 townhouse style condominiums, 50 upscale bungalow style suites, plus a deep water marina capable of accommodating large super yachts.

Cat Cay , once the stronghold of notorious Pirates as Captain Morgan and Blackbeard, is now home to the elite member of many of the world`s uppermost echelon. To purchase a home on the island buyers must first join the exclusive Cat Cay Club (www.catcayclub.com) club and then be seconded by an existing member. This secluded and exclusive getaway offers unequaled, security, privacy and relaxation for its residents, 20% of which are billionaires who run some of the most well known companies in the world. This is perhaps the highest concentration of wealth in the northern hemisphere.

Transportation is already in place; Island Air Charters (www.Islandaircharters.com) runs regularly scheduled flights to Cat Cay, with a flight time of approximately 30 minutes. Upon arrival and check in with customs, visitors and homeowners will then have an enjoyable 5 minute tender/ferry ride to our island.



# SOUTH CAT CAY EXECUTIVE SUMMARY

## The Sponsors

The development will be a joint venture of The Dynamic Group, led by CEO Brad Zackson, Vulcan Properties, led by Arthur G. Cohen. Paul Manafort, an attorney and a founding partner of Davis Manafort , and Westwood-Lincoln Mercury limousine icon, Sal Vergopia. --Mr. Vergopia is a locally based Cat Cay resident of twenty years. Due to Sal and Ed Vergopia's instrumental involvement in the redevelopment of Cat Cay after devastating hurricane damage, the Bahamas Commonwealth holds the Vergopias in high regard. They will continue to serve as our eyes and ears on the ground of Cat Cay itself and has volunteered his estate to be used as the company headquarters and showroom.

## The Market

The Cat Cay market is unique. Only 2% of the world can afford this lifestyle. The Cat Cay market is made up of the Jet-Set traveler that will draw wealthy and fashionable individuals who travel frequently and own multiple residences. This includes CEO's & Presidents, Celebrities & Sports figures, Royalty, Entrepreneurs, Millionaires, Public personalities. We anticipate a fast and easy sell out of the property. Cat Cay is already is sold out and there is rarely a resale. The rare resale is sold with almost no advertising, and usually the buyer is a friend of a friend of a member.



# SOUTH CAT CAY EXECUTIVE SUMMARY

## The Market (Continued)

Cat Cay is a private island, owned by its members. South Cat Cay will emulate this model. Admittance for non-member yachtsmen will be restricted to the marina area, which includes the Nautical Restaurant and Lounge, Dockside Bar, Commissary, Boutique and Clinic. The rest of the island, including the golf course, tennis courts, pool and beaches are accessible to members and their registered guests only. A candidate for membership must be sponsored by a current member and seconded by another member. After investigation, the Board of Directors then votes on his/her application. The Board of Director's considers prospective members during their scheduled meetings held six to seven times a year.

Cat Cay has a 108-slip marina and has berthed some of the largest yachts in the U.S. registry. Ownership of large ocean going vessels well over 100 ft is common. Cat Cay is 50 nautical miles from Miami, 60 from Fort Lauderdale and 90 miles from West Palm Beach. Marina reservations may be made through the Cat Cay office on the island and is limited to a stay of three nights. Cat Cay provides 24 hours security with a private security detail. In addition, a member of the Royal Bahamas Police Force is stationed on the island at all times. As discussed, South Cat Cay will follow suit.

## The Financial Analysis

On a preliminary basis, total land acquisition and early infrastructure development costs for Aviator Cay is estimated at approximately $35,000,000. Residential lot values are expected to sell for approximately $1 Million per 1/4 acre lots. There are 150 lots totaling $150,000,000 from lot sales alone. Home costs will be up to the discretion of the buyer. Marina Slips will be available for sale or for rent. going marina slip rates are approximately $3000 per foot to purchase.

THE ISLANDS OF THE bahamas

# SOUTH CAT CAY EXECUTIVE SUMMARY





# SOUTH CAT CAY EXECUTIVE SUMMARY

## An Overview

The island of South Cat Cay lies approximately 13 miles south of Bimini Harbor, its northern tip is about 1,000 feet from the southern end of Cat Cay. The Cay, which is accessible only by boat, has 20,000 lineal feet of coastline and comprises approximately 82 acres. A portion of the island near its center measures only 150 feet in width. The highest elevations on the island are approximately 23 feet above sea level. The southern tip is a very narrow projection of solid beach rock.

South Cat Cay is a stable rock formation with a thin soil veneer in the central portion. This soil supports stands of scrub vegetation, stands of Casuarina Pines (on the north end of the island and near its mid-point), and occasional patches of coconut palm. Mangrove patches are present along the East shore. Reefs, perched atop the Bahamas Bank, are visible to the east of South Cat Cay.

Along the western shore of South Cat Cay, water depths are fairly constant, ranging between three and five meters, until one reaches approximately one mile from shore, at which point the Great Bahamas Bank drop off quite rapidly into the depths of the Gulf Stream. On the eastern side of the Cay, however, the depths of the waters over the Bahamas Bank are dangerously shallow. In some locations, even thousands of feet from shore, water depths are less than a meter. Exposed sand bores are a hazard to navigation throughout the waters to the east South Cat Cay (Elbow Bank). South Cat cay is blessed, however, with a natural, deep water (7 to 13 feet) harbor. Dollar Harbor. Dollar Harbor is located to the east of the Cay about 2,000 north of its southernmost tip. Another anchorage, in water about 15 feet deep, is available immediately south of the island's southern tip.

THE ISLANDS OF THE bahamas

SOUTH CAT CAY EXECUTIVE SUMMARY

# Location of Island

THE ISLANDS OF THE
bahamas





# SOUTH CAT CAY EXECUTIVE SUMMARY

## Bahamas Map



# SOUTH CAT CAY EXECUTIVE SUMMARY

Gun Cay
Cat Cay
South Cat Cay
Satellite Image

THE ISLANDS OF THE
bahamas



# SOUTH CAT CAY EXECUTIVE SUMMARY

## Specifications

| | |
|---|---|
| Location: | Latitude 25.40'North<br>Longitude 79.10'West<br>50 nautical miles East of Miami (Bimini grouped islands) |
| Size: | Approximately 20,000 lineal feet of coastline and approximately 82 acres. By Bahamian standards, the Cay is considered to be above average in elevation, rising to 23 feet in the center of the island, and no lower then 6 feet above sea level at its lowest point |
| Residents: | None |
| Utilities: | None |
| Surface: | South Cat Cay is a stable rock formation, with a thin soil veneer in the central portion. This soil supports strands of scrub vegetation, strands of Casuarina pines (on the north end of the island and near its mid-point), and occasional patches of coconut palm. Mangrove patches are present along the Eastern shore. Parts of the island are protected by an "iron shore", a coral rock formation |
| *Beach front:* | *Approximately 4 miles of* sandy beaches and occasional pocket beaches |
| Features: | A natural, deep water (7 to 13 feet) harbor runs along the Eastern side of the island, which provides easy access to the island for larger boats and will provide room for the development of a marina large enough for over 150 slips. Another anchorage, in waters about 15 feet deep, is available immediately south of the island's southern tip. The waters around South Cat Cay have a world-wide reputation as a big game fishing capital. More than 50 world records have been set in Bahamian waters according to the International Game Fishing Association |
| Airports: | A large capacity marina and airport are located just 1,000 feet North on the island of North Cat Cay. Another airport and marina are located on the island of Bimini, which is only 13 miles North of South Cat Cay |



# SOUTH CAT CAY EXECUTIVE SUMMARY

South Cat Cay – Satellite Image

THE ISLANDS OF THE
bahamas



CONCEPTUAL MASTER PLAN
March 2008
Cesar Molina & Associates
South Cat Cay



# SOUTH CAT CAY EXECUTIVE SUMMARY

## DEVELOPMENT POTENTIAL

The development trends in South Florida are indicative of continuing Population growth. Furthermore, the population of South Florida is expected to be quite well-to-do, with a high percentage of residents in their early forties, available for luxury purchases such as bigger boats, second homes, and more opulent vacations.

South Cat Cay, with its proximity to the U.S and foreign ambiance, is strategically located to capitalize on the South Florida vacation market. It will afford an opportunity for an exotic, foreign vacation close enough to home to be easily reached in a few hours by those living in South Florida. Thus, the Cay will be suitable for short getaways (even weekends), as well as being desirable for stays of a much longer duration. The reputation of the Bimini group as one of the world's premier bill fishing areas will further reinforce the Cay's attractiveness to South Floridians as a vacation destination.

In fact, it is the reputation of the Bimini group as one of the world's premier sports fishing regions which affords the most promising marketing "hook" for a development at South Cat Cay. Like other resorts in the Bimini group (i.e. Bimini Big Game and the Blue Water Inn) the resort at South Cat Cay could sponsor Fishing tournaments. In as much as the tournament calendar is quite crowded already, it may be necessary for the resort to offer significant tournament prizes if it is to attract fisherman away from other tournaments in which they have been participants previously.

The fact that a number of major fishing tournaments in the Bahamas are based out of North Bimini presents a future opportunity for a new resort at South Cat Cay. The present condition of Alice Town is such that a first class resort catering to sports fishermen at South Cat Cay could potentially draw a significant number of the habitues of the other resorts in North Bimini. Furthermore, a first class resortat South Cat Cay, has the potential to tap the Market.

THE ISLANDS OF THE bahamas