# Exhibit 64



# 1- HOTEL ST. PETERSBURG

- 15,000 m²
- 150 ROOM 5 STAR LUXURY Hotel with amenities
- Prime Development Site
- Possible purchase of adjacent site to expand, double capacity
- Oversee development
- Obtain commitment from major Hotel brand
- To participate in re-development and possible expansion of site



# 1- ARENA CITY

## THE ASSET
- Prime Retail Site
- Future Development Site
- Potential m² =

## THE PLAN
- Review Leasing and Management Procedures
- Make Recommendations for Improvement




# 1-PARUS BUSINESS CENTER



33 Story Tower
75,000 m²

Review Leasing and Management Procedures

Make recommendations for Improvements





# OBOLON ACTION PLAN AND 6-MONTH TIMELINE

**MONTH 1**
- Conduct surveys and geological tests
- Assemble team- master planner, retail, commercial and residential pros
- Analyze all local zoning & code issues
- Conduct traffic studies

**MONTH 2**
- Assemble a Charrette in Kyiv with all participants

**MONTH 3**
- Finalize master plan

**MONTH 4**
- Determine Project Phasing Plan

**MONTH 6**
- Complete economic model of 3 phases to understand financial requirements of project.
- Complete "value-as-built-appraisal" to determine highest land value.



EXAMPLE 1: FASHION-ORIENTED RETAIL






EXAMPLE 2: DESTINATION RETAIL



# VENICE ACTION PLAN AND 6-MONTH TIMELINE

**MONTH 1-2**
- Conduct Surveys & Geological Tests
- Assemble Team-master planner, retail, commercial and residential pros
- Begin discussions relative to hotel brand
- Analyze all local zoning & code issues

**MONTH 3-4**
- Assemble a charrette in Kyiv with all participants

**MONTH 5-6**
- Finalize master Plan
- Determine Project Phasing Plan
- Complete economic model of 3 phases to understand financial requirements of project.
- Complete "value-as-built-appraisal" to determine highest land value.



3- VENICE- Style example

# 4- METROPOLIS

Gross Land Area
30 hectares
74.13 acres
300,000 square meters
3,229,173 square feet

Buildable Area
6,000,000 square feet
557,418.24 square meters

92,903 m² / 1,000,000 sq ft of Retail
46,451 m² / 500,000 sq ft of Office
418,063 m² / 4,500,000 sq ft of Residential
3-4 Star Hotels (Total of 1000 Rooms)

# METROPOLIS ACTION PLAN AND 6-MONTH TIMELINE

**MONTHS 1-2**
- Conduct study of project with master planner- Callison Architect, TBD Designer, MGM, Retail Commercial and residential pros
- Analyze all local zoning & code issues
- Conduct traffic study

**MONTHS 3-4**
- Assemble a charrette in Kyiv with all participants
- Finalize master plan and conceptual renderings
- Determine Project Phasing Plan

**MONTHS 5-6**
- Complete economic model of 3 phases to understand financial needs of project.
- Complete "value-as-built0appraisal" to determine highest land value.



MGM "Hollywood Way"