Exhibit 65

From: CarolynSchlam@aol.com [mailto:CarolynSchlam@aol.com]
Sent: Thursday, November 13, 2008 2:00 PM
To: Christy Gregory
Cc: Chris Makos
Subject: DF report

To complete:

I need the following pictures:

logo of Ritz Carlton hotels

Logo of 4 Seasons Hotels

Picture of either of these branded hotels

Picture of Aventura City-- the whole thing, not just the mall

Picture of a 4 star hotel- like a Marriott

Is Rick doing the closing, or am I

1

# Exhibit 66

# Revision Notes for DF Properties Presentation

Slide 1: Intro Cover is OK.

Slide 2: Hotel Saint Petersburg details:
- Add text: "15,000 m² 150 Room 5-Star Luxury Hotel w/amenities".
- Add text: "Prime development" site.
- Add text: "Possible purchase of adjacent expansion site to double capacity".
- Add examples: Four Seasons and Ritz Carlton.
- Add box: **"Action Plan"**.
    - Get 5 star brand (ie Four Seasons or Similar to sign commitment to site and participate in pre-development of site.
    - Oversee development.

Arena City details:
- Add text:
    - "Prime Retail Location".
    - "Total -----------m²".
    - "Future development Site".
- Add box: **"Action Plan"**.
    - Review Leasing and Management Procedures.
    - Make Recommendations for Improvements.

Parus Business Center details:
- Add box: **"Action Plan"**.
    - Review Leasing and Management Procedures.
    - Make Recommendations for Improvements.

Slide 3: OBOLON development details:
- Replace text: "Gross Area" with "Gross Land Area".
- Switch text positions of: m² & sq ft.

Slide 4: AVENTURA Mall details:
- Add text: "Fashion Oriented" as lead-in to slides #5-8.

Slide 9: AVENTURA Mall details:
- Configure Quicktime .mov files to play within .ppt.

Slide 10: GALLERIA details:
- Remove: Mall Aerial & Mall layout photos.
- Add box: **"Action Plan" & Timeline**
    - Month 1 & 2: Conduct Surveys & Geological tests; Assemble Team (ie Master Planner, Retail, Commercial, Residential Pros); Analyze all local zoning & code issues; Conduct Traffic Studies.
    - Month 3: Assemble a Charet in Kyiv with all participants.
    - Month 4: Finalize Master Plan.
    - Month 5: Decide on Project Phasing Plan.
    - Month 6: Complete Economic Model of 3 phases to understand financial needs of project. Complete "Value-as-built-appraisal" to determine highest land value.

Slide 11: VENICE details
- Remove text: "Create".
- Replace text: "Gross Area" with "Gross Land Area".
- Switch text positions of: m² & sq ft.
- Add text: 5 Star Hotel, Marina & Luxury Residential Apartments.
- Add box: **"Action Plan" & Timeline.**
    - Month 1 & 2: Conduct Surveys & Geological tests; Assemble Team (ie Master Planner, Retail, Commercial, Residential Pros, Hotel brand if possible); Analyze all local zoning & code issues.
    - Month 3: Assemble a Charet in Kyiv with all participants.
    - Month 4: Finalize Master Plan.
    - Month 5: Decide on Project Phasing Plan.
    - Month 6: Complete Economic Model of 3 phases to understand financial needs of project. Complete "Value-as-built-appraisal" to determine highest land value.

Slide 12: FISHER ISLAND details:
- Remove 2nd & 3rd ¶ of description
- Remove Golf Course photo.
- Add better reference photos of the island and lifestyle.

Slide 13: METROPOLIS details:
- Replace text: "Create" with "Develop".
- Replace text: "Gross Area" with "Gross Land Area".
- Switch text positions of: m² & sq ft.
- Add box **"Action Plan" & Timeline.**
    - Month 1 & 2: Conduct Study of project with Master Planner; Callison Architecture; 3rd TBD designer; MGM Branding; Retail, Commercial, & Residential Pros; Analyze all local zoning & code issues. Conduct Traffic Study.
    - Month 3: Assemble a Charet in Kyiv with all participants.
    - Month 4: Finalize Master Plan and Conceptual Renderings.
    - Month 5: Decide on Project Phasing Plan.
    - Month 6: Complete Economic Model of 3 phases to understand financial needs of project. Complete "Value-as-built-appraisal" to determine highest land value.

(Slide 14 – End: Additional Information and/or Rick Gates Closing).

# Exhibit 67





**"DYNAMIC — VULCAN ELEUTHERA, INC."**

SUBSCRIPTION TRANSFER

I, LISSI LOPEZ, female, single, with identification number 9-714-682, hereby irrevocably assign and transfer to _____ for consideration received, my right to subscribe ONE (1) SHARE of "DYNAMIC — VULCAN ELEUTHERA, INC.", a corporation organized under the Laws of the Republic of Panama.

*[signature]*
LISSI LOPEZ

"DYNAMIC — VULCAN ELEUTHERA, INC."

SUBSCRIPTION TRANSFER

I, TORIBIO CACERES, male, single, with identification number 9-703-2338, hereby irrevocably assign and transfer to _____ for consideration received, my right to subscribe ONE (1) SHARE of "DYNAMIC — VULCAN ELEUTHERA, INC." a corporation organized under the Laws of the Republic of Panama.

_/s/ Toribio Caceres_
TORIBIO CACERES



**Lombardi, Aguilar & Garcia**
Abogados - Attorneys At Law - Avocats

Panama, January 2, 2007

Brad Zackson
30 Broad Street, 22nd Floor,
New York, USA
NY 10023
Tel: (212) 248-5230 X202

RE: Dynamic-Vulcan Eleuthera, Inc.

Dear Mr. Zackson:

We are now pleased to enclose herewith the documents regarding the organization of the Panamanian corporation in reference following instructions received from you. You must send annual payments of US$660.00 for nominee directors, resident agent fees and corporate franchise flat tax by check or transfer before each December in order to keep the corporation in good standing to this account:

> *HSBC BANK USA, NY*
> *NEW YORK, UNITED STATES*
> *ABA No. 021001088 SWIFT MRMDUS33*
> *NAME OF CREDICORP BANK (PANAMA)*
> *ACCOUNT No. 000-047498*
> *CALLE 50, CREDICORP PLAZA BUILDING, PANAMA CITY*
> *PANAMA*
>
> *FOR FURTHER CREDIT ACCOUNT No. 4010126412*
> *FINAL BENEFICIARY NAME: LOMBARDI, AGUILAR & GARCIA*

Payments received late are subject to payments of US$150 in government late charges.

For the corporation to stop incurring in further corporate annual franchise taxes, the shareholders must send us a written consent of dissolution along with US$450.00 in dissolution fees and expenses.

While Panama does not require any reports from the corporation shareholders and beneficiaries, they must comply with all reporting and taxation requirements of their country of citizenship and of wherever the corporation does business. Authorities of said countries may impose severe penalties for failure to comply with said requirements, so accredited counsel must be sought regarding said matters.

Enclosed you will find copies of:

1. Public deed No. 21,216 of December, 2007, of the ninth Notary Public, which contains the Articles of Incorporation, duly registered
2. Share certificate No. 1 and 2;
3. Resignation of the subscript transfer with blank date, to become effective when the client orders their removal.
4. Translation for the public deed

Tel: 507-340-6444
Fax: 507-340-6446
47th St. Ocean Plaza, 12th floor
P.O.Box 0831-1110,
Panama City, Panama
Web: www.laglex.com

Under Panama law the corporate officers and 3 directors are appointed in the charter.

Hoping that everything is received in goodstanding. We remain

Sincerely,

**LOMBARDI AGUILAR & GARCIA**

Alvaro Aguilar Alfu

/aa
Encl.



Certificate Number 001

····250···· Shares

"DYN ELEUTHERA DEVELOPMENT, INC"

An anonymous corporation organized under the Law 32 of 1927 of the Republic of Panama, duly protocolized by means of the Public Deed Number 21,217 granted before the Ninth Notary Public of the Circuit of Panama and registered at the Public Registry at Card 585383, Document 1260252, of the Mercantile Section.

SOCIAL CAPITAL

Represented by TEN THOUSAND DOLLARS (USD.10,000.00) divided in FIFTY (50) shares with a value of ONE HUNDRED DOLLARS (USD. 100.00) each one

LET IT BE KNOWN BY MEANS OF THIS SHARE CERTIFICATE

That ·······················"DYNAMIC-VULCAN ELEUTHERA, INC"····················· is
owner of
··············TWO HUNDRED FIFTY (250) shares of the corporation completely paid up and assessed.

This certificate is issued and accepted by the holder of the same under the conditions established in the Articles of Incorporation.

issued in Panama, Republic of Panama, on the Thirteen, (13) day of the month of November of 2009"

The President

the Secretary



# "DVN ELEUTHERA DEVELOPMENT, INC."

## SUBSCRIPTION TRANSFER

I, LISSI LOPEZ, female, single, with identification number 9-714-882, hereby irrevocably assign and transfer to

for consideration received, my right to subscribe ONE (1) SHARE of "DVN ELEUTHERA DEVELOPMENT, INC.", a corporation organized under the Laws of the Republic of Panama.

*[signature]*
LISSI LOPEZ

"DVN ELEUTHERA DEVELOPMENT, INC."

SUBSCRIPTION TRANSFER

I, TORIBIO CACERES, male, single, with identification number 9-703-2338, hereby irrevocably assign and transfer to

for consideration received, my right to subscribe ONE (1) SHARE of "DVN ELEUTHERA DEVELOPMENT, INC.", a corporation organized under the Laws of the Republic of Panama.

*[signature]*
TORIBIO CACERES

# Lombardi, Aguilar & García

Abogados - Lawyers - Avocats - Avvocati - Rechtsanwälte
R.U.C. 1057682-1-25029 D.V. 07

**Factura Nº  0407**
(Invoice No.)

**Cliente:** BRAD ZACKSON
(Client)

**Fecha:** 19, diciembre de 2007
(Date)

**Referencia:** DVREleuthera Development, Inc.
(Reference)

| DETALLE | TOTAL |
|---|---|
| Incorporation, 1st year of Registered Office, Nominee Directors and Annual Franchise License Tax for the first year, General Power of Attorney and openig of bank account | B/ 1100.00 |
| | |
| Subtotal | B/ 1100.00 |
| Abonos (advances) | 00.00 |
| ITBMS 5% | 00.00 |
| TOTAL | B/ 1100.00 |

Calle Aquilino De La Guardia, Ocean Business Plaza, 1206, Ciudad de Panamá, República de Panamá
Teléfonos (507) 340-6444 - Fax (507) 264-7252 - E-mail: infoweb@lagiex.com - www.lagiex.com

**REPÚBLICA DE PANAMÁ**
**PAPEL NOTARIAL**

**NOTARÍA NOVENA DEL CIRCUITO DE PANAMÁ**

ESCRITURA PÚBLICA NÚMERO VEINTIÚN MIL DOSCIENTOS DIECIOCHO --------- (21,218) ---------

POR LA CUAL se protocoliza el Pacto Social de la sociedad anónima denominada DYNAMIC-VULCAN ELEUTHERA, INC., con domicilio en la ciudad de Panamá, República de Panamá. ---------

--------- Panamá, siete (7) de diciembre de 2007. ---------

En la Ciudad de Panamá, Capital de la República y Cabecera del Circuito Notarial del mismo nombre, el siete (7) de diciembre de dos mil siete (2007), ante mí JAVIER DANILO SMITH CHEN, Notario Público Noveno suplente del Circuito de Panamá, con cédula de identidad personal número ocho-doscientos veintiséis – novecientos dos (8-226-902), comparecieron personalmente los señores LISSI LOPEZ, mujer, soltera, estudiante, portadora de la cédula de identidad personal número nueve-setecientos catorce-ochocientos ochenta y dos (9-714-882), y TORIBIO CACERES, varón, soltero, comerciante, portador de la cédula de identidad personal número nueve-setecientos tres-dos mil trescientos treinta y ocho (9-703-2338), ambos panameños, mayores de edad, vecinos de esta ciudad, a quienes conozco, y me presentaron para su protocolización, y al efecto agrego al protocolo, junto con esta Escritura Pública, el Pacto Social de la sociedad denominada "DYNAMIC-VULCAN ELEUTHERA, INC." constituida de acuerdo con la ley treinta y dos (32) de mil novecientos veintisiete (1927) y con domicilio en la ciudad de Panamá, República de Panamá. --------- Queda hecha la protocolización solicitada y se expedirán las copias que soliciten los interesados. --------- Advertí a los comparecientes que una copia de esta Escritura Pública debe presentarse al Registro Público para su debida inscripción y leída como les fue la misma, en presencia de los testigos instrumentales, LUZGINIEVE CASTRO DE FIGUEROA, portadora de la cédula de identidad personal número ocho- doscientos cuarenta y siete- quinientos diez (8-247-510) y YULIA CORREA DE QUINTERO, portadora de la cédula de identidad personal número ocho-trescientos ochenta-noventa y seis (8-380-96), ambas mujeres, casadas, mayores de edad, vecinas de esta ciudad, a quienes conozco y son hábiles para ejercer el cargo, la encontraron conforme, le impartieron su aprobación y la firman todos para constancia, por ante mí, la Notaria que doy fe.---------
EL SUSCRITO NOTARIO HACE CONSTAR QUE ESTA ESCRITURA HA SIDO ELABORADA EN BASE A MINUTA REDACTADA Y FIRMADA POR LA FIRMA DE ABOGADOS, LOMBARDI AGUILAR &

PACTO SOCIAL de "DYNAMIC – VULCAN ELEUTHERA, INC."

Organizada bajo la Ley General de sociedades anónimas de la República de Panamá. Los suscritos, LISSI LOPEZ, soltera, vecina de esta ciudad, portador de la cédula de identidad personal número ocho-cuatrocientos setenta y siete-nueve (8-477-9), y TORIBIO CACERES, casado, portador de la cédula de identidad personal número ocho-trescientos ochenta y uno-cuatrocientos cuarenta y cuatro (8-381-444), ambos comerciantes, panameños, mayores de edad, vecinos de esta ciudad, con el fin de constituir una sociedad anónima de conformidad con las disposiciones de la Ley 32 de 1927 y sus enmiendas, sobre sociedades anónimas de la República de Panamá, por el presente establecen, acuerdan y constituyen el siguiente PACTO SOCIAL bajo las siguientes cláusulas:

PRIMERA: La sociedad se denomina: "DYNAMIC – VULCAN ELEUTHERA, INC."

SEGUNDA: La sociedad se dedicará principalmente a comprar, vender, transferir, disponer, negociar, financiar, permutar, poseer, administrar, dar o tomar en comisión, hipoteca, prenda, arrendamiento, uso, usufructo, o anticresis toda clase de bienes, sean muebles o inmuebles, acciones o derecho y celebrar y efectuar todos los actos, contratos, operaciones, negocios y representación de firmas en el extranjero y transacciones de lícito comercio; establecer sucursales y agencias y oficinas de representación en cualquier lugar de la República de Panamá y en cualquier territorio extranjero. Hacer cuanto sea necesario en desarrollo de los objetos enumerados en el Pacto Social o en la reformas de éste, o lo que sea necesario o conveniente para la protección y beneficio de la sociedad y en general, la de hacer cualquier negocio lícito aunque no sea semejante a ninguno de los objetos especificados en el Pacto Social o en sus reformas.

TERCERA: El monto del capital social autorizado será de Quinientos (500) acciones sin valor nominal. El capital autorizado será al menos igual a la suma agregada del valor nominal de todas las acciones emitidas con valor nominal, más el valor recibido por la emisión de acciones sin valor nominal, más dichas sumas que de tiempo en tiempo sean agregadas por resolución de la Junta Directiva. Los Certificados de Acciones serán emitidos a nombre de su dueño o