# Exhibit 85





Ukrainian opposition leader Yulia Tymoshenko speaks to the media during a press conference in Kyiv on Oct. 1, 2010. AFP

**Tymoshenko questioned as witness in case on misuse of funds (VIDEO)**

Dec 2, 2010 at 21:14 | Interfax-Ukraine

Batkivschyna Party leader Yulia Tymoshenko has said that she was questioned at the main investigation department of the Prosecutor General's Office of Ukraine on Thursday as a witness in the case on the misuse of funds allocated under the Kyoto Protocol.

"The authorities are accusing me of spending the funds allocated under the Kyoto Protocol on pensions and benefits during the global financial crisis," she told journalists on Thursday while leaving the building of the investigation department where she was summoned.

Tymoshenko said that she was a witness in the case and that she was not on her own recognizance.

"I explained to the investigators that the money received from the implementation of the Kyoto Protocol was quite a large sum – 320 million euros – that was not spent anywhere. The funds are on the special accounts of the Environment Ministry... I think that after the investigators learned much to their surprise that all the money was in place, they simply had nothing to bring against me," she said.

Tymoshenko also noted she did not know whether she would again be summoned to the central investigation department of the Prosecutor General's Office in this connection.

She said that she indicated in the interrogation protocol that as a Ukrainian citizen she informs the Prosecutor General's Office about "a crime." She said that the issue concerned the investigations by journalists posted on the Web site of the Ukrainska Pravda online Internet newspaper that current Prime Minister Mykola Azarov transferred Hr 150 million to the account of his son and nearly Hr 400 million to the private accounts of a private company owned by First Deputy Prime Minister Andriy Kluyev and Donetsk Regional Governor Anatoliy Blyzniuk.

"I asked them to record this in the protocol, and they did. I believe that if the Prosecutor General's Office of Ukraine is working objectively, rather than politically, then it's necessary to urgently open a criminal case, return money to the budget and bring to justice those who are to blame for this," the politician said.

The Prosecutor General's Office confirmed that Tymoshenko had been summoned for questioning on Thursday.

On April 28, 2010, the Prosecutor General's Office opened a criminal case regarding the violation of legislation on the budgetary system and the abuse of office during the use of funds received in 2009 from the sale of quotas for greenhouse gas emissions.

The issue concerns the use of budgetary funds received in 2009 from the sale of part of quotas for greenhouse gas emissions under Article 17 of the Kyoto Protocol.

A pre-trial investigation revealed that after the adoption by former officials of the Cabinet of Ministers and the Finance Ministry of the legislative acts contradicting to the law on the state budget for 2009, the State Treasury had changed the target use of the funds from the state budget's special fund, worth Hr 2.3 billion, received from the sale of quotas for greenhouse gas emissions.

Following the investigation, a criminal case was opened under part 2, Article 210 and part 2, Article 364 of the Criminal Code of Ukraine.



Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 86

# KyivPost

INDEPENDENCE. COMMUNITY. TRUST



Former Ukranian Prime Minister and opposition leader Yulia Tymoshenko speaks to the media i
Prosecutor General's Office in Kiev, Ukraine, Monday, Dec. 20, 2010. Ukraine's Prosecutor G
criminal case against Tymoshenko accusing her of abuse of power

### Tymoshenko again summoned for questioning

Dec 24, 2010 at 11:57 | Interfax-Ukraine
Batkivschyna Party leader Yulia Tymoshenko has again been summoned to the Prosecutor Gene
questioning, the press service of the Bloc of Yulia Tymoshenko has reported.

Tymoshenko should arrive at the main investigation department of the Prosecutor General's Office at 18/17 Borysohlibska Street at 1500 on F
24.

As reported, on December 20, the Prosecutor General's Office filed charges against Tymoshenko that she, while holding the post of prime min
handedly decided to use part of the funds earned through the sale of greenhouse gas emission quotas to cover the Ukrainian state budget's exp
pension commitments."

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA





Ukrainian opposition leader Yulia Tymoshenko speaks to the media during a press conference in Kyiv on Oct. 1

**Tymoshenko again summoned for questioning**

Dec 15, 2010 at 11:45 | Interfax-Ukraine

Leader of the Batkivshchyna party and Former prime minister Yulia Tymoshenko has been once again summoned for questioning at the Prosecutor General's Office of Ukraine.

Tymoshenko was asked to come to the PGO at 1400 on Tuesday, the party's press service told Interfax-Ukraine.

The Batkivshchyna leader was interrogated on Dec. 2 in the main investigation department of the Prosecutor General's Office as a witness in the case on the unauthorized use of the budgetary funds allocated under the Kyoto Protocol.



Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 87





Opposition leader Yulia Tymoshenko is surrounded by journalists in downtown Kyiv on Dec. 20 after being questioned by investigators.

**Prosecutors slap Tymoshenko with corruption charges**

Dec 23, 2010 at 22:44 | Associated Press
Opposition leader Yulia Tymoshenko is surrounded by journalists in downtown Kyiv on Dec. 20 after being questioned by investigators.

On that day, Ukraine's General Prosecutor's Office formally brought upon criminal charges against the former prime minister and iconic Orange Revolution leader.

Prosecutors said Tymoshenko, who was called in for questioning again on Dec. 22, was banned from travelling outside Kyiv.

The 50-year old politician stands accused of misspending some $280 million in state funds while serving as prime minister in 2009.

Tymoshenko denies the charges and insists the case against her as well as parallel investigations that have put nearly a dozen allies behind bars in recent months amount to political persecution from the side of her rival, President Viktor Yanukovych.

It remains unclear if Tymoshenko will do jail time in connection with the charges. Her allies say the corruption charges are fabricated and aimed at squeezing her out of politics.

Ukrainian legislation prevents citizens with a criminal record from holding public office. The president's camp insists the investigations are genuine attempts to crack down on corruption.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 88



Tymoshenko has said that the prosecutors are planning to interrogate her every day.

**Tymoshenko: 'Prosecutor General's Office decided to interrogate me every day'**

Dec 22, 2010 at 22:29 | Interfax-Ukraine

Batkivschyna Party leader Yulia Tymoshenko, after questioned by the central investigation department of the Prosecutor General's Office, has said that the prosecutors are planning to interrogate her every day.

She said that the Prosecutor General's Office would now question her every day.

"The Prosecutor General's Office decided today that it's necessary to interrogate me every day," said Tymoshenko, who is questioned as a defendant in the case on the misuse of funds allocated under the Kyoto Protocol.

She said that while "economic policies and all reforms completely failed," it was necessary for the authorities "to remove any competition through the Prosecutor General's Office."

Tymoshenko noted that the current authorities had all of the levers for "political repression." She said that Prosecutor General Viktor Pshonka was a relative of the Ukrainian president, while the prosecutor general's brother was one of the heads of the high specialized court for consideration of civil and criminal cases.

"I want to emphasize once again that they will not realize these plans, because the public is currently dissatisfied with their activities," Tymoshenko said.

She also noted that the Prosecutor General's Office had expanded the composition of the team investigating a criminal case against her.

"Dozens of people are already investigating this far-fetched case that I paid pensions to the public amid crisis," the politician said.

Tymoshenko said that the Prosecutor General's Office on Wednesday "[reduced] the number of addresses at which I can stay." She also specified that now she could stay only at one address.

"In fact, it's absurd and it has nothing to do with the justice system," Tymoshenko said.

Former Interior Minister and People's Self-Defense leader Yuriy Lutsenko, who came to the investigators to study the materials of a criminal case opened against him, left the building of the main investigation department of the Prosecutor General's Office almost simultaneously with Tymoshenko.

The press service said that on December 20, the Prosecutor General's Office had filed charges against Tymoshenko that she, while holding the post of prime minister, "single-handedly decided to use part of the funds earned through the sale of greenhouse gas emission quotas to cover the Ukrainian state budget's expenditure, primarily pension commitments." Tymoshenko was banned from travelling outside Kyiv.

The Prosecutor General's Office said that Tymoshenko's order to convert the funds allocated under the Kyoto Protocol into the national currency had caused nearly UAH 1 million worth of damage to the state budget.

Political scientists do not rule out that Tymoshenko could be taken into custody.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 89





Former Ukrainian Prime Minister and opposition leader Yulia Tymoshenko speaks to the media in front of the Prosecutor General's Office in Kiev, Ukraine, Monday, Dec. 20, 2010. Ukraine's Prosecutor General launched a criminal case against Tymoshenko accusing her of abuse of power

**Tymoshenko again summoned for questioning**

Dec 24, 2010 at 11:57 | Interfax-Ukraine
Batkivschyna Party leader Yulia Tymoshenko has again been summoned to the Prosecutor General's Office for questioning, the press service of the Bloc of Yulia Tymoshenko has reported.

Tymoshenko should arrive at the main investigation department of the Prosecutor General's Office at 18/17 Borysohlibska Street at 1500 on Friday, December 24.

As reported, on December 20, the Prosecutor General's Office filed charges against Tymoshenko that she, while holding the post of prime minister, "single-handedly decided to use part of the funds earned through the sale of greenhouse gas emission quotas to cover the Ukrainian state budget's expenditure, primarily pension commitments."

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 90

Kyiv Post. Independence. Community. Trust. Politics - Turchynov summoned for questioning Page 3 of 4

Case 1:11-cv-02794-KMW Document 3-29 Filed 12/19/2011 Page 14 of 38



### Turchynov summoned for questioning

Dec 27, 2010 at 12:09 | Interfax-Ukraine
First Deputy Head of the Batkivschyna Party Oleksandr
Turchynov has been summoned for questioning to the
main investigative department of the Prosecutor General's
Office.

Turchynov is expected to come to the PGO at 14.20 on
Monday.

Batkivschyna Leader Yulia Tymoshenko was also called
for questioning for 1200 on Monday.

Turchynov was already interrogated at the main investigation department of the Prosecutor General's
Office on November 11 and December 9, 2010. He told reporters that an investigator had questioned
him as a witness in a case on charges brought against former Interior Minister Yuriy Lutsenko
regarding the embezzlement of funds.

The Security Service of Ukraine has already questioned Turchynov as a witness in the case on the
customs clearance of natural gas, on September 8, 20 and 22.

The Kyiv Post is hosting comments and forums to foster lively debate. Criticism is fine, but stick to
the issues. Comments that include profanity or personal attacks will be removed from the site. If you
think that a posted comment violates these standards, please flag it and alert us. We will take steps to
block violators.

Comments (0) Add a comment

# Add your comment

Name:
Guest

E-Mail:

Comment:

Type the characters you see in the picture below:

# Exhibit 91





Yulia Tymoshenko speaks with journalists on Dec. 29 upon arriving for a round of interrogation with Ukrainian prosecutors.

**Financial Times: Tymoshenko questioned on funds charges**

Dec 30, 2010 at 09:57

Roman Olearchyk writes: Ukrainian opposition leader Yulia Tymoshenko was questioned by prosecutors for six hours on Dec. 29 over the alleged misuse of funds while serving as prime minister. It was the eighth time Tymoshenko has been questioned by authorities this month and she has been called in for further questioning on Dec. 30. Tymoshenko insists the charges and a flurry of arrests against her allies are politically motivated. Two Ukrainian human rights organizations came to her defense last week, urging Ukrainian President Viktor Yanukovych to end "selective" justice and political persecution. Fears that Yanukovych's administration is mounting a crackdown on political opposition escalated this week after Ukrainian police detained a handful of political activists who took part in protests last month against tax reforms.

Click here to read report.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 92

12/19/11                    Kyiv Post. Independence. Community. Trust - Ukraine abroad – Financial ...

# KyivPost
INDEPENDENCE. COMMUNITY. TRUST



Yulia Tymoshenko speaks with journalists on Dec. 29 upon arriving for a round of interrogation
prosecutors.

### Financial Times: Tymoshenko questioned on funds charges

Dec 30, 2010 at 09:57

Roman Olearchyk writes: Ukrainian opposition leader Yulia Tymoshenko was questioned by pro
hours onDec. 29over the alleged misuse of funds while serving as prime minister. It was the eight
Tymoshenko has been questioned by authorities this month and she has been called in for further
Dec. 30. Tymoshenko insists the charges and a flurry of arrests against her allies are politically m
Ukrainian human rights organizations came to her defense last week, urging Ukrainian President Viktor Yanukovych to end "selective" justice a
persecution. Fears that Yanukovych's administration is mounting a crackdown on political opposition escalated this week after Ukrainian polic
handful of political activists who took part in protests last month against tax reforms.

Click here to read report.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 93





According to prosecutors, Yulia Tymoshenko misused 380 million euro.

**Tymoshenko arrives for questioning**

Dec 31, 2010 at 12:30 | Interfax-Ukraine

Ukraine's ex-premier and Batkivshchyna Party Leader Yulia Tymoshenko has arrived for questioning at the Prosecutor General's Office.

On December 30, the PGO has completed the investigation into the criminal case against Tymoshenko. She was charged with an offense under Part 3 of article 365 of the Criminal Code (abuse of power or office, which resulted in grave consequences).

The former premier is accused of misusing 180 million euro and 200 million euro allocated to Ukraine under the Kyoto Protocol.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 94





Yulia Tymoshenko arrives for another questioning to the Prosecutor General's Office. AFP

**Tymoshenko arrives at Prosecutor's for another questioning (VIDEO)**

Jan 5 at 16:09  Interfax-Ukraine
Ukraine's ex-premier and leader of oppositional Batkivschyna party Yulia Tymoshenko arrived for another questioning to Main Investigation Department of the Prosecutor General's Office on Wednesday.

Outside the PGO she was met by some twenty people holding flags of the Batkivschyna Party and chanting slogans in support of Tymoshenko.

Before entering the PGO, she told reporters that she will start studying the materials of the criminal case against her concerning the misuse of funds received under the Kyoto Protocol. "Today, I start to study the case and they will present me 17 volumes of the case, which alleges that our government paid pensions during the crisis at the expense of Kyoto money, environmental funds," the ex-premier said.

Tymoshenko also stressed the absence of any crime in these actions. She called the prosecutors action against her "terror, which extends to all people from the opposition today." On Dec. 20, the Prosecutor General's Office filed charges against Tymoshenko that she, while holding the post of prime minister, "single-handedly decided to use part of the funds earned through the sale of greenhouse gas emission quotas to cover the Ukrainian state budget's expenditures - primarily pension commitments." The total amount of misused funds is EUR 380 million. Tymoshenko was banned from travelling outside Kyiv.

According to the Cabinet of Ministers, Tymoshenko's order to convert the funds allocated under the Kyoto Protocol into the national currency caused nearly Hr 1 million worth of losses to the state budget.

On Dec. 30, the Prosecutor General's Office completed the investigation into the criminal case opened against Tymoshenko. She was charged with committing a crime envisaged by Part, Article 365 of the Criminal Code of Ukraine (abuse of power or office that entailed grave consequences).

Tymoshenko last visited the main investigation department on Dec. 31, while on Dec. 30, she spent about 11 hours there.



Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 95





In this file photo, Prime Minister Yulia Tymoshenko greets her supporters at the Prosecutor General's Office in Kyiv, Ukraine, Monday, Dec. 27, 2010. She again met with prosecutors on Jan. 17. AP

**Tymoshenko again questioned, pre-trial investigation resumed (update)**

Jan 17 at 16:58 | Interfax-Ukraine

Leader of the Batkivschyna Party and Former Ukrainian Prime Minister Yulia Tymoshenko has said that the Prosecutor General's Office of Ukraine has resumed its pre-trial investigation into the case against her on charge of misuse of money received under the Kyoto Protocol.

"Today, the Prosecutor General's Office has reopened the case, and resumed the pre-trial investigation concerning the money from the Kyoto Protocol," the Batkivschyna leader told journalists on Monday after leaving the Prosecutor General's Office.

"So today I haven't studied the case - they found me another job. Today, I have been giving testimony again," she said.

According to Tymoshenko, the investigator asked her more questions concerning only one topic - whether she spent the money of the Kyoto Protocol on pensions, and salaries in the public sector.

"I had only one answer to this: I ensured the payment of pensions and salaries, but the money of the Kyoto Protocol, environmental money, has been and still is on the special accounts of the Environmental Ministry, and it have not been spent," Tymoshenko said, adding that she has provided all evidence and proofs related to this issue. Tymoshenko, now the top opposition leader, charges President Viktor Yanukovych is trying to crush his political foes. Yanukovych says he is fighting corruption.

Last week's decision by the Czech Republic to grant asylum to a former Tymoshenko minister appeared to underline growing Western unease with Yanukovych's commitments to democracy.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 96

Case 1:11-cv-02794-KMW    Document 23-29    Filed 12/19/11    Page 26 of 38

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics – Tymoshenko aski...



INDEPENDENCE. COMMUNITY. TRUST



Yulia Tymoshenko has requested the investigator of the General Prosecutor's Office close a crim
her.

### Tymoshenko asking investigator to close criminal case against her

Jan 18 at 16:57 | Interfax-Ukraine

Leader of the Batkivschyna Party Yulia Tymoshenko has requested the investigator of the Gener
Office close a criminal case against her as there is a lack of evidence of any crime having been co

"They continue questioning and continue the investigation into the alleged payment of pensions to
Kyoto environmental money during the crisis," she told reporters on Tuesday after exiting the Prosecutor General's Office.

She said that for five hours she was giving explanations on a topic, "in which everything is absolutely obvious, understandable and clear."

The politician said that during the interrogation, she made a petition to the investigator asking him to close the criminal case against her, and the
this statement into consideration.

"Today, I again filed a petition to close the criminal case due to the absence of a perpetrator of a crime as well as a crime itself," she said.

Tymoshenko said that she had again been summoned to come to the PGO for interrogation at 10.00 on Wednesday.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 97





In this file photo from Jan. 13, 2011, former Prime Minister Yulia Tymoshenko greets her supporters at the Prosecutor General's Office She was questioned again on Feb. 2. AP

**Update: Tymoshenko questioned again at prosecutor's office**

Feb 2 at 13:09 | Interfax-Ukraine

Former Ukrainian Prime Minister and Batkivschyna Party leader Yulia Tymoshenko arrived at the Prosecutor General's Office on Wednesday for another round of questioning.

As reported, President of the European Parliament Jerzy Buzek planned to meet with Tymoshenko in Brussels on February 2 and sent an official invitation to the opposition leader.

On January 31, it was announced that the investigator in charge of particularly important cases of the Prosecutor General's Office had rejected Tymoshenko's request to visit Brussels.

Tymoshenko currently cannot leave Kyiv due to a travel ban. She can leave the city only if she gets permission from the investigator.

Tymoshenko has said that the fact that an investigator from the Prosecutor General's Office banned her from travelling to Brussels indicates that the authorities were afraid of her returning from Belgium.

"They are depriving me of my right to travel outside Ukraine in order to establish communication with the European Union, other democratic countries in the world, and save Ukraine in the current difficult situation," she told journalists on Wednesday before her interrogation at the prosecutor's office.

Tymoshenko said that the Prosecutor General's Office and the authorities in general "were afraid of me returning, rather than not returning."

When asked whether diplomats in Brussels still expect her to visit, Tymoshenko said: "Of course, they are waiting for me at any moment and want to see me. There are a lot of problems that currently have to be discussed so that Ukraine stays on its path to the European Union."

However, she declined to specify whether she would file more petitions in order to leave for Brussels. Tymoshenko noted that she would ask for advice on her further actions in this regard.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 98





The Prosecutor General's Office has opened criminal proceedings against Tymoshenko regarding the misuse of funds received by Ukraine under the Kyoto Protocol

**Tymoshenko arrives at Prosecutor General's Office for questioning**

Feb 4 at 13:04 | Interfax-Ukraine

Former Ukrainian Prime Minister and Batkivschyna Party leader Yulia Tymoshenko arrived at the Prosecutor General's Office on Friday for another round of questioning.

As reported, Tymoshenko said after visiting the prosecutors on February 2 that the investigator of the Prosecutor General's Office had again asked her to give a written undertaking not to leave Kyiv.

She said she was indignant at the actions of the Prosecutor General's Office.

"Why should one and the same person be issued two travel bans at all? It's like being executed twice. Is it possible to execute someone twice? I don't think so. The same goes for banning travel twice - it's simply absurd," she said.

The Prosecutor General's Office has opened criminal proceedings against Tymoshenko regarding the misuse of funds received by Ukraine under the Kyoto Protocol, and abuse of office while purchasing Opel Combo vehicles against government guarantees.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 99





Yulia Tymoshenko has set up a Twitter account and is tweeting while in the building of Prosecutor General's Office.

**Tymoshenko tweeting from Prosecutor's Office**

Feb 16 at 17:15 | Interfax-Ukraine

Leader of the Batkivschyna party and former Prime Minister Yulia Tymoshenko has set up a Twitter account and is tweeting while in the building of the Main Investigation Department of the Prosecutor General's Office of Ukraine.

"The interrogation has lasted for almost four hours already. The investigators have been instructed to play for time and not to let me go to the parliamentary hearings that are currently being broadcast live on TV," Tymoshenko wrote on Twitter, according to the politician's Web site.

On Feb. 16, parliament is holding hearings on state pension reform and ways to improve it.

The BYT-Batkivschyna faction has put forward an alternative bill on pension reform.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 100





Former Prime Minister Yulia Tymoshenko

**Tymoshenko: Pre-trial investigation complete**

Feb 21 at 14:17 | Interfax-Ukraine

Leader of the All-Ukrainian Union Batkivschyna and former Prime Minister Yulia Tymoshenko said that the Prosecutor General's Office of Ukraine has merged two criminal cases against her into one, brought new charges against her and completed the pre-trial investigation.

Tymoshenko talked to journalists in Kyiv on Monday after questioning at the Prosecutor General's Office.

"Over two hours, they presented new charges... merged everything they had on the payment of pensions, on the Kyoto money, and the specialized vehicles for the countryside into one case, and for the third time presented me the charge for pensions and for the second time that on the vehicles...," Tymoshenko said adding that after that she was shown results of examinations, questions and then told that the pre-trial investigation was closed.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 101

# EAPCOMMUNITY

Eastern Partnership Community   Creating ideas for the Partnership

---

**DEC 19, 2011**

Eng

| Home |
| --- |
| EaP broader |
| Work with EU |
| Daily News |
| EaP Community |
| About us |

**Partner states**

Armenia

Azerbaijan

Belarus

Georgia

Moldova

Ukraine

## Yulia Tymoshenko questioned for seven hours

Following seven hours of questioning on 24 May former prime minister, leader of the Ukrainian opposition Batkivshchyna Party Yulia Tymoshenko was allowed to walk free from the prosecutor-general's office. Tymoshenko said that the fact that she was not arrested was a direct result of pressure from the public opinion, MPs, media and the international community. Deputy prosecutor general Renat Kuzmin however told journalists that there was no need to arrest the politician because Tymoshenko stopped her attempts to hamper the investigation. He did not rule out the possibility of arresting the oppositionist in the future if she continues to take unacceptably long to familiarise herself with the case documents. Spokesman for the prosecutor-general's office announced that the investigation against Yulia Tymoshenko, who is being accused of exceeding her authority while signing gas contracts in 2009, has now been completed and the opposition leader should familiarise herself with the evidence complied by the prosecutors.
The position of the former prime minister in the context of the criminal investigations launched against her was the topic of a special meeting between prosecutor general Viktor Pshonka and EU and US ambassadors – specially invited to the prosecutor's office. Media reports of Yulia Tymoshenko's detention have been met with concern and protests by foreign politicians.
2011.05.24, Interfax, PAP, www.unian.net, www.pravda.com.ua

| «  | december |   |   |   |
| --- | --- | --- | --- | --- |
| s | m | t | w | t |
|   |   |   |   | 1 |
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

**Other news of the day**

**WEDNESDAY, 25 MAY, 201**

- US introduces new sanct Belarus
- Belarusian president visi Kazakhstan
- Yulia Tymoshenko quest seven hours
- New health minister app Ukraine
- Polish company buys Mo sugar plant
- Head of Racja Radio not Belarus

All rights reserved.
No part of this website's content may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

Copyright © 2010-2011 Ośrodek Studiów Wschodnich | 00-564 Warszawa, ul. Koszykowa 6A | tel.: (+48 22) 525 80 00 | f      (+48 22) 525 80 40 | e-mail: eap@easte

# Exhibit 102







Freedom House content available in:

Español
العربية
Русский    中文网页

View all

About Us    Advocacy    Action    Analysis    Newsroom    Support

**Publications**

**Topics**

**Programs**

**Events**

Search Freedom House

Search

Sign up for the Freedom House Newsletter

Turning Point in the Middle East:
Recent Freedom House Analysis

**Related Websites**

China Media Bulletin
NEW

Cotdate

Democracy Web

Derecho a Voz

Family Law - Waksat

Freedom at Issue Blog

Freedom House Europe

Gorsar

OSCE Monitor

Peace in the Caucasus

Undermining Democracy

Voice of Freedom

🖶 PRINT VERSION    *Newsroom* > *Press Releases* > *Press Release*

## Press Release

**FOR IMMEDIATE RELEASE**    Contact: Mary McGuire    202-747-7035
🔗 SHARE    🖨 ✉ ⚙

## Freedom House Denounces Arrest And Continued Harassment of Yulia Tymoshenko

Washington    August 5, 2011

Freedom House today expresses its outrage at the arrest of former Ukrainian prime minister and opposition leader Yulia Tymoshenko and calls for her immediate release. This action, which lacks any credibility in the eyes of the international community or among many Ukrainians, is the latest round in the government's relentless persecution of Tymoshenko and other leading political opponents.

On August 5, prosecutor Lilya Frolova submitted an application to the Ukrainian court, where Tymoshenko is currently on trial for abuse of office, claiming the former prime minister had acted unruly while interrogating current prime minister, Mykola Azarov, whom she accused of corruption. The court upheld this application, citing "systematic violations by [Tymoshenko], including impeding the questioning of witnesses." The trial itself has been marred by serious breaches of procedure. The court denied Tymoshenko legal representation on two occasions and held proceedings without her or her legal counsel present. Moreover, Ukrainian law does not allow for such petitions to be submitted while a witness is being interrogated.

"We have always been of the opinion that the legal campaign against Tymoshenko represents a misuse of legal proceedings to put pressure on opposition politicians," said David J. Kramer, president of Freedom House. "This latest development has moved this situation from the absurd to the outrageous and reinforces the perception that the current administration is selectively prosecuting Tymoshenko as a means to silence her. For the United States and the European Union to view Ukraine as a viable partner, Ukraine must do more to show its commitment to rule of law and put an end to such spurious proceedings."

In addition to Tymoshenko, former minister of the interior, Yuriy Lutsenko is also on trial, for misappropriation of funds. In its report "**Sounding the Alarm: Protecting Democracy in Ukraine**," Freedom House cites selective prosecutions as one of the impediments to democratic development in Ukraine and calls on officials to halt such proceedings while maintaining a credible campaign to root out corruption. While the current administration points to over 400 current officials who are currently on trial, none of them is directed at individuals of comparable status and importance as Tymoshenko or Lutsenko.

Ukraine is rated Partly Free in *Freedom in the World 2011*, Freedom House's survey of political rights and civil liberties, and Partly Free in *Freedom of the Press*.

For more information on Ukraine, visit:

**Freedom in the World 2011: Ukraine**

**Nations in Transit 2011: Ukraine**

**Freedom of the Press 2010: Ukraine**

Freedom House is an independent watchdog organization that supports democratic change, monitors the status of freedom around the world, and advocates for democracy and human rights.

Join us on **Facebook** and **Twitter** (freedomhousedc) and stay up to date with Freedom House's latest **news and events** by signing up for our **RSS feeds.**

- END -

This year Freedom House celebrates its 70th anniversary. We invite you to visit the special anniversary section of our website where you can learn more about the history and evolution of Freedom House through photos, videos, and narrative.

Launch the application >>

Support the right of every individual to be free.

**Donate Now**

**Join the 70 for 70 Campaign**



**Freedom House** on Facebook

Like · 11,226



**Freedom Alerts**

**Freedom House Condemns Shooting of Independent Journalist in Dagestan**

The murder of Gadzhimurad Kamalov, founder of Chernovik, a leading independent newspaper and long-time government critic in the Republic of Dagestan underscores the extremely serious environment for journalists

**Read More**