# Exhibit 119

# CODE OF CRIMINAL PROCEDURE OF UKRAINE

Effective as of 18 January 2007

{Enacted by the Law of 28 December 1960 (1000 – 05), BBP, 1961, # 2, p.15)



(As amended and modified in accordance with Decrees of the Presidium of the Verkhovna Rada of Ukrainian SSR)

| | |
|---|---|
| # 342a-05 | of 27.06.61 (Vidomosti #  28, p.342) |
| # 461a-06 | of 10.09.62 (Vidomosti #  37, p.461) |
| | of 13.06.63 (Vidomosti #  25, p.406) |
| # 677a-06 | of 18.11.63 (Vidomosti #  48, p.677) |
| | of 18.01.66 (Vidomosti #  4 , p.15) |
| | of 09.11.66 (Vidomosti #  44, p.274) |
| | of 24.01.67 (Vidomosti #  5, p.63) |
| # 2631-07 | of 18.03.70 (Vidomosti #  15, p.101) |
| # 117-08 | of 30.08.71 (Vidomosti #  36, p.278) |
| # 862-08 | of 21.07.72 (Vidomosti #  31, p.260) |
| # 986-08 | of 30.08.72 (Vidomosti #  36, p.314) |
| # 1879-08 | of 03.07.73 (Vidomosti #  29, p.249) |
| # 1898-08 | of 23.07.73 (Vidomosti #  32, p.260) |
| # 1937-08 | of 10.08.73 (Vidomosti #  34, p.271) |
| # 2718-08 | of 17.06.74 (Vidomosti #  27, p.222) |
| # 3130-08 | of 14.10.74 (Vidomosti #  44, p.445) |
| # 52-09 | of 18.07.75 (Vidomosti #  30, p.371) |
| # 140-09 | of 04.09.75 (Vidomosti #  37, p.418) |
| # 1593-09 | of 22.12.76 (Vidomosti #  1, p.3) |
| # 1851-09 | of 23.03.77 (Vidomosti #  14, p.131) |
| # 2281-09 | of 01.07.77 (Vidomosti #  28, p.341) |
| # 3084-09 | of 16.02.78 (Vidomosti #  9, p.163) |
| # 3086-09 | of 16.02.78 (Vidomosti #  9, p.165) |
| # 270-10 | of 26.05.80 (Vidomosti #  24, p.430) |
| # 2942-10 | of 24.12.81 (Vidomosti #  1, p.2) |
| # 3464-10 | of 17.05.82 (Vidomosti #  22, p.300) |
| # 6591-10 | of 29.02.84 (Vidomosti #  11, p.203) |
| # 6834-10 | of 16.04.84 (Vidomosti #  18, p.351) |
| # 8627-10 | of 20.03.85 (Vidomosti #  14, p.321) |
| # 704-11 | of 01.08.85 (Vidomosti #  33, p.787) |
| # 1432-11 | of 10.12.85 (Vidomosti #  52, p.1224) |
| # 2444-11 | of 27.06.86 (Vidomosti #  27, p.539) |
| # 2753-11 | of 18.08.86 (Vidomosti # 35 p.750) |
| # 4392-11 | of 31.07.87 (Vidomosti # 32 p.631) |
| # 4452-11 | of 21.08.87 (Vidomosti # 35 p.674) |
| # 4981-11 | of 25.11.87 (Vidomosti # 49 p.1008) |
| # 4995-11 | of 01.12.87 (Vidomosti # 50 p.1016) |
| # 5397-11 | of 10.02.88 (Vidomosti # 8  p.212) |

interrogation, except when the suspect waives the right to defense counsel and his/her waiver is accepted.

Before interrogation, the suspect should be advised of his/her rights set forth in Article 43-1 of the present Code, and informed on what crime he/she is suspected of, and an appropriate note thereof is entered in the record of interrogation.

(Article 107 as amended by virtue of the Decrees of the Presidium of the Verkhovna Rada # 6834-X ( 6834-10 ) of 16.04.84, in accordance with Laws 3780-XII ( 3780-12 ) of 23.12.93, # 2533-III ( 2533-14 ) of 21.06.2001 – eff. 29.06.2001 ).

## Article 108.  Time-limits for inquiry

In cases related to crimes which are not of grave or especially grave severity, inquiry is conducted within 10 days starting from identifying the perpetrator of crime. If such perpetrator has not been identified, inquiry is suspended in compliance with Article 209 of the present Code.

In cases related to crimes of grave or especially grave severity, inquiry is conducted within 10 days starting from instituting criminal proceedings.

If a measure of restraint has been imposed on the suspect as prescribed in Article 165-2 of the present Code, inquiry is conducted within 5 days starting from the imposition of the measure of restraint.

(Article 108 as revised by Law # 3351-XII ( 3351-12 ) of 30.06.93, as amended by Laws # 2533-III ( 2533-14 ) of 21.06.2001 - eff. 29.06.2001, # 2670-III ( 2670-14 ) of 12.07.2001 ).

## Article 109.  Inquiry completion

Inquiry is completed with drawing up a decision to refer the case to pre-trial investigation, such decision being subject to prosecutor's approval.

With grounds referred to in Article 6 of this Code present, inquiry agency closes the case by a motivated decision which is sent to the prosecutor within 24 hours.

(Article 109 as revised by Law # 3351-XII (3351-12) of 30.06.93).

## Article 110. Challenging actions and decisions of inquiry agencies

Actions and decisions of inquiry agencies may be challenged before prosecutor.

In case of a complaint, the prosecutor is required to consider the same within 10 days and communicate the decision taken on the complaint to the complainant.

Actions and decisions of inquiry agencies may be challenged before court.

Complaints against actions and decisions of inquiry agencies are considered by trial court during preliminary trial or during trial of the case on its merits except as otherwise provided by the present Code.

(Article 110 as revised by Law # 2857-XII (2857-12 ) of   15.12.92, as amended by Law # 2533-III (2533-14 ) of 21.06.2001 - eff. 29.06.2001).

3) brings the apprehended person to judge and requests the latter to impose a measure of restraint in the form of custody.

In case of challenging apprehension before court, the apprehended person's complaint is immediately sent to court by the head of the place of custody pending trial. The judge considers such complaint concurrently with inquiry agency's request to impose a measure of restraint. If complaint was filed after the measure of restraint has been imposed, it is considered by judge within three days after its receipt. If the request was not received or when the complaint was received after expiration of seventy two hours after the apprehension, the judge considers the complaint within five days from its receipt.

The complaint is considered in compliance with requirements set forth in Article 165-2 of the present Code. Following consideration of the complaint, the judge takes decisions on the legality of apprehension or satisfies the complaint and finds apprehension illegal. A copy of such decision is sent to the prosecutor, inquiry agency, the apprehended person, and the head of the place of custody pending trial.

Prosecutor, the person in whose respect the decision was taken or his/her defense counsel or legal representative may challenge judge's decision by way of appeal within seven days from the day on which such decision has been taken. Filing the appeal does not affect execution of court's decision.

The suspect may not be detained for more than seventy two hours.

If judge's decision to place the apprehended person in custody or to release him/her does not reach the place of custody pending trial within time-limit prescribed by law, the head of the place of custody pending trial releases the apprehended person and draws up an appropriate record thereof and notifies the official or agency which conducted apprehension thereof.

(Article 106 as amended by virtue of the Decrees of the Presidium of the Verkhovna Rada # 3084-IX ( 3084-09 ) of 16.02.78, # 6834-X ( 6834-10 ) of 16.04.84, in accordance with Laws # 2857-XII ( 2857-12 ) of 15.12.92, # 3780-XII ( 3780-12 ) of 23.12.93, # 2533-III ( 2533-14 ) of 21.06.2001 - eff. 29.06.2001, # 3111-III (3111-14 ) of 07.03.2002).

Article 106-1.  Short-term apprehension of persons suspected of having committed a crime

The way in which persons suspected of having committed a crime are apprehended on a short-term basis is defined in the Regulations governing Short-term apprehension of persons suspected of having committed a crime.

(Article 106-1 is added by virtue of the Decree of the Presidium of the Verkhovna Rada # 3084-IX (3084-09) of 16.02.78, as amended by the Decree of the Presidium of the Verkhovna Rada # 6834-X (6834-10) of 16.04.84).

Article 107.  Interrogation of those suspected of having committed a crime

A suspect is summoned and interrogated in compliance with rules laid down in Articles 134 – 136, 145, and 146 of the present Code.

If a suspect was apprehended or a measure of restraint in the form of custody was imposed thereon, he/she is interrogated immediately and, when such immediate interrogation is impossible, - not later than 24 hours after apprehension. Presence of a defense counsel is compulsory during such

# Exhibit 120

12/19/11

Case 1:11-cv-02794-KMW    Document 23-31    Filed 12/19/11    Page 6 of 29

Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko's law...

# KyivPost

INDEPENDENCE. COMMUNITY. TRUST



Former Ukrainian Prime Minister Yulia Tymoshenko and her la

_____ in Kiev, Friday, June 24, 2011. Ukraine's former prime minister, Tymoshenko, went on trial Friday in a case that has raised concerns in the West over the govern to democracy and the rule of law. Tymoshenko, now a top opposition leader, has been charged office in signing a deal with Moscow to buy Russian natural gas at prices investigators said were denies the charges, and describes them as a political plot by her rival, President Viktor Yanukov out of upcoming parliamentary and presidential elections. AP

**Tymoshenko's lawyer asking court for more time to study 'gas case'**

Jun 24 at 17:45 | Interfax-Ukraine

Lawyer of Ukraine's ex-prime minister and leader of the Batkivschyna party Yulia Tymoshenko, Serhiy Vlasenko, has asked the Pechersky Di Kyiv to give them one month to complete studying the materials of the case on the abuse of power during the signing of gas contracts with Rus

"I a                      low reasonable time to study the materials of the criminal case," Vlasenko said in courtroom on Friday.

He asked the court to give them time to study the case until July 24.

In turn, Tymoshenko asked the judge, whether he had ever tried to read four thousand pages of the case in one day, as she had to do.

The judge said that after a deadline for studying the case - J

_____ material and a maximum extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 121

Case 1:11-cv-02794-KMW    Document 23-31    Filed 12/19/11    Page 8 of 29

12/19/11                    Print Article - IBTIMES.com: International Business News, Financial News...

Print

Monday, August 1, 2011 4:31 PM EDT

# Tymoshenko Lawyer Given Just Three Days to Read Trial Documents

Judge Rodion Kireyev gave former Prime Minister Yulia Tymoshenko's new lawyer three days to go over the gas deal papers related to his client's corruption charges.

T                    l in July for alleged abuse of power while she was in office. The accusations involve a 2009 gas contract with Russia which financially injured Ukraine.

The prosecution is claiming that the price agreed to by Russia and Ty
    too high, costing the countr      t $440 million.

Earlier, she had been charged with the same crime for purchasing 1,000 Opel Kombo vans for the government at 20 percent above the market value.

Yuriy Sukhov will be given until 10:00 a.m. on August 4th to read over documents relating to the deal, Kireyev ruled Monday.

Tymoshenko and Sukhov petitioned to get her new lawyer at least two months to study materials related to the case, but were denied.

Sukhov is also hearing another case on the same day that he's scheduled to be in court for the Tymoshenko trial. On Thursday, he is supposed to defend former Head of the State Customs Service Anatoliy Makarenko at 9 a.m. and then Tymoshenko at 10 a.m.

Also on Monday, the court heard testimony from former Premier Yuriy Yekhanurov, former Transport and Communications Minister Yosyp Vinsky, and former Ukrainian Education and Science Minister Ivan Vakarchuk.

Tymoshenko has called the trial a politically-charged farce. She claims that the accusations are an attempt by President Viktor Yanukovich to force her out of national politics.

"I declare you a puppet of the presidential office," Ty          told Judge Kireyev at a pre-trial hearing in June. "You don't have the right to consider this case. You are fully integrated into a system of political repression directed by authorities."

"My voice will be even louder from prison, because the whole world will hear me," she said.

Tymoshenko, who was the nation's first female prime minister, serving from 2007 to 2010, was one of the heroes of Ukraine's Orange Revolution. She is the currently the leader of Ukraine's opposition party, but is facing a prison sentence of up to 10 years.

# Exhibit 122

Case 1:11-cv-02794-KMW    Document 23-31    Filed 12/19/11    Page 10 of 29

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics - Judge rejects requ…

# KyivPost

### INDEPENDENCE. COMMUNITY. TRUST



Tymoshenko's defense team has asked the Pechersky District Court of Kyiv to give it time to stu
formed 22nd volume of the Russian gas supply contract case.

**Judge rejects request to give Tymoshenko's lawyers time to study materials of new volu**

Aug 31 at 11:27 | Interfax-Ukraine
The defense team of former Ukrainian Prime Minister Yulia Tymoshenko has asked the Pechersk
Kyiv to give it time to study the newly formed 22nd volume of the Russian gas supply contract ca

An Interfax-Ukraine reporter noted that lawyer Oleksandr Plakhotbiuk said at a court session on
on August 30, the court's office told him there were only 21 volumes of the case.

He asked the presiding judge, Rodion Kireyev, to announce a 30-minute break to study the 22nd volume.

Kireyev said that case materials were formed after every court session, and the 22nd volume of the case was formed in such a way.

After the defense team made a statement protesting against the actions of the presiding judge, Kireyev continued to announce the case material
lawyers any time to study the 22nd volume.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 123

Case 1:11-cv-02794-KMW   Document 23-31   Filed 12/19/11   Page 12 of 29

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko's law...

# KyivPost
### INDEPENDENCE. COMMUNITY. TRUST



Tymoshenko's la          lieve 15-day break in trial was announced for non-judicial reasons

**Tymoshenko's lawyers believe 15-day break in trial was announced for non-judicial rea**

Sep 12 at 12:17 | Interfax-Ukraine
The defense team of former Ukrainian Prime Minister Yulia Tymoshenko has said it believes that
postpone the hearing of the gas case for 15 days indicates that "something has happened outside
process" and Kyiv's Pechersky District Court cannot issue a ruling on the case.

"The decision to postpone the court debates for 15 days certainly indicates that the court is currently not ready to take any decisions and evalu
what we'll say at the debates," Tymoshenko's lawyer Yuriy Sukhov told reporters on Monday.

He said that such actions by the judge were a positive development for the defense team, as its lawyers will be able to consider the case prope

"However, there is a problem — the fact that Yulia Volodymyrivna [Tymoshenko], in our opinion, was left under arrest for two weeks absolutel
certainly suggests that some repression against her is continuing," Sukhov said.

Another of Tymoshenko lawyers, Oleksandr Plakhotniuk, in turn, said that in addition to saying there was a need to give the defendant time to
court debates, the court explained the need to postpone the session was due to the extension of the term for drafting court session documents.

The lawyer also said that last Sept. 8, the court, despite requests from the defense team to prepare for the court debates, gave the la

                              - from Thursday until today - something outside the court. It cannot happen that on Thur
[to provide time to examine the gas case] was rejected, yet on Sept. 12 we were given more than two weeks. Something happened outside the
Plakhotniuk said.

He again said that all of the case materials indicated that Tymoshenko is not guilty.

"In our opinion, the court simply cannot now bring in a guilty verdict. The court today cannot substantiate that Yulia Volodymyrivna [Tymoshen
crime when signing [gas] contracts [with Russia] in 2009," he said.

Plakhotniuk also did not rule out that "something will happen" during the break and that it would be clear why such a long break was announced

As reported, Rodion Kireyev, the judge of Kyiv's Pechersky District Court presiding over the trial of Tymoshenko, on Monday announced a b
hearings until 1500 on Sept. 27 to allow the defendant to properly prepare for the court debates and ensure her right to a defense.

On Sept. 12, the court was expected to hold court debates, which is the final stage of the trial.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.k_____ material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 124

# KyivPost
### INDEPENDENCE. COMMUNITY. TRUST



Former Ukrainian Prime Minister and Batkivschyna Party leader Yulia Tymoshenko. AP

**Tymoshenko's defender hospitalized**

Jul 8 at 12:19 | Kyiv Post

Pechersky Court has announced a break in a court session until July 11, as Tymoshenkos' lawye Tytarenko has been hospitalized with acute heart failure, right after doctors examined him, accor Tymoshenko's official website.

As announced earlier Mykola Tytarenko, a lawyer for former Ukrainian Prime Minister and Batl leader Yulia Tymoshenko, has asked the Pechersky District Court of Kyiv to announce a break in a court session until Monday due to his ill he

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 125

Case 1:11-cv-02794-KMW   Document 23-31   Filed 12/19/11   Page 16 of 29

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko's law...

# KyivPost
### INDEPENDENCE. COMMUNITY. TRUST



Former Ukrainian Prime Minister Yulia Tymoshenko during a trial hearing at the Pecherskiy Dist
on July 6, 2011. A

| Interfax-Ukraine

Mykola Tytarenko, a lawyer for former Ukrainian Prime Minister and Batkivschyna Party leader
Tymoshenko, has asked the Pechersky District Court of Kyiv to announce a break in a court ses
due to his ill health.

"I'm asking you to announce a break until Monday. I'm completely exhausted, and I cannot work effectively. Because of my physical condition
a defender," he said at a court session on a gas supply case against Tymoshenko on Friday.

He described the pace of the court proceedings as "torture."

The court's judge, Rodion Kireyev, in turn, said: "You said that torture was used in court with respect to you. What kind of torture?"

The judge asked the lawyer to provide a respective health certificate and even proposed calling an ambula

noon so that doctors examine Tytarenko.

Kireyev took such a decision after hearing a petition by Tytarenko on the need to postpone the session due to his ill health.

Prosecutors, in turn, said that it was necessary to call a doctor in order to confirm his poor health, rather than announce a break until Monday.

Tymoshenko, in turn, said: "In fact, the conditions that you created in the court can be described as torture... My defense has to work at night a
order to prepare petitions. The human body cannot withstand [such conditions]. He faces the dilema: to defend effectively or to faint right in the
think that this is real torture and you have created such conditions on purpose."

Earlier, judge Kireyev asked the witnesses who were questioned in the case to leave the courtroom. The former head of the service of the Batl
leader, Mykhailo Livinsky, left the courtroom as he was a witness.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 126

Main new

## Court bans Vlasenko from acting as Tymoshenko's lawyer

13:45   The Pechersky District Court of K        former Prime Minister Yulia Tymoshenko's lawyer Serhiy Vlasenko from the judicial process on the gas supply case.

The presiding judge announced the decision at a court session on Monday. He said that he had taken such a decision due to "the systematic violation [by Vlasenko] of order in court, contempt of court, obstruction to the establishment of justice, and the systematic non-observance of the law."

In addition, Kireyev announced two more rulings regarding Vlasenko. The first ruling concerns an appeal to the concerned parliamentary committee with a request to "draw attention to the improper behavior of MP Vlasenko, the violation by him of the provisions of law, and contempt of court." In the ruling, the judge asked the committee to respond to the decision within a month. The second ruling concerns an appeal to the Lviv regional disciplinary lawyer commission with a request to respond "to Vlasenko's improper behavior."

Before leaving the courtroom, Vlasenko asked the judge to give him three days to find a new lawyer.

Tymoshenko commented on this court ruling on Twitter: "The puppet Kireyev completed an earlier planned provocation and removed Vlasenko from participation in the case."

As reported, on July 15, Vlasenko did not attend the court hearings of the gas supply case, because, Tymoshenko said, he was in the United States and collected materials proving the innocence of the former prime minister.

On July 18, there was an argument between the presiding judge, Rodion Kireyev, and Vlasenko at the beginning of the court session due to the fact that the judge had not allowed Tymoshenko's defense lawyer Mykola Siry to introduce himself and give the judge a copy of an agreement between himself and Tymoshenko on providing her with legal services.

Vlasenko tried to prove that the judge's actions were illegal, but Kireyev said that the deputy had repeatedly violated the order in court and did not obey his orders, and therefore the court had raised the question of removing Vlasenko from the courtroom.

<<< back                                                                                          18.07.2011



The section latest news

## Ukrainian Green Party to participate in 2012 parliamentary elections

13:34   19.12.2011
The Ukrainian Green Party will participate in the parliamentary elections in 2012.
M

## Ukrainian prosecutors contest closure of Kuchma case

13:52   19.12.2011
The Ukrainian Prosecutor General's Office has filed an appeal contesting the decision made by Kyiv's Pechersky District Court, which reversed the decision to open a criminal case against ex-president Leonid Kuchma, who was charged in the killing of journalist Georgy Gongadze, Prosecutor General's Office spokesman Yuriy Boichenko told Interfax-Ukraine on Monday.
M

Headlines are publish
Subscribe now to rea
timeout.

Press

PRESS RELEAS
lead to bankrup
shopping mall

Painting by Galy
sold at MacDou
house

PRESS RELEAS
in Ukraine shop
authorities syst

Ukrainian maga
most objective

By

IFC critical abou
Land Bank in Uk

Ukraine should
loading of its ga
say experts

Kluyev likes the
release of new
band's leader s

Internet Consul
Int        lobal
2011

12/19/11                           Court bans Vlasenko from acting as Tymoshenko's lawyer

### Meeting between presidents of Ukraine, EU Council and European Commission begins in Kyiv



13:38  19.12.2011

A meeting between Ukrainian President V tor Yanukovych, President of the European Council Herman Van
Rompuy and European Commission President Jose Manuel Barroso has started in Kyiv.

M

### Lytvyn: Parliament to consider draft state budget for 2012 on Friday

13:16  19.12.2011

The Verkhovna Rada, Ukraine's parliament, will consider a bill on the state budget for 2012 on Friday. Verkhovna
Rada Chairman Volodymyr Lytvyn has said.

M

### Ukraine to host EuroBasket 2015

09:09  19.12.2011

Ukraine has received the right to host the European basketball championship in 2015.

M

### Venice Commission approves of bill on language policy in Ukraine, says lawmaker

17:32  17.12.2011

The European Commission for Democracy through Law (Venice Commission) on the whole approved the draft law of Ukraine on the
principles of the national language policy worked out by members of the Party of Regions faction, Serhiy Kivalov and Vadym
Kolesnichenko, Kivalov's press service reported on Saturday.

M

### K               llenge gas deals with Russia in court, but prefers seeking compromise

16:01  17.12.2011

There is an option of appealing against the gas supply agreements with Russia in court, but Ukraine prefers to seek an understanding
with Russia through the talks and reach mutually beneficial agreements, Ukrainian Foreign Minister Kostiantyn Hryschenko has said.

M

### Prosecutor general says EU Commissioner Fule asked to help him meet with Tymoshenko in jail

15:04  17.12.2011

Ukraine's Prosecutor General V for Pshonka has said that EU Commissioner for Enlargement and European Neighborhood Policy
Stefan Fule asked him to facilitate his meeting with former Prime Minister Yulia Tymoshenko in Kyiv detention center.

M

### Ukraine ready to initial Association Agreement with EU, says foreign minister

14:01  17.12.2011

Ukraine is ready for initialing of an association agreement with the European Union, but when this will be done is a technical matter,
Foreign Minister of Ukraine Kostiantyn Hryschenko has said.

M

### A         l against ruling to drop criminal case against Kuchma to be filed on Monday, says prosecutor general

13:06  17.12.2011

The Prosecutor General's Office will appeal against a ruling of Pechersky District Court of Kyiv to close a criminal case against
Ukraine's second president (1994-2005) Leonid Kuchma on charges of his involvement in the murder of journalist Georgy Gongadze.

M

1  2 3 4 5 6 7 8 9 10 ... 659 660 661 662 663



Януковича высмеяли в эфир
российского
государственного канала

© 1992-2011, Interfax-Ukraine. All rights reserved

All information placed on this website is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

# Exhibit 127

Case 1:11-cv-02794-KMW    Document 23-31    Filed 12/19/11    Page 21 of 29

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics - Vlasenko removed...

# KyivPost
INDEPENDENCE. COMMUNITY. TRUST



Court has dismissed former Prime Minister Yulia Tymoshenko's la

### lasenko removed from courtroom until end of Tymoshenko trial (updated)

Jul 18 at 14:35 | Kyiv Post

TBYT–Batkivschyna faction deputy Serhiy Vlasenko has said that he is planning to lodge appeal
the Pechersky District Court of Kyiv, Rodion Kireyev, at all institutions, including international or
with his dismissal from the trial of former Prime Minister former Prime Minister Yulia Tymoshenk
from the courtroom.

The court decided to remove Vlasenko from the courtroom until the end of the judicial process on the gas supply case opened against Tymosh

According to earlier reports from Tymoshenko's official website and news agencies police have blocked Tymoshenko's lawyers inside the cou
judge announced a break.

"It's not clear what Gryphon officers are doing, they're not saying why they're here, they're not allowing the defense lawyers to move around tl
they're not letting them leave or enter, referencing some mythical order unclear from whom. We tried to find out whose orders, but they're not
totally blocking the defense," said Serhiy Vlasenko.

There are currently eight Gryphon officers in the courtroom, who have lined up between the spectators in the courtroom and the area for the de
prosecution.

"Right now Gryphon is forcibly removing my new lawyer Oleksandr Plakhotnyuk from the courtroom. The number of Berkut officers around tl
doubled. There are officers in vehicles along Khmelnytsky St. and by the Golden Gates. What are they preparing for?" Tymoshenko wrote on '

Earlier Vlasenko has filed a complaint with the court over the actions of Judge Kireyev who refuses to consider the issue of admitting new lawy
and Oleksandr Plakhotnyuk – t

                                                    I am abusing my rights and raised the issue of removing me from the courtroom," Vlasenk
break in today's hearing.

He believes the judge is deliberately denying Yulia Tymoshenko defense.

"He doesn't need lawyers or Tymoshenko, he needs one prosecutor and to read a verdict that has already been written. This isn't a trial or eve
the funeral of justice in Ukraine. If this is how a judge behaves in a case against a former prime minister, what does this say about cases involvi
people?" he said.

Vlasenko did not rule out that after the break the judge will have him removed from the courtroom and after a while remove Tymoshenko.

"It's the same mode as on July 15 – most likely he will not admit the lawyers, even thought I said three times that this request has been made ar
considered. And immediately after this they will question witnesses, who I have already seen in the corridors of the Pechersk District Court," hi

### Читайте об этом на www.kyivpost.ua

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 128

Case 1:11-cv-02794-KMW    Document 23-31    Filed 12/19/11    Page 23 of 29

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko says...

# KyivPost

INDEPENDENCE. COMMUNITY. TRUST

Former Ukrainian Premier Yulia Tymoshenko has stated that a targeted terror campaign has bee all of her defense lawyers.

**Tymoshenko says 'targeted terror campaign' directed against her lawyers**

Aug 1 at 20:08 | Int       -Ukraine
Former Ukrainian Premier Yulia Tymoshenko has stated that a targeted terror campaign has bee all of her defense lawyers.

"They scoff at the lawyers every time. Now [they're scoffing] at Mykola Siry, who was also give read the case [materials], and who had to leave the process, as terror against him has also begun. They are checking his diploma a _____ a                                        I mean they're fighting directly against all of my lawyers and they're illegally using the security agencie reporters on Monday after a court hearing.

She also expressed indignation regarding the fact the her la                                ly two days to read "5,000 pages, watch 147 hou recordings, and an week and a half [t       ] for the interrogation of witnesses."

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 129

12/19/11                    Print version: Tymoshenko: key document that charges are based on was...



08.09.2011 14:02 , LAST NEWS



# Tymoshenko: key document that charges are based on wasn't added to case

Batkivshchyna Party leader and former Prime Minister Yulia Tymoshenko believes the court must give a separate assessment to the absence in the case file of the original directive that was issued by her to Naftohaz chairman Oleh Dubyn before talks with Gazprom in 2009, according to the *Official web site of Yulia Tymoshenko*.

"If the main document around which all negotiations are held and the criminal case is formed isn't an original, then what was the Prosecutor General's Office doing? Why didn't they get the original and add it to the case? I would like the court to give a separate assessment to this," Yulia Tymoshenko said today while testifying.

The ex-premier noted that case file doesn't contain original documents with her personal signature. "I don't rule out that the directives in the case file were forged. It is unprecedented when the main document in a criminal case isn't added to the records," she said.

The court has announced a 10-minute technical break

# Exhibit 130

Case 1:11-cv-02794-KMW    Document 23-31    Filed 12/19/11    Page 27 of 29

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics - Ogryzko claims th...

# KyivPost

INDEPENDENCE. COMMUNITY. TRUST



Yulia Tymoshenko effectively exceeded powers at 2009 gas talks, former Foreign Minister Volk said. tymoshenko.ua

### Ogryzko claims that Tymoshenko exceeded powers at 2009 gas talks

Aug 4 at 14:43 | Staff and wire reports

Former Ukrainian Prime Minister Yulia Tymoshenko also acted on behalf of the head of the natio Naftogaz Ukrainy during talks with Russia's gas giant Gazprom on natural gas exports in January Ukrainian Foreign Minister Volodymyr Ohryzko said at a court session on Thursday.

"As far as I understand, the prime minister has no right to give orders to Naftogaz Ukrainy directly," he said.

Naftogaz Ukrainy is a joint-stock company, whose management should have analyzed the situation and made decisions, the former minister sai

Tymoshenko had the right to hold these talks in the capacity of prime minister, but she was only allowed to sign international agreements, Ohry:

However, the contract between Naftogaz Ukrainy and Gazprom is not international, he said.

Ohryzko also said he was convinced that the then authorities should have formed an intergovernmental delegation, appointed its chairman and c directives, only after which decisions could have been made, according to Interfax report.

The Ukrainian Foreign Ministry was barred from all stages of these negotiations, he said.

"Our specialists could have offered at least advice," Ohryzko said, describing this situation as a consequence of Ukraine's "law nihilism."

Both the 2009 gas deals and last year's agreements concluded in Kharkiv are unfavorable for Ukraine and should be annulled, he said.

According to Tymoshenko's official website ex-prime minister's defense lawyer Yuriy Sukhov plans to ask the court to postpone the proceedir that he wasn't given records of the hearings that took place after June 29.

"Given the fact that the court technically can't give me the opportunity to become acquainted with the case, I will ask that the court announce a court can prepare all the materials and give them to me. The court isn't ready for me to review the case file," said Sukhov.

"There is volume 16 which ends with the protocol of the hearing from June 29 when Yulia Tymoshenko was handed the indictment. All the othe missing. I requested the audio recordings of these hearings. I just received them from the court and should at least review them, and I need at l days to listen to them all," he explained.

Today, durind case hearing in court, Judge Rodion Kireyev has partially satisfied Tymoshenko's motion to add to the case file an investigative r to allow its author to testify, thus demonstrating the presidential administration's involvement in the trial.

"I ask that you add these documents to the case file and that the journalist that wrote this be questioned as a witness. This journalist showed tha court witnesses are written in the Presidential Administration, which proves that this case was falsified. The investigation showed that the trial is Presidential Administration. After former Deputy Prosecutor General Tetyana Kornyakova testified that directives aren't the directives of the C Ministers, I understood that she's being pressured, and the Presidential Administration sent a letter to Ukrayinska Pravda that was allegedly fro Tymoshenko said in court.

"From the first day I publicly said that this isn't a criminal trial it's political payback, but for some time there wasn't proof of the Presidential Ad influence over this trial," she added.

Kireyev allowed the article to be added to the case record and denied the request to allow Serhiy Leshchenko to testify, saying that a motion c all current witnesses have testified to also question him.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i prohibited without a written permission of Interfax-Ukraine.

# Exhibit 131

Case 1:11-cv-02794-KMW    Document 23-31    Filed 12/19/11    Page 29 of 29

12/19/11
Yulia Tymoshenko insists that eight key pieces of evidence be added to c...

Join Yulia Tymoshenko on Facebook!

# ЮЛИЯ ТИМОШЕНКО
официальный сайт



@ YuliaTymoshenko:
Again, prosecutors made an applicatio
the preventive measure of arrest. So yc
arrest that losing mind.

HOME    PROEKTIVA    NEWS    PRESS    ABOUT    ACHIEVEMENTS    BLOG    GALLERY

Home > News > Yulia Tymoshenko insists That eight k    f evidence be ...

## NEWS & EVENTS

Search

Sep 01, 2011, 01:03 pm

# Yulia Tymoshenko insists that eight key pieces of evidence be added to case (video)

Tweet  0    Recommend

## PHOTO GALLERY



Former Prime Minister Yulia Tymoshenko and her defense want 8 Key Documents to be Added to the Case That Will Held determine the truth. "If These Are not granted requests, this Will be Direct interference in establishing the truth in this Case by Those That Will That object These Documents Requested and be Added to the Record, "Yulia tymoshenko Said Today in Court. The Defense is asking the Court to request from Naftohaz Two contracts for the supply of Gas for Technical Needs in 2008 and 2009. "Only by comparing these two documents can you determine whether there were damages. But this primary source Information was not included in the Case, "She Said. The Defense is again asking the Court to include the Audit by Ernst & Young of Naftohaz's Activities in 2009. "If These Documents Are Added to the Case THEN the Case Must be Closed at That very second Because the Audit directly refutes the prosecution's charges, "She Said. T        -Premier also Wants Added to the Record the minutes of the Naftohaz Board Meeting That Confirm the Effectiveness of the Gas contracts signed with Russia in 2009. The defense also wants the court to obtain from the Prosecutor General's Office 16 volumes of Attachments to the Letter to the Security Services of Ukraine instructing the Prosecutors office to Open a Criminal Case over the 2009 gas agreements. "This case was ordered, falsified, fabricated in the Security Services of Ukraine headed by Mr. Khoroshkovsky, who is a business partner of Mr. Firtash, "She Said. The judge THEN Interrupted Yulia tymoshenko and Told her to talk About the merits of Their petition. "I'm surprised That you react Immediately Every time the names Khoroshkovsky and RosUkrEnergo are mentioned," Said the ex-Premier. tymoshenko Yulia and her lawyers are also asking the Court to Obtain from the Naftohaz Accounting records regarding the Price for Technical Gas, and the 2006-2009 contracts for the Purchase of Gas by RosUkr and Its Transfer to the company Ukrhaz-Energo. "This Is a moment of truth in the trial - Whether the presiding judge Wants to establish Objective and impartial Information. That is why my lawyers are requesting that the court obtain the documents needed to establish the truth, "said Yulia Tymoshenko.

## LATEST NEWS

Dec 19, 2011, 03:10 am
Ukrainian justice once again
its "independence"

Dec 19, 2011, 01:37 pm
Yulia Tymoshenko expresses
in connection with the death:
Havel

### Original Text:
"Only by comparing these two docu
there were damages.

Show alternative translations

status

Dec 19, 2011, 9 o'clock am
Another Complaint by Yulia t
be considered on the Day of
Ukraine Summit

More News

R


Евгения Тимошенко: над
справедливий апеляцій
процес не залишився
48 people recommend this.


Юлия Тимошенко висло
співчуття у зв'язку зі смер
В
le recommend this.


Підтримайте Юлію Тимо
біля Апеляційного суду
20 people recommend this.

Facebook social plugin