# Exhibit 132

12/19/11                Kyiv Post. Independence. Community. Trust - Politics - Lawyer says over ...

# KyivPost
INDEPENDENCE. COMMUNITY. TRUST



Oleksandr Pla            lawyer for former Ukrainian Prime Minister and Batkivschyna Party le
Tymoshenko, has said that over 200 pages have disappeared from the materials of the Russian g
case. Andrew Kravchenko

### Lawyer says over 200 pages of Tymoshenko case materials 'have disappeared'

Aug 29 at 15:09 | Interfax-Ukraine
Oleksandr Plakhotniuk, a lawyer for former Ukrainian Prime Minister and Batkivschyna Party le
Tymoshenko, has said that over 200 pages have disappeared from the materials of the Russian g
case.

"Some 213 pages have disappeared from the case," he said at a session of Kyiv's Pechersky District Court on Monday.

At the same time, Tymoshenko said that this was the second time that the court had referred to additional materials that had previously been ab

"We see for the second time that there are no documents in the case, to which we refer. This is evidence that the case has been trumped up," s

In response to a statement by the presiding judge, Rodion Kireyev, that la                    ll case materials, the la
          ls from the 5th to the 14th volume.

The court is currently reading out materials from the 14th volume of the case.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 133

12/19/11                          Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko's law...

# KyivPost
INDEPENDENCE. COMMUNITY. TRUST



Tymoshenko's la

lts of the audit of Naftogaz Ukrainy's financial activity by the Ernst &
could be lost. neftegaz.ru

**Tymoshenko's lawyers fear important documents could be lost in case of Naftogaz reor**

Sep 5 at 10:37 | Interfax-Ukraine

The lawyers of former Ukrainian Premier Yulia Tymoshenko have expressed concern that after r
NJSC Naftogaz Ukrainy, an important document containing the results of the audit of Naftogaz l
activity by the Ernst & Young company could be lost.

"We could lose the only copy of the document," Tymoshenko lawyer Oleksandr Plakhotniuk told reporters on Monday.

"We keep reminding people about it every day. This is a financial report on the audit by the Ernst & Young company, and we insist on it [being
materials of the case]. The defense is trying to attach the audit results to the materials of the case."

The lawyer said the document contains proof that Naftogaz Ukrainy did not make a loss in 2009.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 134

Print version: Tymoshenko: key document that charges are based on was...



08.09.2011 14:02 , LAST NEWS



# Tymoshenko: key document that charges are based on wasn't added to case

Batkivshchyna Party leader and former Prime Minister Yulia Tymoshenko believes the court must give a separate assessment to the absence in the case file of the original directive that was issued by her to Naftohaz chairman Oleh Dubyn before talks with Gazprom in 2009, according to the *Official web site of Yulia Tymoshenko*.

"If the main document around which all negotiations are held and the criminal case is formed isn't an original, then what was the Prosecutor General's Office doing? Why didn't they get the original and add it to the case? I would like the court to give a separate assessment to this," Yulia Tymoshenko said today while testifying.

The ex-premier noted that case file doesn't contain original documents with her personal signature. "I don't rule out that the directives in the case file were forged. It is unprecedented when the main document in a criminal case isn't added to the records," she said.

The court has announced a 10-minute technical break

Exhibit 135

12/19/11                        Kyiv Post. Independence. Community. Trust - Politics - European diploma...

# KyivPost
### INDEPENDENCE. COMMUNITY. TRUST



Representatives of the French and Austrian embassies in Ukraine are in <u>court</u> t          lowing the
Prime Minister Yulia Tymoshenko. tymoshenko.ua

**European diplomats attending court hearings on gas case, says Tymoshenko's press se**

Aug 4 at 16:05 | Int        -Ukraine
Representatives from the embassies of France and Austria in Ukraine were present at a court he
<u>criminal case</u> against former Ukrainian Premier and Leader of the Batkivschyna Party Yulia Tym
Pechersky District Court of Kyiv, reads a posting on Tymoshenko's official Web site on Thursda

"Diplomats accredited in Ukraine attend every court <u>hearing</u>. In particular, last week Human Rights Attaché of the U.S. Embassy Matt Stafforc
process in the courtroom," reads the statement.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the <u>www.kyivpost.com</u> material a
                    ll materials contained on this site are protected by copyright la
        lic Media at <u>news@kyivpost.com</u>

All information of the <u>Interfax-Ukraine</u> news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of <u>Interfax-Ukraine</u>.

Design & Development by <u>MEMO.UA</u>

# Exhibit 136

12/19/11

Case 1:11-cv-02794-KMW    Document 23-32    Filed 12/19/11    Page 10 of 42

US Federal Judge: the trial of Yulia Tymoshenko reminds me of a circus - ...

Join Yulia Tymoshenko on Facebook!

# ЮЛІЯ ТИМОШЕНКО
офіційний сайт

**@YuliaTymoshenko:**
Знову прокурори заявили клопотання
запобіжного заходу на арешт. Так хс
заарештувати, що втрачають розум.

HOME    PROEKTUA    NEWS    PRESS    ABOUT    ACHIEVEMENTS    BLOG    GALLERY

Home > News > US Federal Judge: the trial of Yulia Tymoshenko reminds m...

## NEWS & EVENTS

Search

Aug 23, 2011 02:47 pm

# US Federal Judge: the trial of Yulia Tymoshenko reminds me of a circus

Tweet 2     Recommend 2



US Federal Judge Bohdan Futey today called the trial of Yulia Tymoshenko a circus, saying that a trial like this would be impossible in the US.

"From what I saw, and having analyzed what is going on, I think that rule of law in Ukraine is in great danger. Court must be adversarial and that's not the case here," Bohdan Futey told journalists today outside the Pechersk District Court in Kyiv.

Judge Futey said that a similar trial would be impossible in the US and in most European countries where he has participated in trials. He noted that in the US court rules are mandatory for all, but "unfortunately, in the Ukrainian judicial system, particularly in the Pechersk Court, these rules are absent."

In his opinion, the main problem is the failure to implement the Constitution. For example, he pointed to the fact that while the Constitution of Ukraine guarantees trial by jury and relevant laws have been adopted, there is no trial by jury.

He also noted that the Constitution of Ukraine guarantees every citizen the right to health, but the judge is ignoring this right.

In his opinion, the trial of Tymoshenko may undermine public trust in the courts and judicial independence, without which rule of law is impossible. "Rule of law is the cornerstone of democracy, and one of its elements is an independent court," he said.

Report an error on this page

(0) Comments | Other popular topics

---

## PHOTO GALLERY



## LATEST NEWS

Dec 19, 2011, 03:37 pm
Євгенія Тимошенко, моя ма
участь в парламентських
парламентських виборах

Dec 19, 2011, 03:10 pm
Українське правосуддя вко
відсемонструвало свою "н

Dec 19, 2011, 01:37 pm
Юлія Тимошенко висловил
зв'язку зі смертю Вацлава (

Dec 19, 2011, 11:17 am
Yulia Tymoshenko: I don't ne
renovated prison cell

Dec 18, 2011, 11:48 am
European Court of Human Rig
Yulia Tymoshenko's complai
status

More News

R


Євгенія Тимошенко: над справедливий апеляційн процес не залишилося
48 people recommend this.


Юлія Тимошенко висков співчуття у зв'язку зі смер
5
le recommend this.


Підтримайте Юлію Тимо біля Апеляційного суду
20 people recommend this.

Facebook social plugin

# Exhibit 137

Case 1:11-cv-02794-KMW    Document 23-32    Filed 12/19/11    Page 12 of 42

12/19/11                    Ukraine's energy minister called as witness in Tymoshenko case | World |...

RIA NOVOSTI

# Ukraine's energy minister called as witness in Tymoshenko case

http://en.rian.ru/world/20110815/165807569.html

19:38 15/08/2011

A Ukrainian court has satisfied a motion by the prosecutors in the case against the country's former prime minister Yulia Tymoshenko and summoned Energy Minister Yuriy Boiko to testify as witness.

A Ukrainian court has satisfied a motion by the prosecutors in the case against the country's former prime minister Yulia Tymoshenko and summoned Energy Minister Yuriy Boiko to testify as witness.

Tymoshenko was detained on August 5. She is accused of damaging Ukraine's national interests by signing "disadvantageous" gas supply deals with Russia as prime minister in 2009 and faces up to 10 years in prison.

Tymoshenko lawyers have requested that several former members from the cabinet be summoned as witnesses, but this petition was declined.

Currently Ukraine's leading opposition figure, Tymoshenko has denied all the charges against her, saying they are politically motivated.

On Monday, the court once again turned down an appeal from Tymoshenko's lawyers against the court ruling to take her in custody.

© 2010 RIA Novosti

# Exhibit 138

Case 1:11-cv-02794-KMW     Document 23-32     Filed 12/19/11     Page 14 of 42

12/19/11

Court decides to force Yuschenko's former envoy Sokolovsky to attend co...

 **OBSERVER**

| Politics | Ukraine & the World | Economy | Companies | Society | Sport | Eur | 12 |

HOME » POLITICS

# Court decides to force Yuschenko's former envoy Sokolovsky to attend court to testify in gas case

Date: 16 August 2011                                                      PRINT



Pechersky District Court of Kyiv has ruled that the former presidential representative for international energy security, Bohdan Sokolovsky, should be forced to attend court to testify in the criminal case on gas contracts with Russia against former Prime Minister Yulia Tymoshenko.

According to the court ruling, Sokolovsky will be brought to Pechersky District Court by 0930, on Wednesday, August 17.

As reported, Judge Rodion Kireyev, who is presiding over the trial, suggested that Sokolovsky should be forced to come to court, since he had been was repeatedly summoned for questioning but failed to come. On August 10, the former presidential envoy on international energy security, Bohdan Sokolovsky, asked Pechersky District Court not to question him as a witness in gas case until September 1, since he could not appear in court for health reasons.

Tymoshenko and her lawyers opposed the forced attendance of Sokolovsky in court, while the prosecution didn't object to it.

Source: Interfax-Ukraine
**Tags:** Tymoshenko

Добавить комментарий                                              Войти



Комментариев: (0)                           Упорядочить по популярности ▾

✉ Подписаться по e-mail  ⧈ RSS

blog comments powered by DISQUS



### Last news

- Azarov hopes for signing trade deals at Kyiv summit
- Ukrainian prosecutors con Kuchma case
- Lytvyn: Parliament to cons budget for 2012 on Friday
- Ukraine-EU Summit gets
- EU determined to conclud agreement with Ukraine
- Five parties merge with S Ukraine
- Sobolev: Ukraine - EU sur association agreement on
- 62% of young people prot citizenship
- Shevchenko in TOP10 wor 2010
- Azarov: Government to ha budget in a few years
- Prison service: Tymoshen advance about filming in I
- EU-Ukraine summit to foc association, economic inte
- Moody's changes outlook banks to negative from st
- Regions Party: Question o membership now 'purely '
- Yanukovych to take part in on December 19
- US Avaya appoints ex NCF Avaya's Ukrainian office
- Court hearing of Tymoshe her arrest in UESU case p December 21
- Population decline increas
- Kyiv City Council approves to local government for 20
- Yanukovych: EU has no ot but for Tymoshenko case

On topic

# Exhibit 139

12/19/11　　Case 1:11-cv-02794-KMW　Document 23-32　Filed 12/19/11　Page 16 of 42

Kyiv Post. Independence. Community. Trust - Politics - Yushchenko, Soko...

# KyivPost

INDEPENDENCE. COMMUNITY. TRUST



Third Ukrainian President Viktor Yuschenko

### Yushchenko, Sokolovsky arrive in court

Aug 17 at 10:13 | Interfax-Ukraine

Third Ukrainian President Viktor Yuschenko and his former representative for international energy Sokolovsky have arrived at the Pechersky District Court of Kyiv to testify in the case on charges former Prime Minister Yulia Tymoshenko regarding the abuse of <u>office</u> while signing gas supply of Russia in 2009.

On Tuesday, the <u>court</u> ruled to bring Sokolovsky to the courtroom by force, and another summons was sent to Yuschenko.

An Interfax-Ukraine reporter said that the defendant was present in the courtroom.

Tymoshenko's la　　　la Siry and Oleksandr Pla　　　ll her daughter, Yevhenia Carr, are also present in the courtroom. Tymo Oleksandr, is absent.

About 100 supporters and 50 opponents of Tymoshenko are continuing to hold rallies on Khreschatyk Street.

A few dozen journalists stay in the courtyard.

Journalists have learned that Tymoshenko had been brought to court at around 0800.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the <u>www.kyivpost.com</u> material and a maximum extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri of Public Media at <u>news@kyivpost.com</u>

All information of the <u>Interfax-Ukraine</u> news agency placed on this web site is designed for internal use only. Its reproduction or distribution i prohibited without a written permission of <u>Interfax-Ukraine</u>.

Design & Development by <u>MEMO.UA</u>

# Exhibit 140

Case 1:11-cv-02794-KMW     Document 23-32     Filed 12/19/11     Page 18 of 42

12/19/11                    Tymoshenko: Authorities hid the key expert in hospital « For-UA Ukraine E...

# For-UA Ukraine English News

Alternative Review – Comments and discussion on For-Ua News (Ukraine Eglish News)

- Home
- About
- For-ua.com

T                                                                                                    l

Rate This

**News** / 6 September 2011 | 12:32



## Tymoshenko: Authorities hid the key expert in hospital

Judge Rodion Kireyev has denied the defense's request to question Yuriy Maslak, the expert of the Kyiv Forensic Research Institute that headed the commission that prepared the legal and expert findings of the damages allegedly caused by former Prime Minister Yulia Tymoshenko as a result of the singing of gas contracts with Russia in 2009.

"This expert evaluation was done on orders from the prosecutor's office and today they are hiding Yuriy Maslak in a hospital so that he can't testify in court," Yulia Tymoshenko said, demanding that the expert be summoned to testify.

According to the ex-premier, the defense has information that the health of Mr. Maslak allows him to testify in court. "According to our information, Yuriy Maslak is hiding in order not to testify under oath. The prosecutor's office and court are covering up for Yuriy Maslak, who is pretending to be ill to avoid responsibility for this assessment," she said, according to Tymoshenko's official website.

In announcing the petition, the defense insisted on questioning other witnesses that were involving in preparing this expert opinion. "We insist that the court summon all the other experts involved in this evaluation, which wasn't based on accounting documents and mistakenly calculated losses," said Yulia Tymoshenko.

The ex-premier emphasized that the expert assessment was impartial and not based on accounting records, and therefore can't be taken into consideration by the court in this case. "If other experts aren't summoned this will prove that the court is covering up the truth in this case and is trying to violate our rights, that it is trying to tailor this trial to the ordered verdict," said Yulia Tymoshenko.

Case 1:11-cv-02794-KMW    Document 23-32    Filed 12/19/11    Page 19 of 42

12/19/11                 Tymoshenko: Authorities hid the key expert in hospital « For-UA Ukraine E...

After announcing the decision not to question Yuriy Maslak, the judge said that all other applications by the defense regarding ordering additional expert opinions, questioning experts and witnesses "repeat motions filed earlier, which were already considered by the court."

Given that the judge changed the order of the trial, Judge Rodion Kireyev proposed that Yulia Tymoshenko testify next. "We request a 30-minute break to allow the defense to prepare for this answer, given that the court has changed the order of examination of evidence," said Mykola Siryi.

*ForUm*

**Like this:**          Like   Be the first to like this post.

This entry was posted on Tuesday, September 6th, 2011 at 09:32 and is filed under For-Ua News. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

## Post navigation

« Previous Post Next Post »

## Leave a Reply

Enter your comment here...

Fill in your details below or click an icon to log in:

Email (required)                                                        (Not published)

Name (required)

Website

Notify me of new posts via email.                                    Post Comment

# Exhibit 141

12/19/11    Case 1:11-cv-02794-KMW    Document 23-32    Filed 12/19/11    Page 21 of 42

Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko lawy...

# KyivPost
INDEPENDENCE. COMMUNITY. TRUST



Oleksandr Pla _____ refuses to attach proof of her innocence to case

### Tymoshenko lawyer says court refuses to attach proof of her innocence to case

Sep 1 at 17:53 | Интерфакс

Former Ukrainian Prime Minister Yulia Tymoshenko's defense team is outraged by the fact that declined its motion on attaching documents proving, in their view, her innocence in the case deali Ukrainian-Russian gas supply agreements.

"The defense team has filed a motion on calling for certain documents and attaching them to the Oleksandr Plakhotniuk told journalists on Thursday outside the Pechersky District Court building, where Tymoshenko's trial is continuing.

"You know, I can't understand why the prosecutors have been protesting so vigorously against attaching these documents to the case," he said.

The prosecutors might "fear" the contents of these documents, because they prove Tymoshenko's innocence, Pla

l process is equal a                    l, why protest? The court should call for these documents and attach them to the criminal case. V them, and the prosecutors will examine them, and then we can assess these documents realistically. And the court will have the chance not only documents the prosecutors gathered during the pretrial investigation, but also those the defense sees as proofs of Tymoshenko's innocence," Pl

The Ukrainian Prosecutor General's Office has accused Tymoshenko of abuse of office in concluding the gas contracts with Russia in 2009, wl caused damages exceeding 1.5 billion hryvni to the state. The court started hearing the gas case on June 24. Tymoshenko was arrested at a co August 5.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 142

Case 1:11-cv-02794-KMW   Document 23-32   Filed 12/19/11   Page 23 of 42

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics - Kireyev refuses to...

# KyivPost
INDEPENDENCE. COMMUNITY. TRUST



The trial of Ukrainian ex-Premier Yulia Tymoshenko on Thursday started with the consideration the state prosecution and Tymoshenko's defense. AP

**Kireyev refuses to let TV broadcasting of gas case trial resume**

Sep 8 at 11:30

The trial of Ukrainian ex-Premier Yulia Tymoshenko on Thursday started with the consideration the state prosecution and Tymoshenko's defense.

Prosecutor Oleksandr Mykytenko filed several petitions on attaching new evidence to the materials of the gas case; copies of the instruction on criminal case against Tymoshenko in Russia in 2005

a reference from NJSC Naftogaz Ukrainy dated 2009 on the volumes of technical gas, a CD with videos of Tymoshenko's statements about the gas reserves in Ukraine in early 2009, and several articles from the media about actions of Ukraine's third President Viktor Yuschenko to resol

In addition, the prosecution asked the judge to attach to the gas case a document with the results of an audit at Naftogaz Ukrainy carried out b International Audit Company. Earlier, Tymoshenko's defense filed the same petition several times. The state prosecution also insisted on attach license on forensic economical examination.

Tymoshenko lawyer Yuriy Sukhov at the beginning of the hearing asked the court to consider the possibility of resuming TV broadcasting of th the media to the hearings. Judge Rodion Kireyev refused to consider the petition.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 143

Case 1:11-cv-02794-KMW     Document 23-32     Filed 12/19/11     Page 25 of 42

12/19/11                Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko expe...

# KyivPost
INDEPENDENCE. COMMUNITY. TRUST



Rodion Kireyev ordered that Yulia Tymoshenko be removed from the courtroom on Friday. tym

### Tymoshenko expelled from courtroom for one sitting

Jul 15 at 11:14 | Kyiv Post
Chair judge of Pechersk District Court of Kyiv Rodion Kireyev ordered that Ukraine's former P
Tymoshenko, the defendant in a gas supply case, be removed from the courtroom on Friday.

Tymoshenko was removed from the courtroom for one sitting, her official website reports. It too
judge persuaded Tymoshenko to stand up and make a statement.

"Her behavior demonstrates contempt of court," Kireyev said.

"Your actions are aimed at delaying the trial and violate the norms of the Criminal Procedure Code," the judge said.

Bickering between the judge and the defendant over the need to stand up in court continued for almost an hour and a half after Pechersky Distr
its sitting on Friday. Tymoshenko flatly refused to stand up in court.

Tymoshenko made another request today to dismiss Kireyev from her case.

"I want to call for the disqualification of the presiding judge for unlawful acts, based on article 54 of the Criminal Procedure Code," Tymoshenk
today's court hearing.

She once against stated that her rights and fundamental freedoms are being violated by the court.

"I'm not being given the opportunity to defends myself, express my position, or apply the norms of the Constitution. I ca

.k          .ua

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 144

Home    News    Press-center    Agency    Goods and services    Order for Clients

Main new

### Tymoshenko: my form of protest is not to stand in biased court

Ukraine's Former Prime Minister and leader of Batkivschyna Party Yulia Tymoshenko is outraged at the actions of Judge Rodion Kireyev, who ordered her removed from the courtroom for contempt of court on Friday.

"I have the right to protest, in all ways that are not directly forbidden by law. And my protest is not to stand up before a biased court, which executes the illegal orders of Ukraine's president and is doing away with me," she told reporters after leaving the building of Pechersky District Court.

Tymoshenko also said that Judge Kireyev was violating the constitution and laws of Ukraine.

"The judge's actions are unprecedented, he has now started considering the case without me, w
ly violating Article 262 of the Criminal Procedure Code, according to which my presence in the courtroom is obligatory," he said.

The ex-premier also said that she wouldn't stop protesting and that after being expelled from the court she will go to her party's office.

<<< back                                                                                          15.07.2011



The section latest news

### Tymoshenko case shows politicization of Ukraine's judicial system
15:43  19.12.2011
President of the European Council Herman Van Rompuy has said that that European Union is concerned about the politicization of the Ukrainian courts.
M

### Van Rompuy: Talks on association agreement between Ukraine, EU completed
15:33  19.12.2011
EU Council President Herman Van Rompuy has said that the talks between Ukraine and the EU on the Association Agreement have been completed.
M

### Fifteenth Ukraine-EU Summit starts in Kyiv
13:23  19.12.2011
The Fifteenth Ukraine-EU Summit has started in Kyiv.
M

### Ukrainian Green Party to participate in 2012 parliamentary elections
13:54  19.12.2011
The Ukrainian Green Party will participate in the parliamentary elections in 2012.
M

### Ukrainian prosecutors contest closure of Kuchma case
13:08  19.12.2011
The Ukrainian Prosecutor General's Office has filed an appeal contesting the decision made by Kyiv's Pechersky District Court, which reversed the decision to open a criminal case against ex-president Leonid Kuchma, who was charged in the killing of journalist Georgy Gongadze, Prosecutor General's Office spokesman Yuriy Boichenko told Interfax-Ukraine on Monday.
M

### Meeting between presidents of Ukraine, EU Council and European Commission begins in Kyiv

12:35  19.12.2011
A meeting between Ukrainian President V tor Yanukovych, President of the European Council Herman Van Rompuy and European Commission President Jose Manuel Barroso has started in Kyiv.
M

Mai
Headlines are publist
Subscribe now to rea
timenews,

Press

PRESS RELEAS
lead to bankrup
shopping mall

Painting by Gah
sold at MacDou
house

PRESS RELEAS
in Ukraine shop
authorities syst

Ukrainian mage
most objective

Press-c

Law on land ma
Ukraine's invest
expert

IFC critical abo
Land Bank in Uk

Ukraine should
loading of its ga
say experts

Kliuyev likes the
release of new
band's leader s

# Exhibit 145

Case 1:11-cv-02794-KMW    Document 23-32    Filed 12/19/11    Page 29 of 42

12/19/11                   [Ukraine's Tymoshenko Ordered Out Of Courtroom] - [Radio Free Europe...


**RadioFreeEurope
RadioLiberty**

Print:  🖨   ☑ Include Comments (1)
ADJUST FONT SIZE:

July 15, 2011

# Ukraine's Tymoshenko Ordered Out Of Courtroom

A judge has barred Ukrainian opposition leader Yulia Tymoshenko and her defense team from attending her trial over what the judge said was her "disrespectful" attitude toward the court.

The decision came after a heated courtroom exchange with the former prime minister, who has been refusing to stand up in the judge's presence since her trial for abuse of power began in June.

Tymoshenko will be allowed to attend the next hearing, but television crews have been barred from broadcasting witness testimony in the trial.

The trial has opened on June 24 and Tymoshenko has frequently accused the judge of being in the pay of President Viktor Yanukovych, her former rival for Ukraine's presidency.

Tymoshenko is accused of abuse of power over a contract she signed with Russian Prime Minister Vladimir Putin after a brief interruption of gas deliveries from Russia in early 2009.

*compiled from agency reports*

Radio Free Europe/Radio Liberty © 2011 RFE/RL, Inc. All Rights Reserved.

http://www.rferl.org/content/ukraine_tymoshenko_thrown_out_of_court/24266930.html

# Exhibit 146

# KyivPost
### INDEPENDENCE. COMMUNITY. TRUST



Attorney Oleksiy Bahanets announces petition in the hall of Pechersk district court of Kyiv. nso.(

**Lutsenko removed from courtroom because of misconduct**

Jul 14 at 11:49 | Kyiv Post

The Pechersky District Court of Kyiv has decided to remove former Interior Minister Yuriy Luts
courtroom for one day, Our Ukraine-People's Self-Defense MP Oles Doniy has said.

"The judge decided to remove Yuriy Lutsenko from the courtroom for one meeting," he told jour
Thursday.

The court took the decision as Lutsenko had made improper statements with respect to the court? reads NSO.org.ua.

Journalists were not allowed to attend today's court session.

Lutsenko believes that the Pechersky District Court of Kyiv is violating his constitutional r                -People's Self-Defense MP Oles [

"According to Lutsenko, he was denied his constitutional r                                  ll journalists," Doni

Doniy said that the court had rejected Lutsenko's petition to call the jury to account and change the measure of restraint against him.

He noted that the court had also refused to allow MP Hennadiy Moskal t                    la      .

Doniy said that the court had rejected Lutsenko's petition to invite all of the witnesses for the defense to a court meeting.

He said that the court had also refused to change the presiding judge and close criminal proceedings because of unfounded charges.

The court ignored Lutsenko's request to send the criminal case for further investigation and refused to make the trial public, he added.

**Читайте об этом на www.kyivpost.ua**

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 147

Case 1:11-cv-02794-KMW    Document 23-32    Filed 12/19/11    Page 33 of 42

12/19/11                Kyiv Post. Independence. Community. Trust - Politics - Court bans photo-...

# KyivPost

INDEPENDENCE. COMMUNITY. TRUST



Yuriy Lutsenko and Vyachesla        lenko in Pechersky District Court of Kyiv nso.org.ua

**Court bans photo-, video-, audio-recording of Lutsenko trial until verdict given**

Jul 14 at 11:40 | Kyiv Post
The Pechersky District Court of Kyiv has banned the photo-, video- a         -r

_____ contained secret information, according to NSO.org.ua a     Interfax.

Lutsenko and his driver Leonid Prystupliuk were charged with the misappropriation of Hr 360,000 in state property and fraud on Dec. 13, 20
also charged with abuse of office.

The former interior minister, who is currently being held in a detention facility, was detained near his home on Dec. 26, 2010.

On Dec. 27, a court ordered his arrest on the grounds that he had been dodging questioning in violation of his written pledge not to leave Kyiv.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 148

Case 1:11-cv-02794-KMW   Document 23-32   Filed 12/19/11   Page 35 of 42

12/19/11                Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko face...



# KyivPost
INDEPENDENCE. COMMUNITY. TRUST

Former Ukrainian Prime Minister Yulia Tymoshenko, right, consults with her la
looks on during a pre-trial hearing at the Pecherskiy District Court in Kiev,
2011. Ukraine's former prime minister, Yulia Tymoshenko, went on trial Friday in a case that ha:
the West over the government's commitment to democracy and the rule of law. Tymoshenko, no
leader, has been charged with abuse of office in signing a deal with Moscow to buy Russian natu
investigators said were too high. She denies the charges, and describes them as a political plot b'
President Viktor Yanukovych, to keep her out of upcoming parliamentary and presidential electi

**Tymoshenko faces abuse-of-office trial (updated)**

J                    | Associated Press

Ukraine's former prime minister Yulia Tymoshenko went on trial Friday on charges of abuse of office, insisting during a chaotic hearing in a sma
courtroom that the case is a plot by the nation's president to keep her out of politics.

Tymoshenko, 50, clad in a beige suit with her signature blond braid wrapped around her head, said President Viktor Yanukovych is seeking to
upcoming parliamentary and presidential elections as a convicted felon.

But the 2004 Orange Revolution heroine, now the country's top opposition leader, said she would not be quiet: "My voice will be even louder :
because the whole world will hear me."

Confusion reigned in the crammed, poorly air-conditioned courtroom. Tymoshenko's supporters continuously disrupted proceedings, ignoring t
to respect the court.

They shouted "Shame, shame!" through a loudspeaker, and insulted the court and authorities, including calling one of the prosecutors a witch. C
water to twice douse a pro-government lawmaker, a fierce opponent of Tymoshenko who came to support the prosecution, then insisted it wa
Tymoshenko's supporters also scuffled briefly with a small group of Tymoshenko's opponents who were forced out of the room.

More than 100 journalists, supporters and opponents packed the hall in Kiev's Pechersk district court. Most attendees had to climb on top of i
benches to see and hear the proceedings and took turns standing near a window for fresh air. Sweat dripped from Judge Rodion Kireyev's fac
wet.

Tymoshenko's lawyer, Serhyi Vlasov, pleaded with the court for a short break to change into a new shirt because his was soaking wet. A youn
courtroom briefly fainted and was escorted out.

The United States and the European Union have condemned the cases against Tymoshenko and a number of her top allies as selective prosecu
opponents.

"When the senior leadership of an opposition party is the focus of prosecutions out of proportion with other political figures, this does create th
political motive," U.S. State Department spokeswoman Victoria Nuland said.

Jose Manuel Pinton Teixeira, the EU's ambassador to Ukraine, who attended the trial together with a group of other foreign diplomats, said the
courtroom were horrendous. "I cannot give a political assessment of this case, but the conditions of this trial are inhumane," Teixeira told report
out.

Tymoshenko has been charged with abuse of office for signing a deal with Moscow in 2009 to buy Russian natural gas at prices investigators s
and without authorization to sign the deal by the members of her Cabinet. Prosecutors say her actions have cost the government 3.5 billion hry\
or euro310 million) in damages.

Tymoshenko denies the charges, saying that she didn't need such permission as the premier and that the deal ended a bitter pricing war with M
disruptions in natural gas supply across Europe.
Tymoshenko, who carried an Orthodox Christian icon and a prayer book into the courtroom, refused to stand up when addressing the judge, a
the court was not worthy of her respect.

"I declare you a puppet of the presidential office," Tymoshenko told the judge. "You don't have the right to consider this case. You are fully int
system of political repression directed by authorities."

Tymoshenko was the central figure in the 2004 mass protests dubbed the Orange Revolution that threw out Yanukovych's fraud-t

Kyiv Post. Independence. Community. Trust - Politics - Tymoshenko face...

endless bickering in the Orange camp and she lost to Kremlin-friendly Yanukovych in the 2010 presidential election.

Many Tymoshenko allies also have faced official charges recently, which she describes as part of the government's efforts to weaken the oppo:

Her former economics minister, who faced corruption allegations over the reconstruction of Kiev's airport, was granted political asylum in the C January. The former interior minister has been in jail for six months on charges that he defrauded the government when he hired a driver who w him illegal bonuses.

David J. Kramer, executive director of the Washington-based democracy watchdog Freedom House, said the case against Tymoshenko "sugg by the Prosecutor General's office to find something, anything to go after her."

"They don't seem to be taking ... as aggressive an approach to others, including current government officials," he told The Associated Press.

Few think that Tymoshenko could be sentenced to prison, but observers say a suspended sentence would also keep her out of the next year's elections and the 2015 presidential vote.

"I think that it is aimed to make politics devoid of competition, as Yanukovych wants, to liquidate the opposition, to liquidate any dissent," Tym reporters during a break in the court session.

The court rejected several motions by Tymoshenko's defense team, including to dismiss the judge and send the case back to the prosecutors. 1 requested to be tried by a jury; the court has yet to rule on that plea.

The trial will continue Saturday.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 149

# KyivPost

INDEPENDENCE. COMMUNITY. TRUST



Yulia Tymoshenko's supporters say they fear she could get infected with tuberculosis in jail, as p
with tuberculosis are kept in a medical units near her.

### Tymoshenko's team fear she could get tuberculosis in jail

Sep 19 at 14:57 | Interfax-Ukraine

Supporters of Ukrainian ex-Premier Yulia Tymoshenko say they fear she could get infected with
as prisoners diagnosed with tuberculosis are kept in a medical units near her.

"On Friday we found out that practically behind the wall of Yulia Volodymyrivna's cell there is a
trial center, in which people in the infectious phase of tuberculosis are kept," Tymoshenko's former lawyer Serhiy Vlasenko said at a briefing on

"This seriously endangers the life and health of Yulia Tymoshenko, as she is weak due to a disease and staying in the cell," he said.

When asked about the health condition of the formed premier, Vlasenko said, "I did not notice any significant improvement in her health on Fri

According to the lawyer, Tymoshenko has a fever. At the same time, he did not say what she was suffering from, saying that he was not a doct

Читайте об этом на www.kyivpost.ua

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.k_____ material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

# Exhibit 150

12/19/11                    Kyiv Post. Independence. Community. Trust - Politics - Ukraine's ombuds...

# KyivPost
INDEPENDENCE. COMMUNITY. TRUST



In this photo made available by Tymoshenko's Press Service and taken on a mobile phone Ukra
Minister Yulia Tymoshenko speaks to Rodion Kireyev, left, the judge of the Pechersky District (
court room in Kyiv on Aug. 22. Judge Kireyev on Monday again denied Ukrainian former Prime
Tymoshenko's request to call her personal physician to examine her. AP

### Ukraine's ombudsman confirms Tymoshenko's illness

Sep 17 at 17:00 | Interfax-Ukraine

Ukrainian Human Rights Commissioner Nina Karpachova has confirmed that former Prime Mini
Tymoshenko is indeed sick and that she is being held in the same conditions as other inmates at the Lukyanivsky pretrial detention center.

"I met with Ms. Yulia Tymoshenko yesterday. It is true that she is ill now," Karpachova said at a press conference in Kyiv on Friday.

Tymoshenko is experiencing "throat problems and can hardly speak," Karpachova said. In addition, she said it was obvious that "she has a few

Tymoshenko is sharing a cell with three other women. "All the bunks are occupied, some of the women being in transit [placed there briefly on
prison to another]," she said.

The cell in which Tymoshenko is being held is about 12–14 square meters in size with quite a big bathroom, Karpachova said. "There is little fir
This cell was earlier used as a utility room," she said.

Hence, the conditions in which Tymoshenko is being held "are not luxurious, because all the bunks there are occupied," although there is a fridg
the cell, "which is not prohibited."

Karpachova said her meeting with Tymoshenko lasted for more than an hour and a half. "We had a serious conversation on problems of inmate
trying to insist that her arrest was unlawful," she said.

Karpachova said the ex-premier had asked her to inform not only the political leadership but also the public about this.

The human rights commissioner said she again asked Justice Rodion Kireyev presiding at Tymoshenko's trial to allow Tymoshenko's doctor to

"She [Tymoshenko] yesterday once again signed a paper confirming her refusal to be examined by Health Ministry officials," Karpachova said.

Tymoshenko is insisting on being examined and treated by her personal doctor, Karpachova said. "She is entitled to medical examination but h
of this right," she said.

Karpachova also pointed to a low level of medical services at the Lukyanivsky detention center. In particular, 47 inmates suffering from active
currently held at the infirmary, she said. Since the detention center is overcrowded, some inmates have to receive medical aid right in the cells, :

"This directly threatens not only the inmates' but also the detention center personnel's health," she said.

Karpachova suggested that the Lukyanivsky detention center is overcrowded as the law enforcement officials and judges overuse arrest as a p
measure. While the facility is designed for 2,850 inmates, 3,800 are actually being held there now, she said.

<<< back

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum
extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the pri
of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution i
prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Exhibit 151

Case 1:11-cv-02794-KMW    Document 23-32    Filed 12/19/11    Page 42 of 42

12/19/11                U.S. supports Senator McCain, EPP leader Martens' call for release of Ty...

**ALL All Headline News**

Advertisement

# U.S. supports Senator McCain, EPP leader Martens' call for release of Tymoshenko

Advertisement

Advertisement

*The United States on Tuesday threw its weight behind a call by the U.S. Senator John McCain (R-AZ) joined European People's Party (EPP) President Wilfried Martens urging Ukrainian authorities to release former Prime Minister and political opposition leader Yulia Tymoshenko on bail:*

| | | | |
|---|---|---|---|
| Source: | (AHN) | Reporter: | Tejinder Singh |
| Location: | Washington, D.C., United States | Published: | August 30, 2011 03:38 pm EDT |
| Topics: | Politics, Human Rights, Politics, Diplomacy, International Relations, Politics, Poitics, Political Development | | |

The United States on Tuesday threw its weight behind a call by the U.S. Senator John McCain (R-AZ) joined European People's Party (EPP) President Wilf

lease former Prime Minister and political opposition leader Yulia Tymoshenko on bail.

Answering a question at the briefing, Victoria Nuland, the State Department spokesperson told journalists, "We have concerns," adding, "We want to ensure that it is not politically motivated."

Earlier Senator McCain and EPP President Martens in a statement called on, "the (Ukrainian) authorities to release on bail Yulia Tymoshenko. We expect that her bail conditions will be on par with the bail standards of countries of the European Union, which Ukraine seeks to be associated with."

The duo also urged the authorities, "to allow Yulia Tymoshenko to exercise her constitutional right to be examined by a doctor of her choice."

In the statement the two conservative leaders said, "Ukraine has just celebrated twenty years since its independence fr       t rule. During these years, the Ukrainian people have been working hard to consolidate democratic freedoms and to anchor their country in Euro-Atlantic structures."

Citing "Ukraine's membership and current chairmanship of the Council of Europe -- the pan-Eur       tion that promotes human rights, democratic development, and the rule of law," as "a great achievement of the Ukrainian nation," the two leaders noted, "Yet, today we are witnessing certain practices fr       the Ukrainian authorities that are reminiscent of pre-independence rule."

"The current trial of former Prime Minister Yulia Tymoshenko and the judicial practices surrounding this trial, is increasingly seen as selective prosecution of members of the opposition in Ukraine," McCain and Martens said in their statement.

Tymoshenko was arrested for contempt of court on August 5 in her ongoing trial on charges of abuse of power. Tymoshenko and her supporters say the trial is a vendetta pursued by political rival President Viktor Yanukovych.

Copyright © 2011 AHN - All rights reserved.Content including text, photos, v       , audio, graphics and logos may not be used for commercial purposes, reproduced, published, broadcast, rewritten for broadcast or publication or redistributed directly or indirectly in any medium without permission and license from AHN.