

# MILLER CHEVALIER

Richard A. Hibey
Member
(202) 626-5888
rhibey@milchev.com

February 21, 2014

VIA ECF

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Tymoshenko v. Firtash et al.*, Civil Action No. 11-02794 (KMW)

Dear Judge Wood:

      I write to advise the Court of the Supreme Court's recent decision in *Daimler AG v. Bauman*, 134 S. Ct. 746 (2014), which is relevant to the Court's analysis should it reach the issue of its jurisdiction over Defendant Paul Manafort in the above-captioned case.

      Sincerely,

      Richard A. Hibey

cc: Counsel of Record, via ECF

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com

1413465.1