Для:        Пола Манафорта

От:         Грегори Крейга

Тема:       Просьба о предоставлении информации ГПУ

Дата:       24 августа 2012 г

Как я объяснил Вам в ходе нашего сегодняшнего разговора, мы ожидаем предоставления информации из офиса Генерального Прокурора Украины по вопросам, касающимся периода с 24 мая по 4 июля 2011 года. Основной вопрос заключается в том, были ли в течение этого периода факты, свидетельствующие о том, что команде защитников Тимошенко создавали помехи в подготовке к суду в связи с требованиями следователей или юристов Генпрокуратуры о встрече с г-жой Тимошенко и ее допросе.

Если быть более конкретным, мы попросили Генпрокуратуру дать нам время и даты всех встеч, которые следователи или юристы, представляющие сторону обвинения провели с г-жой Тимошенко и/или ее юристами в период с 24 мая по 4 июля 2011 года.

Я буду благодарен за помощь в ускорении получения этой информации.