**Translation Cloud LLC**
121 Newark Ave, 3FL, Jersey City, NJ 07302
Phone: (800) 790-3680, Fax: (212) 537-6674

*Translated from Russian*

To:      Paul Manafort

From:    Gregory Craig

Subject: Request to the Prosecutor-General's Office of Ukraine to provide information

Date:    24 August 2012

As I explained to you during our conversation today we expect to receive information from the Prosecutor-General's Office of Ukraine regarding issues related to the period from 24 May to 4 July 2011. The main question is if there were any facts that confirm hindering the team of Timoshenko's defense lawyers in their preparations for the court hearing in regards to requests from Prosecutor-General's investigators or attorneys to meet and interrogate Mrs. Timoshenko.

To be more specific, we asked the Prosecutor-General's Office to provide the dates and times of all meetings between prosecutor investigators or attorneys and Mrs. Timoshenko and/or her lawyers that took place during the period from 24 May to 4 July 2011.

I will appreciate help with expediting the request to obtain this information.

**Translation Cloud LLC**
121 Newark Avenue, 3rd Floor, Jersey City, NJ 07302
Phone: (800) 790-3680, Fax: (212) 537-6674

## Translation Certification

| Translation of "Legal Document" from __Russian__ to English language |
|---|

We, Translation Cloud LLC, a professional translation company, hereby certify that the above-mentioned document has been translated by an experienced and qualified professional translator and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, Translation Cloud LLC assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

_Kavita Ramgahan_
Kavita Ramgahan, Project Coordinator
Translation Cloud LLC
Dated: April 4, 2014

**MATTHEW BRAMOWICZ**
**NOTARY PUBLIC OF NEW JERSEY**
**ID # 2430791**
**My Commission Expires 3/5/2018**

Notarization:

Sworn and subscribed before me this date April 4, 2014

_____, Jersey City, New Jersey
(Notary Public)

*Page 2 of 2*