---------- Forwarded message ----------
From: **Sergiy** <vlasenko.sergiy@gmail.com>
Date: 2012/6/22
Subject: Fwd:
To: Alex T Haskell <Alex.Haskell@skadden.com>
Cc: Gregory B Craig <Gregory.Craig@skadden.com>


That was a mistake in the text of my e-mail in P.s. Text: If Lavrinovich was NOT right, the anti corruption proceedings according to the ukrainian law could be violated

Sergiy

Отправлено с iPad

Начало переадресованного сообщения:

**От:** Сергій Власенко <vlasenko.sergiy@gmail.com>
**Дата:** 22 июня 2012 г. 15:28:25 Восточноевропейское летнее время
**Кому:** "Haskell, Alex T" <Alex.Haskell@skadden.com>
**Копия:** "Craig, Gregory B" <gregory.craig@skadden.com>

Hello, Grag and Alex!
Today we have a very strange situation in the parliament. Answering on the questions of the Ukrainian MPs, Minister of Justice Lavrinovich told that there were no tender proceedings when they hire Skadden, because the whole contract with your law firm is less than 100 000 hrivnas. For you to understand, that is less than 13 000 (thirteen thousand) USD.  As for me that sounds a little bit funny: 2 highly ranked partners of Skadden and some associates are working for more than a month on the case for 13 K ? Is it true? Could you approve this? I think that only travel expenditures  are "a little bit more" than 13 000 USD.

Best regs.,
Sergiy

P.s. I am asking that questions, because if Lavrinovich was right, the anti corruption proceedings according to the ukrainian law could be violated. May be the same by the US law? I don't know.


That's the link:     http://glavcom.ua/news/83583.html