UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

YULIA TYMOSHENKO, et al.

Plaintiff,

Case No.  11 Civ. 2794 (KMW)

-against-

DMYTRO FIRTASH, et al.      Defendant.
----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Robert A. de By**

FILL IN ATTORNEY NAME

My SDNY Bar Number is: RD-6197          My State Bar Number is NYSB 2454924

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Connon Wood Scheidemantle LLP
            FIRM ADDRESS:  35 East Union Street, Suite C, Pasadena, CA  91103
            FIRM TELEPHONE NUMBER:  (626) 638-1762
            FIRM FAX NUMBER:  (626) 792-9304

NEW FIRM:   FIRM NAME:  Connon Wood LLP
            FIRM ADDRESS:  35 East Union Street, Suite C, Pasadena, CA  91103
            FIRM TELEPHONE NUMBER:  (626) 638-1762
            FIRM FAX NUMBER:  (626) 792-9304

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: April 16, 2014                    /s/ Robert A. de By
                                         ATTORNEY'S SIGNATURE