UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YULIA TYMOSHENKO and JOHN DOES 1
through 50, on behalf of themselves and all those
similarly situated,

                        Plaintiffs,

        -against-

DMYTRO FIRTASH, et al.,

                        Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/20/2014

11-CV-2794 (KMW)
ORDER

KIMBA M. WOOD, U.S.D.J.:

        On March 3, 2014, Plaintiffs informed the Court that, "[f]ollowing the recent change of government in Ukraine, certain documents have come to light that, upon information and belief, will provide plaintiffs with significant additional evidentiary support with regard to the legal issues raised in the pending motion to dismiss." (Letter from Plaintiffs' Counsel to Judge Wood, dated March 3, 2014, at 1). Plaintiffs requested "a 90 day period to provide the Court with further support for their opposition to the pending motion to dismiss and/or plaintiffs' application to further amend their pleadings." (*Id.*).

        On March 5, 2014, the Court granted Plaintiffs' request. [Dkt. No. 101]. Later that day, Defendants submitted a letter requesting that the Court reconsider its Order. (Letter from Defendants' Counsel to Judge Wood, dated March 5, 2014, at 1). Defendants wrote that Plaintiffs made their original request without conferring with Defendants or advising them that the filing was forthcoming. (*Id.*). Defendants asked that the Court proceed to rule on their motion to dismiss, or, in the alternative, limit the time granted to Plaintiffs to 30 days. (*Id.* at 2). In response to this letter, the Court ordered Plaintiffs to file a memorandum explaining the

1

import of the newly discovered documents, and attaching the documents and English translations thereof, by April 4, 2014; Defendants were ordered to file a response by April 18, 2014; Plaintiffs were ordered to file a reply, if any, by April 25, 2014. [Dkt. No. 103]. The Court allowed discovery to continue "until further notice." (*Id.*).

The Court finds that Plaintiffs' memoranda and exhibits fail to show that the newly discovered documents are likely to provide "significant additional evidentiary support with regard to the legal issues raised in the pending motion to dismiss." (Letter from Plaintiffs' Counsel to Judge Wood, dated March 3, 2014, at 1). The Court acknowledges that this is partially because Plaintiffs have not yet obtained copies of certain documents and are still reviewing other newly discovered documents. The Court therefore grants Plaintiffs until June 20, 2014, to provide additional support for the pending motion to dismiss. Defendants may submit a response by June 30, 2014. No reply is required.

SO ORDERED.

Dated: New York, New York
May **20**, 2014

                                                             /s/ Kimba M. Wood
                                                             Kimba M. Wood
                                                       United States District Judge