

**MILLER CHEVALIER**

Richard A. Hibey
Member
(202) 626-5888
rhibey@milchev.com

June 25, 2014

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Tymoshenko v. Firtash et al.*, Civil Action No. 11-02794 (KMW)

Dear Judge Wood:

      Plaintiffs in the above-captioned case requested an extension of time within which to provide documents recovered at the time of the overthrow of the former president of the Ukraine that on their information and belief would provide an evidentiary basis for amending once again the Complaint. That request was granted and plaintiffs produced certain recovered documents as exhibits in support of their position.

      The Court found that plaintiffs' memoranda and exhibits "fail[ed] to show that the newly discovered documents [were] are likely to provide 'significant additional evidentiary support with regard to the legal issues raised in the pending motion to dismiss.'" DE111 Nonetheless, the Court extended to June 20, 2014 the time for plaintiffs to produce additional support for their position.

      Defendants note that the June 20, 2014 deadline has passed and no additional documents were produced by the plaintiffs. Therefore, we respectfully suggest the motion to dismiss filed on December 2, 2013 is decisional.

                              Sincerely,

                                Richard A. Hibey

cc: Counsel of Record, via ECF

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com
1435035.1