**McCallion & Associates, LLP**
100 Park Avenue, 16th Floor, New York, NY 10017
Telephone: 646-366-0880 / Facsimile: 646-366-1384
www.mccallionlaw.com

**Kenneth F. McCallion**
kfm@mccallionlaw.com

**VIA ECF**

June 26, 2014

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street- Courtroom 9A
New York, New York 10007

Re: Tymoshenko v. Firtash et al
Index No. 11 Civ. 02794 (KMW)

Dear Judge Wood:

I am responding to defense counsel's letter of June 25, 2014 to the Court.

At this point, plaintiffs have filed with the Court all recently-obtained documents obtained from our clients. We appreciate the fact that the Court permitted us the opportunity to do so. Plaintiffs' efforts to review and decipher the mass of documents obtained following the recent regime change in Ukraine have been severely hampered by the political uncertainties and military threats facing the newly elected administration of Ukraine, but we have provided whatever documents appeared to be relevant within the limited time allotted.

Although plaintiffs firmly believe that the Court previously had before it a sufficient evidentiary basis for denial of defendants' motion to dismiss, we also think that the supplemental documentation that has been recently provided further strengthens plaintiffs' opposition to the issues raised in defendants' motion.

Respectfully submitted,

/s/
Kenneth F. McCallion

cc: All other counsel