USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YULIA TYMOSHENKO and JOHN DOES 1
through 50, on behalf of themselves and all those
similarly situated,

                           Plaintiffs,

       -against-

DMYTRO FIRTASH, et al.,

                           Defendants.
-----------------------------------------------------------X

11-CV-2794 (KMW)
ORDER

WOOD, U.S.D.J.:

Currently pending before the Court is a motion to dismiss the Second Amended Complaint filed by Defendants Paul Manafort, Brad Zackson, CMZ Ventures, LLC, the Dynamic Group, Barbara Ann Holdings, LLC, and Vulcan Properties, Inc. After this motion became fully briefed, the Second Circuit issued a decision in *European Cmty. v. RJR Nabisco, Inc.*, 11-2475-CV, 2014 WL 1613878 (2d Cir. Apr. 23, 2014), *as corrected* (Apr. 29, 2014), concerning the extraterritorial application of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961–1968. The Court directs the parties to address the following question by letter to the Court: To what extent, if any, does *RJR Nabisco, Inc.* affect the arguments raised in the pending motion to dismiss? Plaintiffs shall submit their letter by Tuesday, August 12, 2014, at 12:00 pm. Defendants shall submit their response by Tuesday, August 19, 2014, at 12:00 pm. No reply is necessary.

     SO ORDERED.

Dated: New York, New York
         August 4, 2014

                                                        Kimba M. Wood
                                                        United States District Judge