**THIRD AMENDED COMPLAINT - LIST OF EXHIBITS**

1. *Group DF Home*, Group DF: The Firtash Group of Companies (Aug. 29, 2011), *available at* http://www.groupdf.com/; *Group DF About*, Group DF: The Firtash Group of Companies (Aug. 29, 2011), *available at* http://www.groupdf.com/about.asp.

2. FBI – 10 Most Wanted Poster – Simon Mogilevich

3. Superseding Indictment, *United States v. Mogilevich,* No. 02-157 (E.D. Pa. February 26, 2003) (Dkt. No. 7).

4. *U.S. Embassy Cables: Gas Supplies Linked to Russian Mafia*, The Guardian (Dec. 1, 2010), *available at* http://www.guardian.co.uk/world/us-embassy-cables-documents/182121.

5. June 9, 2008 CMZ Preliminary Term Sheet E-mail Summarizing

6. Naftogaz-RUE Contract for Sale of Purchase of Natural Gas in 2005—2028 (July 29, 2004)

7. Naftogaz-RUE Contract On Volumes and Terms of Pumping Natural Gas into Underground Gas Storage Facilities in 2005-2030 (July 29, 2004)

8. RUE-Naftogaz-Gazprom Agreement on Development of Relations in Gas Sector (Jan. 4, 2006)

9. Glenn R. Simpson & David Crawford, *Politics & Economics: U.S. Investigates Critical Supplier of Gas to Ukraine*, Wall Street Journal (Apr. 21, 2006)

10. Catherine Belton, *U.S. to Investigate Gazprom's RosUkrEnergo*, St. Petersburg Times (Apr. 25, 2006) *available at* http://www.sptimes.ru/index.php?action_id=2&story_id=17425.

11. Same as Exhibit #5 above.

12. E-mail from Paul Manafort to Rick Gates and Brad Zackson re: Drake Hotel Vision Statement (Aug. 25, 2008)

13. CMZ Ventures's Letter of Intent to 440 Park Avenue Owner Associates LLC and Macklowe Properties for Drake Property (July 16, 2008)

14. Email from Rick Gates to David Brown dated January 9, 2009 Re: Global Real Estate Fund

15. E-mail from Manafort to Zackson Regarding Firtash Investments (June 8, 2009)

16. Request for Information Re "Employment and Wage Data" by New York State Dept. of Labor to CMZ Ventures

17. Revocation of Zackson's New York Real Estate License by New York State Dept. of State

18. Same as Exhibit #13 above.

19. E-mail from Brad Zackson to Harry Macklowe and Arthur Cohen Regarding Recent Investor Meeting (Aug. 20, 2008)

20. Letter from David Brown, Group DF, to Calister Investments c/o the Dynamic Fund re: Bulgari Tower Commitment (Nov. 6, 2008)

21. Escrow Agreement Between Group DF and Calister Investments (Nov. 6, 2008) E-mailed from Rick Gates to Brad Zackson

22. Letter from Kallista Investments to iStar Financial, Inc. re: Purchase of Senior A-1 and A-2 Notes Secured by Drake Hotel Site (Jan. 21, 2009)

23. E-mail from Zackson re: Receipt of Overseas Approval of Drake Offer (Jan. 21, 2009)

24. Letter to Dynamic Group re: St. Johns Terminal Project (Mar. 14, 2008)

25. South Cay Project Materials

26. DF Properties" Marketing PowerPoint

27. E-mail dated November 13, 2008 Requesting Photos for DF Report

28. Revision Notes for DF Properties Presentation

29. Incorporation documents for DVS Eleuthera Development Dynamic-Vulcan Elethera, Inc., and Greywold Enterprises Inc.

30. Aguilar-Delman Emails

31. DVN Eleuthera Development Inc. document to Brad Zackson

32. DVN Eleuthera Development Inc. "First Draw"

33. Emails between Paul Manafort and Brad Zackson dated August 7-8, 2008 with wire instructions for CMZ Ventures LLC Account#0120005069 at Metropolitan National Bank (99 Park Ave, N.Y., N.Y. and bank account for CMZ's law firm.

34. Aguilar FBARs E-mail

35. Articles of Incorporation - Dynamic BL Health, LLC

36. Same as Exhibit #4

37. Translation of August 24, 2012 email to Paul Manafort from Gregory Craig, with original Russian version attached.

38. Emails from: Sergiy Yasenko dated 2012/6/22 Subject: Fwd: To: Alex T Haskell of Skadden Arps cc: Gregory B Craig

39. Complaint unsealed July 2014, in the United States District Court, Northern District of Illinois, <u>United States of America v. Dimitry Firtash</u>

40. Memorandum to Andrey Zagorskiy Anton Vishnevsky From: Rick Gates Subject: Drake (New York) Bulgari Tower- Property Development Date: July 1, 2008