# THE FBI — FEDERAL BUREAU OF INVESTIGATION

## Wanted by the FBI

Home · Most Wanted · Ten Most Wanted · SEMION MOGILEVICH



Print Version
НА РУССКОМ

## FBI TEN MOST WANTED FUGITIVE

Fraud by Wire; RICO Conspiracy; Mail Fraud; Money Laundering Conspiracy; Money Laundering; Aiding and Abetting; Securities Fraud; Filing False Registration With the SEC; False Filings With the SEC; Falsification of Books and Records

# SEMION MOGILEVICH



Photograph taken in 2001    Photograph taken in 2001

**Multimedia:** Images

Aliases:
Seva Moguilevich, Semon Yudkovich Palagnyuk, Semen Yukovich Telesh, Simeon Mogilevitch, Semjon Mogilevcs, Shimon Makelwitsh, Shimon Makhelwitsch, Sergei Yurevich Schnaider, "Seva"

## DESCRIPTION

| | | | |
|---|---|---|---|
| Date(s) of Birth Used: | June 30, 1946; July 5, 1946 | Hair: | Gray (Balding) |
| Place of Birth: | Kiev, Ukraine | Eyes: | Green |
| Height: | 5'6" to 5'7" | Complexion: | Light |
| Weight: | 290 pounds | Sex: | Male |
| Build: | Heavy | Race: | White |
| Occupation: | Businessman | Nationality: | Ukrainian |

Scars and Marks: Mogilevich has pockmarks on his face.

Remarks: Mogilevich may wear facial hair to include a moustache. He is known to be a heavy smoker. Mogilevich has his primary residence in Moscow, Russia. He is known to utilize a Russian passport, but may also possess Israeli, Ukrainian, and Greek passports.

## CAUTION

Semion Mogilevich is wanted for his alleged participation in a multi-million dollar scheme to defraud thousands of investors in the stock of a public company incorporated in Canada, but headquartered in Newtown, Bucks County, Pennsylvania, between 1993 and 1998. The scheme to defraud collapsed in 1998, after thousands of investors lost in excess of 150 million U.S. dollars, and Mogilevich, thought to have allegedly funded and authorized the scheme, was indicted in April of 2003.

## REWARD

The FBI is offering a reward of up to $100,000 for information leading directly to the arrest of Semion Mogilevich.

### CONSIDERED ARMED AND EXTREMELY DANGEROUS

If you have any information concerning this person, please contact your local FBI office or the nearest American Embassy or Consulate.

**Field Office:** Philadelphia

October 2009

**Poster Classification:** Ten Most Wanted Fugitives

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close

http://www.fbi.gov/wanted/topten/semion-mogilevich     11/13/2013