EXHIBIT 26



# 1- HOTEL ST. PETERSBURG

- 15,000 m²
- 150 ROOM 5 STAR LUXURY Hotel with amenities
- Prime Development Site
- Possible purchase of adjacent site to expand, double capacity
- Oversee development
- Obtain commitment from major Hotel brand
- To participate in re-development and possible expansion of site



# 1- ARENA CITY

- Prime Retail Site
- Future Development Site Potential $m^2$ =
- Review Leasing and Management Procedures
- Make Recommendations for Improvement



# 1-PARUS BUSINESS CENTER

- 33 Story Tower
- 75,000 m²
- Review Leasing and Management Procedures
- Make recommendations for Improvements





## 2- OBOLON

OBOLON

DNIPRO RIVER

VENICE

Gross Land Area
113.5 hectares
280.46 acres
1,135,000 square meters
12,217,038 square feet

Buildable Area
2,270,000 square meters
30,000,000 square feet

- Retail- 139,354.56 m² / 1,500,000 sq ft
- Office- 325,160 m² 3,500,000 sq ft
- Residential- 2,322,576 m² / 25,000,000 sq ft
- 25,000 Apartments
- 4-5 Star Branded Hotel w/ 1000 Rooms
- Convention Center

# OBOLON ACTION PLAN AND 6-MONTH TIMELINE

- Conduct surveys and geological tests
- Assemble team - master planner, retail, commercial and residential pros
- Analyze all local zoning & code issues
- Conduct traffic studies
- Assemble a Charrette in Kyiv with all participants
- Finalize master plan
- Determine Project Phasing Plan
- Complete economic model of 3 phases to understand financial requirements of project.
- Complete "value-as-built-appraisal" to determine highest land value.



EXAMPLE 1: FASHION-ORIENTED RETAIL





EXAMPLE 2: DESTINATION RETAIL



3- VENICE

Gross Land Area
18 hectares
44.47 acres
1,937,503.88 square feet
180,000 square meters

Buildable Area
4,540,000 square meters
4,000,000 square feet

Plan: Develop 5 Star Hotel, Marina and Luxury Residential

# VENICE ACTION PLAN AND 6-MONTH TIMELINE

- Conduct Surveys & Geological Tests
- Assemble Team-master planner, retail, commercial and residential pros
- Begin discussions relative to hotel brand
- Analyze all local zoning & code issues
- Assemble a charrette in Kyiv with all participants
- Finalize master Plan
- Determine Project Phasing Plan
- Complete economic model of 3 phases to understand financial requirements of project.
- Complete "value-as-built-appraisal" to determine highest land value.



3- VENICE- Style example

# 4- METROPOLIS

**Gross Land Area**
30 hectares
74.13 acres
300,000 square meters
3,229,173 square feet

**Buildable Area**
6,000,000 square feet
557,418.24 square meters

92,903 m² / 1,000,000 sq ft of Retail
46,451 m² / 500,000 sq ft of Office
418,063 m² / 4,500,000 sq ft of Residential
3-4 Star Hotels (Total of 1000 Rooms)

# METROPOLIS ACTION PLAN AND 6-MONTH TIMELINE

- Conduct study of project with master planner - Callison Architect, TBD Designer, MGM, Retail Commercial and residential pros
- Analyze all local zoning & code issues
- Conduct traffic study
- Assemble a charrette in Kyiv with all participants
- Finalize master plan and conceptual renderings
- Determine Project Phasing Plan
- Complete economic model of 3 phases to understand financial needs of project.
- Complete "value-as-built0appraisal" to determine highest land value.



MGM "Hollywood Way"