# EXHIBIT 37

Для:      Пола Манафорта

От:       Грегори Крейга

Тема:     Просьба о предоставлении информации ГПУ

Дата:     24 августа 2012 г.

Как я объяснил Вам в ходе нашего сегодняшнего разговора, мы ожидаем предоставления информации из офиса Генерального Прокурора Украины по вопросам, касающимся периода с 24 мая по 4 июля 2011 года. Основной вопрос заключается в том, были ли в течение этого периода факты, свидетельствующие о том, что команде защитников Тимошенко создавали помехи в подготовке к суду в связи с требованиями следователей или юристов Генпрокуратуры о встрече с г-жой Тимошенко и ее допросе.

Если быть более конкретным, мы попросили Генпрокуратуру дать нам время и даты всех встреч, которые следователи или юристы, представляющие сторону обвинения провели с г-жой Тимошенко и/или ее юристами в период с 24 мая по 4 июля 2011 года.

Я буду благодарен за помощь в ускорении получения этой информации.

# Translation Cloud LLC

121 Newark Ave, 3FL, Jersey City, NJ 07302
Phone: (800) 790-3680, Fax: (212) 537-6674

*Translated from Russian*

To:      Paul Manafort

From:    Gregory Craig

Subject: Request to the Prosecutor-General's Office of Ukraine to provide information

Date:    24 August 2012

As I explained to you during our conversation today we expect to receive information from the Prosecutor-General's Office of Ukraine regarding issues related to the period from 24 May to 4 July 2011. The main question is if there were any facts that confirm hindering the team of Timoshenko's defense lawyers in their preparations for the court hearing in regards to requests from Prosecutor-General's investigators or attorneys to meet and interrogate Mrs. Timoshenko.

To be more specific, we asked the Prosecutor-General's Office to provide the dates and times of all meetings between prosecutor investigators or attorneys and Mrs. Timoshenko and/or her lawyers that took place during the period from 24 May to 4 July 2011.

I will appreciate help with expediting the request to obtain this information.

**Translation Cloud LLC**
121 Newark Avenue, 3rd Floor, Jersey City, NJ 07302
Phone: (800) 790-3680, Fax: (212) 537-6674

## Translation Certification

| Translation of "Legal Document" from ___Russian___ to English language |
| --- |

We, Translation Cloud LLC, a professional translation company, hereby certify that the above-mentioned document has been translated by an experienced and qualified professional translator and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, Translation Cloud LLC assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

_Kavita Ramgahan_
Kavita Ramgahan, Project Coordinator
Translation Cloud LLC
Dated: April 4, 2014

**MATTHEW BRAMOWICZ**
**NOTARY PUBLIC OF NEW JERSEY**
**ID # 2430791**
**My Commission Expires 3/5/2018**



Notarization:

Sworn and subscribed before me this date April 4, 2014

_____, Jersey City, New Jersey
(Notary Public)

Page 2 of 2