# EXHIBIT 40

**МЕМОРАНДУМ**

Кому: Андрей Загорский
Антон Вишневский

От: Рика Гейтса

Тема: Башня Drake (Нью-Йорк)/Bvlgari – проект строительства

Дата: 1 июля 2008 года

---

Цель настоящего документа – предоставить Вам последнюю информацию касательно проекта строительства объекта недвижимости Drake, который мы обсуждали несколько недель назад в Москве.

- Вчера Пол встретился с Г-н Д для обсуждения хода реализации проекта строительства Drake и текущей структуры сделки вместе с партнерами по финансированию на данном этапе.

- На встрече в прошлом месяце Г-н Д дал указание Полу заблокировать другие элементы финансирования, а затем обратиться к нему за последней частью инвестиций.

- Мы получили от бренда премиум-класса Bulgari SpA гарантийное письмо о совместной работе в данном проекте. Теперь проект будет называться Bulgari Tower. На сегодняшний день это один из самых престижных проектов на рынке недвижимости в Нью-Йорке.

- Стоимость приобретения объекта недвижимости равна $850 миллионов USD. Расходы на строительство и благоустройство составят еще $670 миллионов USD. Таким образом, общая стоимость проекта составляет $1,52 миллиарда USD. Требуется сумма первоначального взноса в размере $50 миллионов USD. Банк Deutsche Bank отметил, что он сохранит свою текущую задолженность в составе новой операции.

- Указанная стоимость была согласована с продавцом Гари Маклоу, гигантом на рынке недвижимости США. Доля участия Маклоу в проекте составит около 10%. Маклоу предлагает нам эту сделку, поскольку он уже имел опыт ведения бизнеса с одним из наших партнеров по имени Артур Коэн. Сделка не выставляется на рынок и предлагается нам эксклюзивно.

- Сумма первоначально привлеченных средств составляет $224 миллиона USD. 25% капитала ($56 миллионов USD) будет предоставлено Pericles. Гостинично-строительный фонд Alatau Hospitality предоставит 25% капитала. Доля в капитале фонда Inovalis Real Estate, финансируемого Исламским банком Катара, Инвестиционным банком Бахрейна и Боубян Банком Кувейта составит 50% или $113 миллионов USD.

- Кроме того, фонд Inovalis предоставит $338 миллионов USD в форме субординированного капитала для строительства и благоустройства.

- Ведущая строительная фирма в Нью-Йорке Fisher Construction привлечена к проекту и будет оказывать свои услуги в части строительных работ.

- Получены все разрешения, проблемы с зонированием отсутствуют. Проект готов к реализации с момента завершения сделки. Компания Fisher Construction уже ведет подготовку к строительным работам.

- Согласно расчетам, 70-этажная башня Bulgari Tower будет генерировать свыше $3 миллиардов USD стоимости в результате уникального сочетания площадей для розничной торговли, офисных помещений, жилой площади и отеля премиум-класса.

- Вчера продавец провел встречу с членами нашего консорциума и подтвердил свое одобрение нашего дизайна и концепции, бренда и структуры сделки.

- Мы надеемся завершить полную юридическую проверку в отношении данного проекта в кратчайшие сроки и ожидаем планового завершения сделки в течение следующих 45 дней. Время играет ключевую роль на данной критически важной стадии.

- Частью данного пакета является материал который был представлен Г-н Д во время его встречи с Полом на тему данного проекта, статуса, структуры и гарантийных писем. Вашему вниманию предлагаются следующие документы:

    1. Последняя информация по проекту и следующие шаги
    2. Гарантийные письма от Alatau и Inovalis
    3. Биографии партнеров со стороны Dynamic Group
       - Артур Коэн
       - Бред Зексон
    4. Биографии партнеров со стороны Alatau Hospitality
       - Франк Орнштейн
       - Нурлан Карпоров
    5. Информация о фонде Inovalis

- Принимая во внимание заинтересованность в данной возможности, выраженную Г-н Д в ходе его встречи с Полом, мы хотели бы обсудить с Вами параметры данной сделки более подробно в кратчайший срок. Для завершения сделки в течение двух недель нам необходимо оформить участие Pericles в данной сделке в качестве заключительного компонента структуры финансирования.

Я могу приехать в Москву незамедлительно для обсуждения деталей сделки и оформления операции. Я сообщу Вам по телефону всю дополнительную информацию, которая может Вам потребоваться.

**MEMORANDUM**

| | |
|---|---|
| **To:** | Andrey Zagorskiy |
| | Anton Vishnevsky |
| **From:** | Rick Gates |
| **Subject:** | Drake (New York) / Bvlgari Tower– Property Development |
| **Date:** | July 1, 2008 |

---

The purpose of this document is to provide you with an update on the Drake property development deal that we discussed several weeks ago in Moscow.

- Yesterday, Paul met with Mr. D to discuss the progress on the Drake property development and the current deal structure along with financing partners at this stage.

- When Paul met with Mr. D last month he told Paul to lock in the other financing elements and then come back to him for the final piece of investment.

- We have secured a letter of commitment from the luxury brand Bulgari SpA to work in partnership on this project. The development will now be referred to at the Bulgari Tower, and is the preeminent real estate project in New York.

- The purchase price of the property is US $850 million while construction and development costs will be an additional $670 million for a total price of $1.52 billion. A $50 million down payment will be required to secure the property. Deutsche Bank has indicated that it will keep its current debt in place in the new transaction.

- This price has been agreed with the seller, who is the US real estate giant, Harry Macklowe. In addition, Mr. Macklowe will take an equity interest in the project of approximately 10%. Macklowe is offering this deal to us because of his historical business relationship he had with one of our partners, Arthur Cohen. The deal is not on the market and exclusive to us.

- A total of $224 million in equity is the initial raise. Pericles would provide 25% of the equity ($56 million). Alatau Hospitality, a hotel and development fund will provide $25% of the equity, and Inovalis Real Estate, a fund backed by Qatar Islamic Bank, Bahrain Investment Bank, and Boubyan Bank of Kuwait will contribute 50% or $112 million in equity.

- In addition, Inovalis will provide a further $338 million in subordinated equity for construction and development.

- The preeminent construction firm in NYC, Fisher Construction, is committed to the project and will provide its services on the development side.

- All entitlements are in place and there are no zoning issues. The project is ready to proceed upon closing and Fisher Construction is already preparing for the development.

- The 70 story Bulgari Tower is estimated to generate over $3 billion in value as a result of the unique combination of retail, smart office space, residential and a luxury hotel.

- Yesterday, the seller met with members of our consortium and has confirmed his interest in our design and concept, brand and deal structure.

- We are moving toward formal due diligence on this project rapidly, and anticipate a soft closing within the next 45 days. Time is of the essence at this critical stage.

- Included as part of this package is material that was presented to Mr. D during his meeting with Paul on the project, status, structure and letters of commitment. Included in the package for your review are those documents:
    1. Update and Next Steps on the Project
    2. Commitment Letters from Alatau and Inovalis
    3. Bios on Dynamic Group Principals
       - Arthur Cohen
       - Brad Zackson
    4. Bios on Alatau Hospitality Principals
       - Frank Ornstein
       - Nurlan Karporov
    5. Background information no Inovalis

- Based on the interest in this opportunity expressed by Mr. D during his meeting with Paul, we would like to discuss the parameters of this deal with you further and as soon as possible. We need to finalize Pericles' participation in this deal, as the final component in the financing structure, in the next two weeks to lock in the deal

I am available to come to Moscow immediately to discuss and finalize the details of the transaction. I will call you to discuss what additional information you might need.