IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YULIA TYMOSHENKO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 11-02794 (KMW) |
| ) | |
| DMYTRO FIRTASH, *et al.* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION AND MOTION TO DISMISS THE
THIRD AMENDED COMPLAINT BY DEFENDANTS
PAUL MANAFORT, BRAD ZACKSON, CMZ VENTURES, LLC,
THE DYNAMIC GROUP, AND BARBARA ANN HOLDINGS LLC**

Please take notice that pursuant to Federal Rule of Civil Procedure 12(b), defendants Paul Manafort, Brad Zackson, CMZ Ventures, LLC, The Dynamic Group, and Barbara Ann Holdings LLC (collectively "the Moving Defendants"), hereby move to dismiss the Third Amended Complaint (Dkt. No. 120). The Moving Defendants will move this Court, before the Honorable Judge Kimba M. Wood, in Courtroom 9A, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York at a time and date convenient for the Court, for an order, based upon the reasons set forth in the accompanying Memorandum of Law, that the Court grant the instant motion and dismiss with prejudice all counts of the Third Amended Complaint against them.

Dated: December 4, 2014

Respectfully submitted,

/s/ Richard A. Hibey
Richard A. Hibey
Andrew T. Wise
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W. Suite 900
Washington D.C. 20005-6701
Phone: (202) 626-5800
Fax: (202) 626-5801
Email: rhibey@milchev.com
          awise@milchev.com

*Attorneys for Defendants Paul Manafort, Brad Zackson, CMZ Ventures, LLC, The Dynamic Group, and Barbara Ann Holdings LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 4th day of December 2014, a true and genuine copy of the foregoing was filed by ECF, which will automatically send notification and a copy of such filing to all counsel of record.

/s/ Richard A. Hibey
Richard A. Hibey